HONORABLE BRIAN D. LYNCH

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re | |
|---|---|
| PUGLIA ENGINEERING, INC., | No. 18-41324 |
| Debtor. | **EX PARTE** MOTION TO RESTRICT DOCKET NO. 1 (PETITION, SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS) |

Puglia Engineering, Inc. ("Debtor"), debtor-in-possession herein, moves the Court for an order authorizing the restriction of Docket No. 1, the Debtor's Bankruptcy Petition, Schedules and Statement of Financial Affairs to allow Debtor to redact the attachment to its Statement of Financial Affairs No. 3 (Docket No. 1) because it identifies the entirety of its bank account number.

DATED this 16th day of April, 2018.

BUSH KORNFELD LLP

By /s/ Christine M. Tobin-Presser
Christine M. Tobin-Presser, WSBA #27628
Attorneys for Puglia Engineering, Inc.

EX PARTE MOTION TO RESTRICT DOCKET NO. 1 –
Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1839 20111 cd165506x2
Case 18-41324-BDL    Doc 11    Filed 04/16/18    Ent. 04/16/18 16:42:55    Pg. 1 of 1