Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Puglia Engineering Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years | |
| | Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **91-1523796** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2216 East 11th Street** **Tacoma, WA 98421** Number, Street, City, State & ZIP Code | **201 Harris Avenue** **Bellingham, WA 98225** P.O. Box, Number, Street, City, State & ZIP Code |
| **Pierce** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **www.pugliaengineering.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 18-41324-BDL     Doc 21     Filed 04/17/18     Ent. 04/17/18 12:51:12     Pg. 1 of 148

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 17, 2018**
             MM / DD / YYYY

**X** **/s/ Neil Turney**                                      **Neil Turney**
      Signature of authorized representative of debtor          Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ James L. Day**                           Date  **April 17, 2018**
      Signature of attorney for debtor                      MM / DD / YYYY

**James L. Day**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone  **(206) 292-2110**    Email address  **jday@bskd.com**

**WSBA 20474**
Bar number and State

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 17, 2018**      X */s/ Neil Turney*
                                                   Signature of individual signing on behalf of debtor

                                                   **Neil Turney**
                                                   Printed name

                                                   **President**
                                                   Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Puglia Engineering Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF WASHINGTON**

Case number (if known): **18-41324**

■ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BAE Systems Ship Repair Inc. Attn: Ian T. Graham 1101 Wilson Blvd., Suite 2000 Arlington, VA 22209** | | | **Disputed** | | | **$769,000.00** |
| **BLAST ONE INTERNATIONAL 2400 LANDMARK WAY COLUMBUS, OH 43219** | | | | | | **$141,420.78** |
| **Clyde & Co. RE: Princess Cruise Lines 101 Second Street 24th Floor San Francisco, CA 94105** | | | **Disputed** | | | **$803,418.00** |
| **FAIRBANKS MORSE ENGINE 7824 COLLECTION CENTER DR CHICAGO, IL 60693** | | | **Disputed** | | | **$237,655.79** |
| **FASSMER SERVICES AMERICA, LLC 3650 NW 15TH ST LAUDERHILL, FL 33311** | | | **Disputed** | | | **$140,273.65** |
| **Grow America Fund - Equipment 708 Third Ave. #710 New York, NY 10017** | | **Equipment; Blanket lien on equipment.** | | **$295,660.00** | **$0.00** | **$295,660.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IBEW Pac. Coast Pension Fund IBEW Local #6 5 Third Street Suite 525 SAN FRANCISCO, CA 94103-3216 | | | Unliquidated | | | $1,128,686.00 |
| IMECO, INC 1401 CARPENTER AVE IRON MOUNTAIN, MI 49801 | | | Disputed | | | $205,700.50 |
| MAN DIESEL 1600A BRITTMOORE RD Houston, TX 77043 | | | Disputed | | | $372,473.78 |
| MOTOR-SERVICES HUGO STAMP 3190 SW 4TH AVE FT LAUDERDALE, FL 33315 | | | Disputed | | | $379,087.43 |
| PETRO CHEM 4403 RUSSELL RD SUITE 108 MUKITEO, WA 98275 | | | | | | $184,938.50 |
| PORT OF BELLINGHAM 1801 ROEDER AVE PO BOX 1677 BELLINGHAM, WA 98227 | | | | | | $132,936.91 |
| PORT OF SAN FRANCISCO PO BOX 7862 SAN FRANCISCO, CA 94120-7862 | | | Disputed | | | $742,887.40 |
| Princess Cruise Lines, Ltd 24305 Town Center Drive Santa Clarita, CA 91355 | | | Disputed | | | $803,418.00 |
| San Francisco Public Utilities #60DRG60D-01 1390 Market Street, 7th Floor SAN FRANCISCO, CA 94102-5408 | | | | | | $244,456.06 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SAN FRANCISCO WATER POWER SEWE ATTN: CSB, RETAIL ELECTRIC 525 GOLDEN GATE AVE, 3RD FLOOR SAN FRANCISCO, CA 94102** | | | **Disputed** | | | **$254,249.41** |
| **SF Public Utilities Commissio #60DRG60D-01 1390 Market Street, 7th Floor SAN FRANCISCO, CA 94102-5408** | | | **Disputed** | | | **$244,456.06** |
| **SHERWIN WILLIAMS-BELLING HAM 1401 N STATE ST BELLINGHAM, WA 98225** | | | | | | **$131,639.07** |
| **WARTSILA DEFENSE, INC 3617 KOPPENS WAY CHESAPEAKE, VA 23323** | | | **Disputed** | | | **$410,101.73** |
| **Washington State Dept of Revenue Taxpayer Account Admin Division RE: #601-323-390 PO Box 47476 Olympia, WA 98504-7476** | | | | | | **$190,000.00** |

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 8 of 148

**Fill in this information to identify the case:**

Debtor name **Puglia Engineering Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) **18-41324**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................... $ **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................. $ **14,267,022.70**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................. $ **14,267,022.70**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **9,415,349.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ **11,722,903.96**

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b            $ **21,138,252.96**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor name  **Puglia Engineering Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known)  **18-41324**

■ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 2. | **Cash on hand** | | | **$200.00** |

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Washington Federal** <br> **Balance as of 3/28/18** | **Checking** | 3557 | **$53,314.69** |
| 3.2. | **Washington Federal** <br> **Balance as of 3/28/18** | **Checking** | 4233 | **$4,184.40** |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**

| | |
| --- | --- |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$57,699.09** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | **EH Nationhal Bank** <br> **Leasing Department** <br> **43385 Business Park Dr., Sute 200** <br> **Temecula, CA 9259** | **$24,322.12** |

**0**
**Last 2 months rent**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment
 **ALMA**
 **PO Box 934368**
 **Atlanta, GA 31193-4368**

 8.1. **Prepaid Insurance**  **$100,370.00**

9. **Total of Part 2.**   **$124,692.12**
 Add lines 7 through 8. Copy the total to line 81.

**Part 3:** **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

 ☐ No. Go to Part 4.
 ■ Yes Fill in the information below.

11. **Accounts receivable**

 11a. 90 days old or less: **912,580.65** -  **0.00** = ....  **$912,580.65**
       face amount   doubtful or uncollectible accounts

 11b. Over 90 days old: **9,549.73** -  **0.00** = ....  **$9,549.73**
       face amount   doubtful or uncollectible accounts

12. **Total of Part 3.**   **$922,130.38**
 Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

 ☐ No. Go to Part 5.
 ■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:    % of ownership

 15.1. **San Francisco Ship Repair, Inc.** **100%** %  **$0.00**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**

    Add lines 14 through 16.  Copy the total to line 83.

    | $0.00 |

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Process parts and supplies that are delivered and immediately installed. The amount changes daily and thus it is not possible to do a meaningful physical inventory.  Value is calculated by taking the difference between purchase records showing "received" and what has been billed.** | | **$0.00** | | **$0.00** |
| 20. **Work in progress** **Work in progress varies.** | **N/A** | **$1,386,493.86** | | **$1,386,493.86** |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

    | **$1,386,493.86** |

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ■ Yes. Book value      50000      Valuation method _____      Current Value      50000

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>See Attachment B39<br>Value is Net Book Value | $137,303.44 | | $551,498.53 |
| 40. | Office fixtures<br>Included in B39. | $0.00 | | $0.00 |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>Included in B39. | $0.00 | | $0.00 |
| 42. | Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.                                    $551,498.53

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | See Attachment B39.<br>Value is Net Book Value. | $99,354.37 | | $106,034.74 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | |
|---|---|---|
| 48.1. **See Asset Nos. 5268, 5379 and 5380 included in Attachment B39 (Skiff & Trailer - Net Book Value $4,391.00; Boston Whaler Skiff-net book value $13,065.64; 32 foot tugboat-net book value $45,395.06 ).** | $0.00 | $0.00 |

49.     **Aircraft and accessories**

| | | |
|---|---|---|
| 50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment) See Attachment B39. Value is Net Book Value.** | $10,410,711.00 | $11,118,473.98 |

51.     **Total of Part 8.**

$11,224,508.72

Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Fairhaven Shipyard 201 Harris Avenue, Bellingham, WA** | **Debtor is Tenant** | Unknown | | Unknown |
| 55.2. **Tacoma Production Shop 2216 East 11th Street, Tacoma, WA** | **Debtor is Tenant** | Unknown | | Unknown |

56.     **Total of Part 9.**

$0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.pugliaengineering.com | **Unknown** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.  **Total of Part 10.**                                                                                       **$0.00**
     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |

| Note Receivable from Premier Harvest | 87,536.00 | - | 87,536.00 | = | $0.00 |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**BAE Lawsuit**                                                                **Unknown**

| Nature of claim | |
|---|---|
| Amount requested | $0.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                       $0.00

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $57,699.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $124,692.12 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $922,130.38 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,386,493.86 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $551,498.53 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $11,224,508.72 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,267,022.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $14,267,022.70 |

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

page 8

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 17 of 148

In re Puglia Engineering, Inc.

Attachment to Schedule A/B

Question No. 39

| Asset | * | Property Description | Date In Service | Book Cost | Book Sec 179 Exp  c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: LEASEHOLD IMPROVEMENTS** | | | | | | | | | | | | |
| 1000 | | CURBS & LANDSCAPING | 2/01/97 | 69,732.00 | 0.00 | 0.00 | 69,732.00 | 0.00 | 69,732.00 | 0.00 | S/L | 15.0 |
| 1001 | | ELECTRICAL WORK | 2/01/97 | 7,270.00 | 0.00 | 0.00 | 3,612.28 | 181.75 | 3,794.03 | 3,475.97 | S/L | 39.0 |
| 5066 | | NETWORK WIRING | 3/01/99 | 6,068.00 | 0.00 | 0.00 | 6,068.00 | 0.00 | 6,068.00 | 0.00 | S/L | 15.0 |
| 5067 | | HEATING THORNE RD | 10/01/99 | 8,062.00 | 0.00 | 0.00 | 8,062.00 | 0.00 | 8,062.00 | 0.00 | S/L | 15.0 |
| 5088 | | OUTSIDE TABLE | 6/01/00 | 920.00 | 0.00 | 0.00 | 920.00 | 0.00 | 920.00 | 0.00 | S/L | 5.0 |
| 5090 | | FENCE BACK LOT | 6/01/00 | 1,342.00 | 0.00 | 0.00 | 1,342.00 | 0.00 | 1,342.00 | 0.00 | S/L | 15.0 |
| 5100 | | TREES | 4/01/00 | 1,063.00 | 0.00 | 0.00 | 1,063.00 | 0.00 | 1,063.00 | 0.00 | S/L | 15.0 |
| 5150 | | FAIRHAVEN FENCE | 12/01/02 | 5,092.88 | 0.00 | 0.00 | 4,781.71 | 311.17 | 5,092.88 | 0.00 | S/L | 15.0 |
| 5155 | | FAIRHAVEN BLDG IMPROVEM | 12/01/02 | 4,873.02 | 0.00 | 0.00 | 4,575.25 | 297.77 | 4,873.02 | 0.00 | S/L | 15.0 |
| 5184 | | GAS METER | 2/01/03 | 3,369.00 | 0.00 | 0.00 | 3,369.00 | 0.00 | 3,369.00 | 0.00 | S/L | 5.0 |
| 5199 | | MARINE RAILWAY | 9/01/04 | 302,292.00 | 0.00 | 0.00 | 95,596.65 | 7,751.08 | 103,347.73 | 198,944.27 | S/L | 39.0 |
| 5207 | | BLDG IMPROVEMENTS | 12/01/04 | 27,926.00 | 0.00 | 0.00 | 8,652.27 | 716.05 | 9,368.32 | 18,557.68 | S/L | 39.0 |
| 5208 | | NEW FIREPLACES | 10/01/04 | 5,580.00 | 0.00 | 0.00 | 1,752.73 | 143.08 | 1,895.81 | 3,684.19 | S/L | 39.0 |
| 5236 | | RAIL OVERHAUL | 1/01/07 | 178,544.00 | 0.00 | 0.00 | 45,780.50 | 4,578.05 | 50,358.55 | 128,185.45 | S/L | 39.0 |
| | | **LEASEHOLD IMPROVEMENTS** | | 622,133.90 | 0.00c | 0.00 | 255,307.39 | 13,978.95 | 269,286.34 | 352,847.56 | | |
| **Group: MACHINERY & EQUIPMENT** | | | | | | | | | | | | |
| 2000 | | ALZMETAL DRILL PRESS | 6/10/91 | 1,172.50 | 0.00 | 0.00 | 1,149.37 | 0.00 | 1,149.37 | 23.13 | S/L | 7.0 |
| 2001 | | POWER CON WELDER | 6/10/91 | 2,327.50 | 0.00 | 0.00 | 2,281.62 | 0.00 | 2,281.62 | 45.88 | S/L | 7.0 |
| 2002 | | POWER CON WELDER 300ST | 6/10/91 | 2,327.50 | 0.00 | 0.00 | 2,281.61 | 0.00 | 2,281.61 | 45.89 | S/L | 7.0 |
| 2003 | | POWER CON WELDER 400SMI | 6/10/91 | 3,277.50 | 0.00 | 0.00 | 3,199.56 | 0.00 | 3,199.56 | 77.94 | S/L | 7.0 |
| 2004 | | MILLER ARC WELDING POWEF | 6/10/91 | 1,636.24 | 0.00 | 0.00 | 1,603.99 | 0.00 | 1,603.99 | 32.25 | S/L | 7.0 |
| 2005 | | MILLER ARC WELDING P.S. DII | 6/10/91 | 1,671.34 | 0.00 | 0.00 | 1,638.37 | 0.00 | 1,638.37 | 32.97 | S/L | 7.0 |
| 2006 | | MILLER ARC WELDING P.S. DII | 6/10/91 | 1,671.34 | 0.00 | 0.00 | 1,638.37 | 0.00 | 1,638.37 | 32.97 | S/L | 7.0 |
| 2007 | | MILLER ARC WELDING POWEF | 6/10/91 | 1,671.34 | 0.00 | 0.00 | 1,638.37 | 0.00 | 1,638.37 | 32.97 | S/L | 7.0 |
| 2008 | | MILLER WELDING ARC SOURC | 6/10/91 | 1,671.34 | 0.00 | 0.00 | 1,638.37 | 0.00 | 1,638.37 | 32.97 | S/L | 7.0 |
| 2009 | | COBRAMATIC WIRE FEEDER (( | 6/10/91 | 1,794.00 | 0.00 | 0.00 | 1,758.65 | 0.00 | 1,758.65 | 35.35 | S/L | 7.0 |
| 2010 | | ANDERSON PIPE THREADER R) | 6/10/91 | 1,810.25 | 0.00 | 0.00 | 1,774.58 | 0.00 | 1,774.58 | 35.67 | S/L | 7.0 |
| 2011 | | ROCKWELL MODEL 15 DRILL I | 6/10/91 | 2,082.73 | 0.00 | 0.00 | 2,041.65 | 0.00 | 2,041.65 | 41.08 | S/L | 7.0 |
| 2012 | | MILLER TB 250G POWER GENE | 6/10/91 | 3,438.05 | 0.00 | 0.00 | 3,370.27 | 0.00 | 3,370.27 | 67.78 | S/L | 7.0 |
| 2013 | | MILLER TB POWER GENERATC | 6/10/91 | 3,438.05 | 0.00 | 0.00 | 3,370.27 | 0.00 | 3,370.27 | 67.78 | S/L | 7.0 |
| 2014 | | MILLER TRAILBLAZER P220G-I | 6/10/91 | 3,438.05 | 0.00 | 0.00 | 3,370.27 | 0.00 | 3,370.27 | 67.78 | S/L | 7.0 |
| 2015 | | MILLER TRAILBLAZER POWER | 6/10/91 | 3,438.05 | 0.00 | 0.00 | 3,370.27 | 0.00 | 3,370.27 | 67.78 | S/L | 7.0 |
| 2016 | | MILLER VIII-2 ARC WELDING F | 6/10/91 | 11,955.75 | 0.00 | 0.00 | 11,720.03 | 0.00 | 11,720.03 | 235.72 | S/L | 7.0 |
| 2017 | | WORTHINGTON STATIONARY | 6/10/91 | 15,600.00 | 0.00 | 0.00 | 15,315.75 | 0.00 | 15,315.75 | 284.25 | S/L | 7.0 |
| 2018 | | MITSUBISHI FORKLIFT | 6/10/91 | 9,457.00 | 0.00 | 0.00 | 9,270.56 | 0.00 | 9,270.56 | 186.44 | S/L | 7.0 |
| 2019 | | AIRCO TRACK BURNERS | 6/10/91 | 1,501.77 | 0.00 | 0.00 | 1,472.27 | 0.00 | 1,472.27 | 29.50 | S/L | 7.0 |
| 2020 | | POW CON WELDER | 6/10/91 | 2,327.50 | 0.00 | 0.00 | 2,281.65 | 0.00 | 2,281.65 | 45.85 | S/L | 7.0 |
| 2021 | | POW CON WELDER 220 | 6/10/91 | 2,327.50 | 0.00 | 0.00 | 2,281.65 | 0.00 | 2,281.65 | 45.85 | S/L | 7.0 |
| 2022 | | ROCKWELL TABLE SAW | 1/01/92 | 485.00 | 0.00 | 0.00 | 485.00 | 0.00 | 485.00 | 0.00 | S/L | 7.0 |
| 2023 | | MILLER GOLDSTAR 4-- SS DC V | 1/01/92 | 1,499.90 | 0.00 | 0.00 | 1,499.90 | 0.00 | 1,499.90 | 0.00 | S/L | 7.0 |
| 2024 | | AIRCO TRACK BURNER | 1/01/92 | 1,857.55 | 0.00 | 0.00 | 1,857.55 | 0.00 | 1,857.55 | 0.00 | S/L | 7.0 |
| 2025 | | AIRCO TRACK BURNER | 1/01/92 | 1,857.55 | 0.00 | 0.00 | 1,857.55 | 0.00 | 1,857.55 | 0.00 | S/L | 7.0 |
| 2026 | | NORDSON HEATED SPRAY PUI | 7/27/93 | 1,650.00 | 0.00 | 165.00 | 1,650.00 | 0.00 | 1,650.00 | 0.00 | S/L | 7.0 |
| 2027 | | IRONWORKER MODEL 6509 S/N | 2/08/93 | 11,065.58 | 0.00 | 1,106.56 | 11,065.58 | 0.00 | 11,065.58 | 0.00 | S/L | 7.0 |
| 2028 | | POWERTOOLS | 3/28/93 | 409.64 | 0.00 | 40.97 | 409.64 | 0.00 | 409.64 | 0.00 | S/L | 7.0 |
| 2029 | | PORTABLE GENERATOR | 3/12/93 | 1,333.65 | 0.00 | 0.00 | 1,333.65 | 0.00 | 1,333.65 | 0.00 | S/L | 7.0 |

| Asset | * | Property Description | Date In Service | Book Cost | Book Sec 179 Exp  c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: MACHINERY & EQUIPMENT (continued)** | | | | | | | | | | | | |
| 2030 | | LARGE FAN 1/2 HP 115 V | 5/17/93 | 150.15 | 0.00 | 0.00 | 150.15 | 0.00 | 150.15 | 0.00 | S/L | 7.0 |
| 2031 | | PNEUMATIC ROUND POLISHEF | 5/17/93 | 158.11 | 0.00 | 0.00 | 158.11 | 0.00 | 158.11 | 0.00 | S/L | 7.0 |
| 2032 | | POLISHER ROUND | 5/17/93 | 158.11 | 0.00 | 0.00 | 158.11 | 0.00 | 158.11 | 0.00 | S/L | 7.0 |
| 2033 | | THREADING SET W/ INSERTS P | 5/17/93 | 161.20 | 0.00 | 0.00 | 161.20 | 0.00 | 161.20 | 0.00 | S/L | 7.0 |
| 2034 | | MILWAUKEE SUPER SAWZILL | 5/17/93 | 169.00 | 0.00 | 0.00 | 169.00 | 0.00 | 169.00 | 0.00 | S/L | 7.0 |
| 2035 | | MILWAUKEE SUPER SAWZILL | 5/17/93 | 169.00 | 0.00 | 0.00 | 169.00 | 0.00 | 169.00 | 0.00 | S/L | 7.0 |
| 2036 | | MILWAUKEE SUPER SAWZILL | 5/17/93 | 171.60 | 0.00 | 0.00 | 171.60 | 0.00 | 171.60 | 0.00 | S/L | 7.0 |
| 2037 | | STRIP HEATER (WATER TIGHT | 5/17/93 | 247.00 | 0.00 | 0.00 | 247.00 | 0.00 | 247.00 | 0.00 | S/L | 7.0 |
| 2038 | | STRIP HEATER (WATER TIGHT | 5/17/93 | 247.00 | 0.00 | 0.00 | 247.00 | 0.00 | 247.00 | 0.00 | S/L | 7.0 |
| 2039 | | STRIP HEATER (WATER TIGHT | 5/17/93 | 247.00 | 0.00 | 0.00 | 247.00 | 0.00 | 247.00 | 0.00 | S/L | 7.0 |
| 2040 | | STRIP HEATER (WATER TIGHT | 5/17/93 | 247.00 | 0.00 | 0.00 | 247.00 | 0.00 | 247.00 | 0.00 | S/L | 7.0 |
| 2041 | | ONE AC | 5/17/93 | 260.00 | 0.00 | 0.00 | 260.00 | 0.00 | 260.00 | 0.00 | S/L | 7.0 |
| 2042 | | STRIP HEATER (NON-WATER T | 5/17/93 | 328.25 | 0.00 | 0.00 | 328.25 | 0.00 | 328.25 | 0.00 | S/L | 7.0 |
| 2043 | | DRILL PRESS | 5/17/93 | 362.05 | 0.00 | 0.00 | 362.05 | 0.00 | 362.05 | 0.00 | S/L | 7.0 |
| 2044 | | ALLIED 2 5 TON ENGINE LIFT | 5/17/93 | 541.50 | 0.00 | 0.00 | 541.50 | 0.00 | 541.50 | 0.00 | S/L | 7.0 |
| 2045 | | ALLIED HYDRAULIC SERVICE | 5/17/93 | 568.75 | 0.00 | 0.00 | 568.75 | 0.00 | 568.75 | 0.00 | S/L | 7.0 |
| 2046 | | (6) 1-TON MANUAL CHAIN HOI | 5/17/93 | 619.46 | 0.00 | 0.00 | 619.46 | 0.00 | 619.46 | 0.00 | S/L | 7.0 |
| 2047 | | VAN AIR DRYER D-8 W/O 5441 | 5/17/93 | 682.50 | 0.00 | 0.00 | 682.50 | 0.00 | 682.50 | 0.00 | S/L | 7.0 |
| 2048 | | JET 14" WOOD/ALBUM BAND S | 5/17/93 | 973.75 | 0.00 | 0.00 | 973.75 | 0.00 | 973.75 | 0.00 | S/L | 7.0 |
| 2049 | | HOBART WIRE FEEDER | 5/17/93 | 975.00 | 0.00 | 0.00 | 975.00 | 0.00 | 975.00 | 0.00 | S/L | 7.0 |
| 2050 | | HOBART WIRE FEEDER CC/CV | 5/17/93 | 975.00 | 0.00 | 0.00 | 975.00 | 0.00 | 975.00 | 0.00 | S/L | 7.0 |
| 2051 | | HOBART WIRE FEEDER CC/CV | 5/17/93 | 975.00 | 0.00 | 0.00 | 975.00 | 0.00 | 975.00 | 0.00 | S/L | 7.0 |
| 2052 | | HOBART WIRE FEEDER CC/CV | 5/17/93 | 975.00 | 0.00 | 0.00 | 975.00 | 0.00 | 975.00 | 0.00 | S/L | 7.0 |
| 2053 | | HOBART WIRE FEEDER HEFTY | 5/17/93 | 975.00 | 0.00 | 0.00 | 975.00 | 0.00 | 975.00 | 0.00 | S/L | 7.0 |
| 2054 | | HOBART WIRE FEEDER HEFTY | 5/17/93 | 975.00 | 0.00 | 0.00 | 975.00 | 0.00 | 975.00 | 0.00 | S/L | 7.0 |
| 2055 | | HOBART WIRE FEEDER HEFTY | 5/17/93 | 975.00 | 0.00 | 0.00 | 975.00 | 0.00 | 975.00 | 0.00 | S/L | 7.0 |
| 2056 | | SANDBLASTER ABEC INDUSTF | 5/17/93 | 1,192.75 | 0.00 | 0.00 | 1,192.75 | 0.00 | 1,192.75 | 0.00 | S/L | 7.0 |
| 2057 | | MILLER GOLDSTAR 400 SS DC | 5/17/93 | 1,221.35 | 0.00 | 0.00 | 1,221.35 | 0.00 | 1,221.35 | 0.00 | S/L | 7.0 |
| 2058 | | MILLER GOLDSTAR 400 SS DC | 5/17/93 | 1,221.35 | 0.00 | 0.00 | 1,221.35 | 0.00 | 1,221.35 | 0.00 | S/L | 7.0 |
| 2059 | | AIRCO TRACK BURNER (PURCI | 5/17/93 | 1,496.95 | 0.00 | 0.00 | 1,496.95 | 0.00 | 1,496.95 | 0.00 | S/L | 7.0 |
| 2060 | | AIRCO TRACK BURNER (PURCI | 5/17/93 | 1,496.95 | 0.00 | 0.00 | 1,496.95 | 0.00 | 1,496.95 | 0.00 | S/L | 7.0 |
| 2061 | | HYDRAULIC POWER PIPE BENI | 8/31/94 | 3,500.00 | 0.00 | 350.00 | 3,500.00 | 0.00 | 3,500.00 | 0.00 | S/L | 7.0 |
| 2063 | | RAMCO METAL CUTTING BAN | 7/25/94 | 1,000.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 | S/L | 5.0 |
| 2064 | | RAMCO 50 TON PRESS | 7/25/94 | 900.00 | 0.00 | 0.00 | 900.00 | 0.00 | 900.00 | 0.00 | S/L | 5.0 |
| 2065 | | GRINDER, TOOL POST, VISES, I | 11/08/94 | 581.58 | 0.00 | 58.16 | 581.58 | 0.00 | 581.58 | 0.00 | S/L | 7.0 |
| 2066 | | VARIOUS TOOLS | 11/30/94 | 703.30 | 0.00 | 70.33 | 703.30 | 0.00 | 703.30 | 0.00 | S/L | 7.0 |
| 2067 | | SCOTCHMAN IRONWORKER | 12/16/94 | 70.60 | 0.00 | 7.06 | 70.60 | 0.00 | 70.60 | 0.00 | S/L | 7.0 |
| 2068 | | SBORING BAR SET WITH INSEF | 12/15/94 | 186.42 | 0.00 | 0.00 | 186.42 | 0.00 | 186.42 | 0.00 | S/L | 7.0 |
| 2069 | | OUTSIDE MICROMETER SET 0- | 12/15/94 | 193.44 | 0.00 | 0.00 | 193.44 | 0.00 | 193.44 | 0.00 | S/L | 5.0 |
| 2070 | | OUTSIDE MICROMETER SET 6- | 12/15/94 | 323.65 | 0.00 | 0.00 | 323.65 | 0.00 | 323.65 | 0.00 | S/L | 5.0 |
| 2071 | | ANGLE GRINDER, DRILL VISE | 12/29/94 | 493.64 | 0.00 | 49.36 | 493.64 | 0.00 | 493.64 | 0.00 | S/L | 7.0 |
| 2072 | | ANGLE DRILLS | 12/28/94 | 295.65 | 0.00 | 29.57 | 295.65 | 0.00 | 295.65 | 0.00 | S/L | 7.0 |
| 2073 | | LINCOLN WIRE FEEDER LN 25 | 3/27/95 | 1,200.00 | 0.00 | 0.00 | 1,200.00 | 0.00 | 1,200.00 | 0.00 | 200DB | 7.0 |
| 2074 | | POW CON WELDER | 3/27/95 | 2,133.00 | 0.00 | 0.00 | 2,133.00 | 0.00 | 2,133.00 | 0.00 | 200DB | 7.0 |
| 2075 | | POW CON WELDER | 3/27/95 | 2,133.00 | 0.00 | 0.00 | 2,133.00 | 0.00 | 2,133.00 | 0.00 | 200DB | 7.0 |
| 2076 | | POW CON WELDER | 3/27/95 | 2,133.00 | 0.00 | 0.00 | 2,133.00 | 0.00 | 2,133.00 | 0.00 | 200DB | 7.0 |
| 2077 | | POW CON WELDER | 3/27/95 | 2,133.00 | 0.00 | 0.00 | 2,133.00 | 0.00 | 2,133.00 | 0.00 | 200DB | 7.0 |
| 2078 | | HALLIDIE PED GRINDER | 5/11/95 | 458.57 | 0.00 | 0.00 | 458.57 | 0.00 | 458.57 | 0.00 | S/L | 7.0 |
| 2079 | | WELD SHOP STAKE TABLE | 5/11/95 | 809.25 | 0.00 | 0.00 | 809.25 | 0.00 | 809.25 | 0.00 | S/L | 7.0 |

| Asset | * | Property Description | Date In Service | Book Cost | Book Sec 179 Exp  c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: MACHINERY & EQUIPMENT (continued)** | | | | | | | | | | | | |
| 2080 | | US PEDISTAL GRINDER 10" | 5/11/95 | 485.55 | 0.00 | 0.00 | 485.55 | 0.00 | 485.55 | 0.00 | S/L | 7.0 |
| 2081 | | FARREK 200 TON PRESS BRAKI | 5/11/95 | 4,855.50 | 0.00 | 0.00 | 4,855.50 | 0.00 | 4,855.50 | 0.00 | S/L | 7.0 |
| 2082 | | DAVIS/WELLS BAND SAW 20" | 5/11/95 | 863.20 | 0.00 | 0.00 | 863.20 | 0.00 | 863.20 | 0.00 | S/L | 7.0 |
| 2083 | | APEX DISK SANDER | 5/11/95 | 755.30 | 0.00 | 0.00 | 755.30 | 0.00 | 755.30 | 0.00 | S/L | 7.0 |
| 2084 | | LATHE W/20" SWING | 4/25/95 | 2,104.05 | 0.00 | 0.00 | 2,104.05 | 0.00 | 2,104.05 | 0.00 | S/L | 7.0 |
| 2085 | | 4 - 146" DIES | 5/23/95 | 2,137.25 | 0.00 | 0.00 | 2,137.25 | 0.00 | 2,137.25 | 0.00 | S/L | 7.0 |
| 2086 | | 101-1/2" DIE | 5/23/95 | 293.87 | 0.00 | 0.00 | 293.87 | 0.00 | 293.87 | 0.00 | S/L | 7.0 |
| 2087 | | SSR-500H-AAH9 133HP ROTARY | 5/23/95 | 2,671.55 | 0.00 | 0.00 | 2,671.55 | 0.00 | 2,671.55 | 0.00 | 200DB | 7.0 |
| 2088 | | ELECTRIC FAN, BAG BLAST PC | 6/20/95 | 1,082.00 | 0.00 | 0.00 | 1,082.00 | 0.00 | 1,082.00 | 0.00 | S/L | 7.0 |
| 2090 | | RADIUS SP10 UHF 2WT/1CH | 5/30/95 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 | 525.00 | 0.00 | S/L | 7.0 |
| 2091 | | TACOMA STEET - 2 PL12120480 | 4/28/95 | 5,059.20 | 0.00 | 0.00 | 5,059.20 | 0.00 | 5,059.20 | 0.00 | S/L | 7.0 |
| 2092 | | VERTICAL MILLING MACHINE | 8/30/95 | 2,750.00 | 0.00 | 0.00 | 2,750.00 | 0.00 | 2,750.00 | 0.00 | S/L | 7.0 |
| 2093 | | BLAST BOOTH | 1/01/98 | 100,000.00 | 0.00 | 0.00 | 100,000.00 | 0.00 | 100,000.00 | 0.00 | S/L | 10.0 |
| 2094 | | PORTABLE TELEPHONES (2) | 8/15/95 | 525.00 | 0.00 | 0.00 | 525.00 | 0.00 | 525.00 | 0.00 | S/L | 7.0 |
| 2095 | | FREE AIR PUMP & RESPIRATOI | 10/24/95 | 849.50 | 0.00 | 0.00 | 849.50 | 0.00 | 849.50 | 0.00 | S/L | 7.0 |
| 2096 | | HOLLO BLAST & CENTERING C | 10/11/95 | 777.96 | 0.00 | 0.00 | 777.96 | 0.00 | 777.96 | 0.00 | S/L | 7.0 |
| 2097 | | CUT QUICK 12 CUT-OFF SAW | 5/15/96 | 948.23 | 0.00 | 0.00 | 948.23 | 0.00 | 948.23 | 0.00 | S/L | 7.0 |
| 2098 | | SULLAIR USED AIR COMPRESS | 6/15/96 | 5,500.00 | 0.00 | 0.00 | 5,500.00 | 0.00 | 5,500.00 | 0.00 | S/L | 7.0 |
| 2099 | | WELDING FUME EXTRACTOR | 6/15/96 | 1,000.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 | S/L | 7.0 |
| 2100 | | HYSTER FORKLIFT | 6/15/96 | 6,000.00 | 0.00 | 0.00 | 6,000.00 | 0.00 | 6,000.00 | 0.00 | S/L | 7.0 |
| 2101 | | #2 REYSEATER | 6/15/96 | 500.00 | 0.00 | 0.00 | 500.00 | 0.00 | 500.00 | 0.00 | S/L | 7.0 |
| 2102 | | RADIAL AIRCO DRILL | 6/15/96 | 1,850.00 | 0.00 | 0.00 | 1,850.00 | 0.00 | 1,850.00 | 0.00 | S/L | 7.0 |
| 2103 | | C CLAMPS | 6/15/96 | 905.00 | 0.00 | 0.00 | 905.00 | 0.00 | 905.00 | 0.00 | S/L | 7.0 |
| 2104 | | MILWAUKEE ELECTROMAGNE | 6/15/96 | 664.66 | 0.00 | 0.00 | 664.66 | 0.00 | 664.66 | 0.00 | S/L | 7.0 |
| 2105 | | DIESEL POWERED WELDING M | 6/15/96 | 3,531.96 | 0.00 | 0.00 | 3,531.96 | 0.00 | 3,531.96 | 0.00 | S/L | 7.0 |
| 2106 | | DIESEL POWERED WELDING M | 6/15/96 | 2,990.96 | 0.00 | 0.00 | 2,990.96 | 0.00 | 2,990.96 | 0.00 | S/L | 7.0 |
| 2107 | | METAL GANG BOXES | 6/15/96 | 908.09 | 0.00 | 0.00 | 908.09 | 0.00 | 908.09 | 0.00 | S/L | 7.0 |
| 2109 | | 10 TON BRIDGE CRANE | 9/15/96 | 23,175.00 | 0.00 | 0.00 | 23,175.00 | 0.00 | 23,175.00 | 0.00 | S/L | 7.0 |
| 2110 | | NARROW AISLE ELECTRIC FOF | 9/15/96 | 3,200.00 | 0.00 | 0.00 | 3,200.00 | 0.00 | 3,200.00 | 0.00 | S/L | 7.0 |
| 2111 | | SHELVING | 9/15/96 | 600.00 | 0.00 | 0.00 | 600.00 | 0.00 | 600.00 | 0.00 | S/L | 7.0 |
| 2112 | | QTY (4) 5'*5' WAFFLE TABLES | 9/15/96 | 1,350.00 | 0.00 | 0.00 | 1,350.00 | 0.00 | 1,350.00 | 0.00 | S/L | 7.0 |
| 2113 | | HEFTY CC/CV WIRE FEEDERS | 8/20/96 | 952.56 | 0.00 | 0.00 | 952.56 | 0.00 | 952.56 | 0.00 | S/L | 7.0 |
| 2114 | | HEFTY CC/CV WIRE FEEDERS | 8/20/96 | 952.56 | 0.00 | 0.00 | 952.56 | 0.00 | 952.56 | 0.00 | S/L | 7.0 |
| 2115 | | HEFTY CC/CV WIRE FEEDERS | 8/20/96 | 952.56 | 0.00 | 0.00 | 952.56 | 0.00 | 952.56 | 0.00 | S/L | 7.0 |
| 2116 | | HEFTY CC/CV WIRE FEEDERS | 8/20/96 | 952.56 | 0.00 | 0.00 | 952.56 | 0.00 | 952.56 | 0.00 | S/L | 7.0 |
| 2117 | | 400SMT WELD MACHINE | 8/20/96 | 2,489.40 | 0.00 | 0.00 | 2,489.40 | 0.00 | 2,489.40 | 0.00 | S/L | 7.0 |
| 2118 | | 400SMT WELD MACHINE | 8/20/96 | 2,489.40 | 0.00 | 0.00 | 2,489.40 | 0.00 | 2,489.40 | 0.00 | S/L | 7.0 |
| 2119 | | 400SMT WELD MACHINE | 8/20/96 | 2,489.40 | 0.00 | 0.00 | 2,489.40 | 0.00 | 2,489.40 | 0.00 | S/L | 7.0 |
| 2120 | | 400SMT WELD MACHINE | 8/20/96 | 2,489.40 | 0.00 | 0.00 | 2,489.40 | 0.00 | 2,489.40 | 0.00 | S/L | 7.0 |
| 2121 | | 400SMT WELD MACHINE | 8/20/96 | 2,489.40 | 0.00 | 0.00 | 2,489.40 | 0.00 | 2,489.40 | 0.00 | S/L | 7.0 |
| 2122 | | 8" Super Spacer Steel Chuck | 10/01/96 | 649.54 | 0.00 | 0.00 | 649.54 | 0.00 | 649.54 | 0.00 | S/L | 7.0 |
| 2123 | | Various Tools & Equipment | 10/01/96 | 18,264.81 | 0.00 | 0.00 | 18,264.81 | 0.00 | 18,264.81 | 0.00 | S/L | 7.0 |
| 2124 | | Sandblast Cabinet | 11/01/96 | 800.00 | 0.00 | 0.00 | 800.00 | 0.00 | 800.00 | 0.00 | S/L | 7.0 |
| 2125 | | MILLING MACHINE AND SHAP | 8/01/97 | 9,372.00 | 9,372.00 | 0.00 | 9,372.00 | 0.00 | 9,372.00 | 0.00 | S/L | 7.0 |
| 2126 | | WELDER- WA | 5/01/97 | 701.00 | 701.00 | 0.00 | 701.00 | 0.00 | 701.00 | 0.00 | S/L | 5.0 |
| 2127 | | Crane Steel | 6/01/98 | 4,066.00 | 0.00 | 0.00 | 4,066.00 | 0.00 | 4,066.00 | 0.00 | S/L | 5.0 |
| 2128 | | Small Paint Booth | 12/01/98 | 5,766.00 | 0.00 | 0.00 | 5,766.00 | 0.00 | 5,766.00 | 0.00 | S/L | 5.0 |
| 2129 | | Computer Wiring | 3/01/98 | 1,260.00 | 0.00 | 0.00 | 1,260.00 | 0.00 | 1,260.00 | 0.00 | S/L | 5.0 |
| 2130 | | 6 Gang Boxes | 11/01/98 | 36,556.00 | 0.00 | 0.00 | 36,556.00 | 0.00 | 36,556.00 | 0.00 | S/L | 5.0 |

| Asset | * | Property Description | Date In Service | Book Cost | Book Sec 179 Exp c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: MACHINERY & EQUIPMENT (continued)** | | | | | | | | | | | | |
| 2131 | * | Lathe | 3/01/98 | 3,502.00 | 0.00 | 0.00 | 3,502.00 | 0.00 | 3,502.00 | 0.00 | S/L | 5.0 |
| 2132 | | Welding Machines | 4/01/98 | 6,011.00 | 0.00 | 0.00 | 6,011.00 | 0.00 | 6,011.00 | 0.00 | S/L | 5.0 |
| 2144 | | Koehring Lorain LCD-150 Crane | 6/01/98 | 32,500.00 | 0.00 | 0.00 | 32,500.00 | 0.00 | 32,500.00 | 0.00 | S/L | 5.0 |
| 2154 | | ESAB L1 IF400 AMP Power Suppl | 11/01/98 | 950.00 | 0.00 | 0.00 | 950.00 | 0.00 | 950.00 | 0.00 | S/L | 5.0 |
| 2155 | | Powcon 300 AMP Power Supply | 11/01/98 | 500.00 | 0.00 | 0.00 | 500.00 | 0.00 | 500.00 | 0.00 | S/L | 5.0 |
| 2158 | | Tool Boxes w/ Pnematic Tool | 11/01/98 | 6,000.00 | 0.00 | 0.00 | 6,000.00 | 0.00 | 6,000.00 | 0.00 | S/L | 5.0 |
| 5031 | | WIRE 1125 THORNE ROAD | 12/01/98 | 1,572.00 | 0.00 | 0.00 | 1,572.00 | 0.00 | 1,572.00 | 0.00 | 200DB | 7.0 |
| 5032 | | FREIGHT ON TRAILER | 12/01/98 | 700.00 | 0.00 | 0.00 | 700.00 | 0.00 | 700.00 | 0.00 | 200DB | 7.0 |
| 5042 | | COLEMAN GENERATOR | 3/01/99 | 530.00 | 0.00 | 0.00 | 530.00 | 0.00 | 530.00 | 0.00 | S/L | 5.0 |
| 5043 | | CRANE ADDITIONS | 5/01/99 | 2,981.00 | 0.00 | 0.00 | 2,981.00 | 0.00 | 2,981.00 | 0.00 | S/L | 5.0 |
| 5044 | | CAL PAC POWER UNIT | 4/01/99 | 1,206.00 | 0.00 | 0.00 | 1,206.00 | 0.00 | 1,206.00 | 0.00 | S/L | 5.0 |
| 5045 | | PARTS CLEANER | 5/01/99 | 2,800.00 | 0.00 | 0.00 | 2,800.00 | 0.00 | 2,800.00 | 0.00 | S/L | 5.0 |
| 5048 | | FORKLIFT | 7/01/99 | 6,938.00 | 0.00 | 0.00 | 6,938.00 | 0.00 | 6,938.00 | 0.00 | S/L | 7.0 |
| 5050 | | 4 MILLERS | 8/01/99 | 9,280.00 | 0.00 | 0.00 | 9,280.00 | 0.00 | 9,280.00 | 0.00 | S/L | 5.0 |
| 5051 | | ASST. TOOLS | 10/01/99 | 6,391.00 | 0.00 | 0.00 | 6,391.00 | 0.00 | 6,391.00 | 0.00 | S/L | 5.0 |
| 5052 | | HEATERS/BLOWERS | 10/01/99 | 2,450.00 | 0.00 | 0.00 | 2,450.00 | 0.00 | 2,450.00 | 0.00 | S/L | 5.0 |
| 5069 | | NATCO DRILL PRESS | 4/01/00 | 7,500.00 | 0.00 | 0.00 | 7,500.00 | 0.00 | 7,500.00 | 0.00 | S/L | 5.0 |
| 5070 | | KASE MISC MACHINERY | 7/01/00 | 1,225.00 | 0.00 | 0.00 | 1,225.00 | 0.00 | 1,225.00 | 0.00 | S/L | 3.0 |
| 5071 | | MAN LIFT | 8/01/00 | 4,000.00 | 0.00 | 0.00 | 4,000.00 | 0.00 | 4,000.00 | 0.00 | S/L | 3.0 |
| 5078 | | GENERATOR | 11/01/00 | 10,505.00 | 0.00 | 0.00 | 10,505.00 | 0.00 | 10,505.00 | 0.00 | S/L | 5.0 |
| 5098 | | HI WELDING EQUIPMENT | 11/01/00 | 30,682.00 | 0.00 | 0.00 | 30,682.00 | 0.00 | 30,682.00 | 0.00 | S/L | 5.0 |
| 5099 | | FREIGHT TO HI | 11/01/00 | 4,491.00 | 0.00 | 0.00 | 4,491.00 | 0.00 | 4,491.00 | 0.00 | S/L | 3.0 |
| 5111 | | SULLAIR COMPRESSOR | 8/01/01 | 3,666.00 | 0.00 | 0.00 | 3,666.00 | 0.00 | 3,666.00 | 0.00 | S/L | 5.0 |
| 5113 | | GRAZIANO LATHE | 8/01/01 | 10,697.00 | 0.00 | 0.00 | 10,697.00 | 0.00 | 10,697.00 | 0.00 | S/L | 5.0 |
| 5114 | | 4 TON SHOP CRANE | 12/01/01 | 3,100.00 | 0.00 | 0.00 | 3,100.00 | 0.00 | 3,100.00 | 0.00 | S/L | 5.0 |
| 5115 | | BRIDGEPORT MILL | 11/01/01 | 2,825.00 | 0.00 | 0.00 | 2,825.00 | 0.00 | 2,825.00 | 0.00 | S/L | 5.0 |
| 5116 | | COMPRESSOR | 9/01/01 | 2,252.00 | 0.00 | 0.00 | 2,252.00 | 0.00 | 2,252.00 | 0.00 | S/L | 5.0 |
| 5122 | | 1983 TRAILER & WELDER | 11/01/01 | 1,736.00 | 0.00 | 0.00 | 1,736.00 | 0.00 | 1,736.00 | 0.00 | S/L | 5.0 |
| 5123 | | AUTOMOTIVE LIFT | 12/01/01 | 2,170.00 | 0.00 | 0.00 | 2,170.00 | 0.00 | 2,170.00 | 0.00 | S/L | 5.0 |
| 5125 | | CLARKE 5200# FORK LIFT | 12/01/01 | 4,000.00 | 0.00 | 0.00 | 4,000.00 | 0.00 | 4,000.00 | 0.00 | S/L | 5.0 |
| 5126 | | 6 EA MILLER 194890 WELDERS | 12/01/01 | 5,937.00 | 0.00 | 0.00 | 5,937.00 | 0.00 | 5,937.00 | 0.00 | S/L | 5.0 |
| 5128 | | HORIZONTAL BORING MILL | 12/15/01 | 4,996.50 | 0.00 | 0.00 | 4,996.50 | 0.00 | 4,996.50 | 0.00 | S/L | 5.0 |
| 5129 | | CANOPY | 12/01/01 | 5,020.00 | 0.00 | 0.00 | 5,020.00 | 0.00 | 5,020.00 | 0.00 | S/L | 5.0 |
| 5130 | | DRY DOCK | 11/01/02 | 400,000.00 | 0.00 | 0.00 | 400,000.00 | 0.00 | 400,000.00 | 0.00 | S/L | 10.0 |
| 5132 | | BARGE CRANE | 11/01/02 | 100,000.00 | 0.00 | 0.00 | 100,000.00 | 0.00 | 100,000.00 | 0.00 | S/L | 10.0 |
| 5133 | | FLOOR CRANE | 6/01/02 | 2,545.41 | 0.00 | 0.00 | 2,545.41 | 0.00 | 2,545.41 | 0.00 | S/L | 5.0 |
| 5134 | | BLAST BOOTH | 11/01/02 | 19,484.00 | 0.00 | 0.00 | 19,484.00 | 0.00 | 19,484.00 | 0.00 | S/L | 5.0 |
| 5135 | | PAINT SPRAYER | 12/01/02 | 3,885.00 | 0.00 | 0.00 | 3,885.00 | 0.00 | 3,885.00 | 0.00 | S/L | 5.0 |
| 5136 | | DRY DOCK EQUIPMENT | 11/01/02 | 36,643.00 | 0.00 | 0.00 | 36,643.00 | 0.00 | 36,643.00 | 0.00 | S/L | 5.0 |
| 5137 | | SKIFF | 11/01/02 | 9,942.00 | 0.00 | 0.00 | 9,942.00 | 0.00 | 9,942.00 | 0.00 | S/L | 5.0 |
| 5139 | | PIPE BENDER | 12/01/02 | 2,495.00 | 0.00 | 0.00 | 2,495.00 | 0.00 | 2,495.00 | 0.00 | S/L | 5.0 |
| 5140 | | BLAST POT | 11/01/02 | 11,429.00 | 0.00 | 0.00 | 11,429.00 | 0.00 | 11,429.00 | 0.00 | S/L | 5.0 |
| 5141 | | BOB CAT | 11/01/02 | 11,595.00 | 0.00 | 0.00 | 11,595.00 | 0.00 | 11,595.00 | 0.00 | S/L | 5.0 |
| 5143 | | FLUSHING UNIT | 12/01/02 | 12,953.00 | 0.00 | 0.00 | 12,953.00 | 0.00 | 12,953.00 | 0.00 | S/L | 5.0 |
| 5144 | | I R COMPRESSOR | 12/01/02 | 28,557.00 | 0.00 | 0.00 | 28,557.00 | 0.00 | 28,557.00 | 0.00 | S/L | 5.0 |
| 5149 | | CLARK 30M# F/L | 12/15/02 | 21,525.00 | 0.00 | 0.00 | 21,525.00 | 0.00 | 21,525.00 | 0.00 | S/L | 5.0 |
| 5151 | | TEMP SERVICES TRAILER | 12/31/02 | 25,940.00 | 0.00 | 0.00 | 25,940.00 | 0.00 | 25,940.00 | 0.00 | S/L | 5.0 |
| 5156 | | MISC POWER TOOLS | 7/01/02 | 1,899.00 | 0.00 | 0.00 | 1,899.00 | 0.00 | 1,899.00 | 0.00 | S/L | 3.0 |
| 5157 | | MISC BLAST/PAINT EQUIP | 9/01/02 | 1,977.00 | 0.00 | 0.00 | 1,977.00 | 0.00 | 1,977.00 | 0.00 | S/L | 3.0 |

**Group: MACHINERY & EQUIPMENT (continued)**

| Asset | * | Property Description | Date In Service | Book Cost | Book Sec 179 Exp c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5165 | | SAWMASTER DY500 BAND SAW | 11/01/03 | 3,355.00 | 0.00 | 0.00 | 3,355.00 | 0.00 | 3,355.00 | 0.00 | S/L | 5.0 |
| 5166 | | POWER SKIFF | 10/01/03 | 5,638.00 | 0.00 | 0.00 | 5,638.00 | 0.00 | 5,638.00 | 0.00 | S/L | 5.0 |
| 5167 | | PRESS BRAKE | 10/01/03 | 11,125.00 | 0.00 | 0.00 | 11,125.00 | 0.00 | 11,125.00 | 0.00 | S/L | 5.0 |
| 5169 | | CLARK 14000# | 7/01/03 | 6,310.00 | 0.00 | 0.00 | 6,310.00 | 0.00 | 6,310.00 | 0.00 | S/L | 5.0 |
| 5172 | | SCISSOR LIFT | 5/01/03 | 3,895.00 | 0.00 | 0.00 | 3,895.00 | 0.00 | 3,895.00 | 0.00 | S/L | 5.0 |
| 5173 | | WIRE ROPE LUBE | 3/01/03 | 6,386.53 | 0.00 | 0.00 | 6,386.53 | 0.00 | 6,386.53 | 0.00 | S/L | 5.0 |
| 5175 | | FAIRHAVEN SIGN | 12/01/03 | 9,184.00 | 0.00 | 0.00 | 9,184.00 | 0.00 | 9,184.00 | 0.00 | S/L | 5.0 |
| 5176 | * | LATHES | 5/01/03 | 16,656.00 | 0.00 | 0.00 | 16,656.00 | 0.00 | 16,656.00 | 0.00 | S/L | 5.0 |
| 5177 | | WELDING EQUIPMENT | 11/01/03 | 7,319.00 | 0.00 | 0.00 | 7,319.00 | 0.00 | 7,319.00 | 0.00 | S/L | 5.0 |
| 5178 | | HYDRAULIC FLUSHING UNIT | 12/01/03 | 9,966.00 | 0.00 | 0.00 | 9,966.00 | 0.00 | 9,966.00 | 0.00 | S/L | 5.0 |
| 5179 | | IRON WORKER | 11/01/03 | 16,500.00 | 0.00 | 0.00 | 16,500.00 | 0.00 | 16,500.00 | 0.00 | S/L | 5.0 |
| 5191 | | P&H TRUCK CRANE | 12/01/04 | 177,646.00 | 0.00 | 0.00 | 177,646.00 | 0.00 | 177,646.00 | 0.00 | S/L | 10.0 |
| 5192 | | ASSTD SHIP REPAIR EQUIP | 11/01/04 | 54,657.00 | 0.00 | 0.00 | 54,657.00 | 0.00 | 54,657.00 | 0.00 | S/L | 3.0 |
| 5193 | | HYD SHEAR | 8/01/04 | 28,100.00 | 0.00 | 0.00 | 28,100.00 | 0.00 | 28,100.00 | 0.00 | S/L | 3.0 |
| 5194 | | CINCINNATI  BRAKE | 8/01/04 | 20,700.00 | 0.00 | 0.00 | 20,700.00 | 0.00 | 20,700.00 | 0.00 | S/L | 3.0 |
| 5195 | | CLEM BLAST POT | 4/01/04 | 8,107.50 | 0.00 | 0.00 | 8,107.50 | 0.00 | 8,107.50 | 0.00 | S/L | 3.0 |
| 5196 | | 400 AMP DIESEL WELDER | 4/01/04 | 4,896.00 | 0.00 | 0.00 | 4,896.00 | 0.00 | 4,896.00 | 0.00 | S/L | 3.0 |
| 5197 | | 210 CFM COMPRESSOR | 4/01/04 | 4,352.00 | 0.00 | 0.00 | 4,352.00 | 0.00 | 4,352.00 | 0.00 | S/L | 3.0 |
| 5198 | | KING AIRLESS PAINT POT | 7/01/04 | 4,346.56 | 0.00 | 0.00 | 4,346.56 | 0.00 | 4,346.56 | 0.00 | S/L | 3.0 |
| 5202 | | 1991 SULLAIR COMPRESSOR | 10/01/04 | 12,972.00 | 0.00 | 0.00 | 12,972.00 | 0.00 | 12,972.00 | 0.00 | S/L | 5.0 |
| 5203 | | 10000 CFM DUST COLLECTOR | 10/01/04 | 21,640.00 | 0.00 | 0.00 | 21,640.00 | 0.00 | 21,640.00 | 0.00 | S/L | 5.0 |
| 5205 | | ATLAS COPCO COMPRESSOR | 11/01/04 | 5,090.00 | 0.00 | 0.00 | 5,090.00 | 0.00 | 5,090.00 | 0.00 | S/L | 5.0 |
| 5206 | | ASSTD WELDERS & TOOLS | 6/01/04 | 30,860.00 | 0.00 | 0.00 | 30,860.00 | 0.00 | 30,860.00 | 0.00 | S/L | 5.0 |
| 5211 | | TANKS FOR DRYDOCK | 4/01/05 | 11,463.00 | 0.00 | 0.00 | 11,463.00 | 0.00 | 11,463.00 | 0.00 | S/L | 5.0 |
| 5212 | | MOBILE OFFICES | 5/01/05 | 18,488.18 | 0.00 | 0.00 | 18,488.18 | 0.00 | 18,488.18 | 0.00 | S/L | 5.0 |
| 5213 | | KOHLER GENERATOR | 6/01/05 | 33,542.00 | 0.00 | 0.00 | 33,542.00 | 0.00 | 33,542.00 | 0.00 | S/L | 5.0 |
| 5216 | | DRIEAZ BLOWERS | 10/01/05 | 5,614.20 | 0.00 | 0.00 | 5,614.20 | 0.00 | 5,614.20 | 0.00 | S/L | 5.0 |
| 5223 | | 30' SCISSOR MANLIFT | 5/01/06 | 2,552.00 | 0.00 | 0.00 | 2,552.00 | 0.00 | 2,552.00 | 0.00 | S/L | 5.0 |
| 5227 | | POWERMAX 1250 25' TORCH | 2/01/06 | 3,042.00 | 0.00 | 0.00 | 3,042.00 | 0.00 | 3,042.00 | 0.00 | S/L | 5.0 |
| 5230 | | WELDING BANK | 11/01/06 | 4,000.00 | 0.00 | 0.00 | 4,000.00 | 0.00 | 4,000.00 | 0.00 | S/L | 5.0 |
| 5231 | | WELDING BANK | 11/01/06 | 4,000.00 | 0.00 | 0.00 | 4,000.00 | 0.00 | 4,000.00 | 0.00 | S/L | 5.0 |
| 5232 | | BORING BAR | 12/15/06 | 25,265.00 | 0.00 | 0.00 | 25,265.00 | 0.00 | 25,265.00 | 0.00 | S/L | 5.0 |
| 5234 | | POWER PANEL | 12/31/06 | 3,000.00 | 0.00 | 0.00 | 3,000.00 | 0.00 | 3,000.00 | 0.00 | S/L | 5.0 |
| 5235 | | HYSTER FORKLIFT | 12/31/06 | 8,000.00 | 0.00 | 0.00 | 8,000.00 | 0.00 | 8,000.00 | 0.00 | S/L | 5.0 |
| 5238 | | WESTINGHOUSE TRANSFORMI | 6/01/07 | 10,750.00 | 0.00 | 0.00 | 10,750.00 | 0.00 | 10,750.00 | 0.00 | S/L | 5.0 |
| 5239 | | ATLAS AIR COMPRESSOR | 6/01/07 | 9,999.00 | 0.00 | 0.00 | 9,999.00 | 0.00 | 9,999.00 | 0.00 | S/L | 5.0 |
| 5240 | | HYSTER H155XL | 3/01/07 | 26,000.00 | 0.00 | 0.00 | 26,000.00 | 0.00 | 26,000.00 | 0.00 | S/L | 5.0 |
| 5242 | | HYSTER 8000# F/L | 6/01/07 | 7,301.50 | 0.00 | 0.00 | 7,301.50 | 0.00 | 7,301.50 | 0.00 | S/L | 5.0 |
| 5243 | | STEEL DECK PLATES | 7/01/07 | 113,560.92 | 0.00 | 0.00 | 113,560.92 | 0.00 | 113,560.92 | 0.00 | S/L | 5.0 |
| 5244 | | DIESEL TRAILER WELDER | 9/01/07 | 5,700.00 | 0.00 | 0.00 | 5,700.00 | 0.00 | 5,700.00 | 0.00 | S/L | 5.0 |
| 5248 | | STEEL BEAMS | 12/01/07 | 150,000.00 | 0.00 | 0.00 | 136,250.00 | 13,750.00 | 150,000.00 | 0.00 | S/L | 10.0 |
| 5254 | | 2004 TORO DINGO TX420 | 12/01/07 | 9,000.00 | 0.00 | 0.00 | 9,000.00 | 0.00 | 9,000.00 | 0.00 | S/L | 5.0 |
| 5255 | | 2004 TORO DINGO TX 420 | 12/01/07 | 9,000.00 | 0.00 | 0.00 | 9,000.00 | 0.00 | 9,000.00 | 0.00 | S/L | 5.0 |
| 5262 | | XMTWELDER | 3/01/08 | 2,478.12 | 0.00 | 0.00 | 2,478.12 | 0.00 | 2,478.12 | 0.00 | S/L | 5.0 |
| 5263 | | BROOM ATTACHMENT | 1/01/08 | 3,468.80 | 0.00 | 0.00 | 3,468.80 | 0.00 | 3,468.80 | 0.00 | S/L | 5.0 |
| 5264 | | BROOM ATTACHMENT | 1/01/08 | 3,468.80 | 0.00 | 0.00 | 3,468.80 | 0.00 | 3,468.80 | 0.00 | S/L | 5.0 |
| 5265 | | HYDRO BLASTER | 8/01/08 | 90,600.00 | 0.00 | 0.00 | 90,600.00 | 0.00 | 90,600.00 | 0.00 | S/L | 5.0 |
| 5270 | | SANDBLAST CABINET | 4/01/09 | 2,500.00 | 0.00 | 0.00 | 2,500.00 | 0.00 | 2,500.00 | 0.00 | S/L | 5.0 |
| 5271 | | SEMI-SUBMERSIBLE BARGE | 11/01/09 | 14,192,668.91 | 0.00 | 0.00 | 5,085,706.39 | 709,633.45 | 5,795,339.84 | 8,397,329.07 | S/L | 20.0 |

| Asset | * | Property Description | Date In Service | Book Cost | Book Sec 179 Exp c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: MACHINERY & EQUIPMENT (continued)** | | | | | | | | | | | | |
| 5273 | | EMERGENCY GENERATOR | 6/01/09 | 37,000.00 | 0.00 | 0.00 | 37,000.00 | 0.00 | 37,000.00 | 0.00 | S/L | 5.0 |
| 5274 | | DOCK RAMP | 6/01/09 | 6,189.00 | 0.00 | 0.00 | 6,189.00 | 0.00 | 6,189.00 | 0.00 | S/L | 5.0 |
| 5277 | | 2001 R/R TRAILER | 7/01/09 | 28,565.00 | 0.00 | 0.00 | 28,565.00 | 0.00 | 28,565.00 | 0.00 | S/L | 5.0 |
| 5278 | | 2001 RR TRAILER | 7/01/09 | 19,385.00 | 0.00 | 0.00 | 19,385.00 | 0.00 | 19,385.00 | 0.00 | S/L | 5.0 |
| 5281 | | MILLER XMT | 11/01/09 | 3,312.59 | 0.00 | 0.00 | 3,312.59 | 0.00 | 3,312.59 | 0.00 | S/L | 5.0 |
| 5282 | | MILLER XMT | 11/01/09 | 3,312.59 | 0.00 | 0.00 | 3,312.59 | 0.00 | 3,312.59 | 0.00 | S/L | 5.0 |
| 5283 | | MILLER XMT | 11/01/09 | 3,312.59 | 0.00 | 0.00 | 3,312.59 | 0.00 | 3,312.59 | 0.00 | S/L | 5.0 |
| 5286 | | 4-21,000 GALLON FRAC TANKS | 1/26/10 | 105,120.00 | 0.00 | 0.00 | 72,708.00 | 10,512.00 | 83,220.00 | 21,900.00 | S/L | 10.0 |
| 5291 | | PAINT PUMP XM PLURAL SPRA | 4/01/10 | 52,300.25 | 0.00 | 0.00 | 52,300.25 | 0.00 | 52,300.25 | 0.00 | S/L | 5.0 |
| 5292 | | ELECTROPULSE | 8/31/10 | 71,100.00 | 0.00 | 0.00 | 71,100.00 | 0.00 | 71,100.00 | 0.00 | S/L | 5.0 |
| 5293 | | ELECTRICAL TRANSFORMER | 9/30/10 | 5,850.00 | 0.00 | 0.00 | 5,850.00 | 0.00 | 5,850.00 | 0.00 | S/L | 5.0 |
| 5294 | | DUST COLLECTOR 12,000 | 10/31/10 | 47,633.34 | 0.00 | 0.00 | 47,633.34 | 0.00 | 47,633.34 | 0.00 | S/L | 5.0 |
| 5295 | | DUST COLLECTOR 20,000 | 10/31/10 | 76,225.66 | 0.00 | 0.00 | 76,225.66 | 0.00 | 76,225.66 | 0.00 | S/L | 5.0 |
| 5298 | | AIR DRYERS | 11/12/10 | 36,527.51 | 0.00 | 0.00 | 36,527.51 | 0.00 | 36,527.51 | 0.00 | S/L | 5.0 |
| 5299 | | GENERATOR CUMMINS 725KW | 8/31/10 | 249,998.00 | 0.00 | 0.00 | 249,998.00 | 0.00 | 249,998.00 | 0.00 | S/L | 5.0 |
| 5300 | | 25 GALLON RECYCLER | 6/25/10 | 24,249.00 | 0.00 | 0.00 | 24,249.00 | 0.00 | 24,249.00 | 0.00 | S/L | 5.0 |
| 5302 | | 2010 GROVE RT880E CRANE | 1/01/11 | 33,892.33 | 0.00 | 0.00 | 33,892.33 | 0.00 | 33,892.33 | 0.00 | S/L | 5.0 |
| 5303 | | QUINCY NW AIR COMPRESSOF | 1/20/11 | 5,635.28 | 0.00 | 0.00 | 5,635.28 | 0.00 | 5,635.28 | 0.00 | S/L | 5.0 |
| 5304 | | QUINCY NW AIR COMPRESSOF | 3/20/11 | 5,635.28 | 0.00 | 0.00 | 5,635.28 | 0.00 | 5,635.28 | 0.00 | S/L | 5.0 |
| 5305 | | BLAST PAK | 1/01/11 | 907.34 | 0.00 | 0.00 | 907.34 | 0.00 | 907.34 | 0.00 | S/L | 5.0 |
| 5306 | | BLAST PAK | 1/01/11 | 907.34 | 0.00 | 0.00 | 907.34 | 0.00 | 907.34 | 0.00 | S/L | 5.0 |
| 5307 | | SEMI SUBMERSIBLE - TAX | 1/01/10 | 807,500.00 | 0.00 | 0.00 | 282,625.00 | 40,375.00 | 323,000.00 | 484,500.00 | S/L | 20.0 |
| 5308 | | SECURITY CAMERA SYSTEM | 12/31/11 | 4,455.64 | 0.00 | 0.00 | 4,455.64 | 0.00 | 4,455.64 | 0.00 | S/L | 3.0 |
| 5312 | | ELECTRICAL CORDS FAITHFUI | 1/11/12 | 5,084.16 | 0.00 | 0.00 | 5,084.16 | 0.00 | 5,084.16 | 0.00 | S/L | 5.0 |
| 5313 | | 225KVA 480V-208V TRANSFORI | 6/20/12 | 18,696.40 | 0.00 | 0.00 | 16,826.76 | 1,869.64 | 18,696.40 | 0.00 | S/L | 5.0 |
| 5314 | | GE Loan Fee | 7/01/12 | 18,000.00 | 0.00 | 0.00 | 10,125.00 | 2,250.00 | 12,375.00 | 5,625.00 | S/L | 8.0 |
| 5315 | | Impeller Pumps AFDL45 | 7/30/13 | 16,018.00 | 0.00 | 0.00 | 10,945.63 | 3,203.60 | 14,149.23 | 1,868.77 | S/L | 5.0 |
| 5316 | | FS Ballast Control System | 10/15/13 | 34,802.66 | 0.00 | 0.00 | 22,621.72 | 6,960.53 | 29,582.25 | 5,220.41 | S/L | 5.0 |
| 5317 | | WeldTec Welder/Generator | 1/30/13 | 7,500.00 | 0.00 | 0.00 | 5,875.00 | 1,500.00 | 7,375.00 | 125.00 | S/L | 5.0 |
| 5318 | | 2 Geo Blasters | 5/16/13 | 62,800.00 | 0.00 | 0.00 | 45,006.67 | 12,560.00 | 57,566.67 | 5,233.33 | S/L | 5.0 |
| 5319 | | 3 Tuco Frostfighter Blowers | 12/12/13 | 19,322.24 | 0.00 | 0.00 | 11,915.39 | 3,864.45 | 15,779.84 | 3,542.40 | S/L | 5.0 |
| 5320 | | 6 Portable Welders | 12/12/13 | 21,876.96 | 0.00 | 0.00 | 13,490.79 | 4,375.39 | 17,866.18 | 4,010.78 | S/L | 5.0 |
| 5321 | | Welding Cables | 12/12/13 | 6,535.91 | 0.00 | 0.00 | 4,030.47 | 1,307.18 | 5,337.65 | 1,198.26 | S/L | 5.0 |
| 5322 | | 2002 Hyster 8k Forklift | 12/10/13 | 11,874.98 | 0.00 | 0.00 | 7,322.92 | 2,375.00 | 9,697.92 | 2,177.06 | S/L | 5.0 |
| 5323 | | 2004 Hyster 8k Forklift | 12/10/13 | 13,452.12 | 0.00 | 0.00 | 8,295.46 | 2,690.42 | 10,985.88 | 2,466.24 | S/L | 5.0 |
| 5331 | | 70x14 Mobile Office Trailer | 12/31/14 | 24,052.90 | 0.00 | 0.00 | 4,810.58 | 2,405.29 | 7,215.87 | 16,837.03 | S/L | 10.0 |
| 5332 | | 70x14 Mobile Office Trailer | 12/31/14 | 25,305.57 | 0.00 | 0.00 | 5,061.12 | 2,530.56 | 7,591.68 | 17,713.89 | S/L | 10.0 |
| 5333 | | Mobile Quiet Vacuuum | 12/31/14 | 141,778.02 | 0.00 | 0.00 | 40,508.00 | 20,254.00 | 60,762.00 | 81,016.02 | S/L | 7.0 |
| 5334 | | Quincy QNWV200 Air Compressor | 12/31/14 | 135,815.22 | 0.00 | 0.00 | 38,804.34 | 19,402.17 | 58,206.51 | 77,608.71 | S/L | 7.0 |
| 5335 | | Gate Improvements | 12/31/14 | 22,169.60 | 0.00 | 0.00 | 6,334.18 | 3,167.09 | 9,501.27 | 12,668.33 | S/L | 7.0 |
| 5336 | | Bore Scope | 12/31/14 | 7,085.00 | 0.00 | 0.00 | 2,834.00 | 1,417.00 | 4,251.00 | 2,834.00 | S/L | 5.0 |
| 5337 | | Video Scope | 12/31/14 | 9,295.00 | 0.00 | 0.00 | 3,718.00 | 1,859.00 | 5,577.00 | 3,718.00 | S/L | 5.0 |
| 5338 | | 150 Ton Press w/Lock | 12/31/14 | 6,633.06 | 0.00 | 0.00 | 2,653.22 | 1,326.61 | 3,979.83 | 2,653.23 | S/L | 5.0 |
| 5339 | | Master Puller Set | 12/31/14 | 10,326.50 | 0.00 | 0.00 | 4,130.60 | 2,065.30 | 6,195.90 | 4,130.60 | S/L | 5.0 |
| 5340 | | Landa Hot Water Pressure Washer | 3/24/14 | 10,079.04 | 0.00 | 0.00 | 5,543.48 | 2,015.81 | 7,559.29 | 2,519.75 | S/L | 5.0 |
| 5341 | | 3 Stage Electric Pump | 12/31/14 | 6,067.53 | 0.00 | 0.00 | 2,427.02 | 1,213.51 | 3,640.53 | 2,427.00 | S/L | 5.0 |
| 5342 | | 1" Square Drive Torque Tool | 12/31/14 | 6,114.38 | 0.00 | 0.00 | 2,445.76 | 1,222.88 | 3,668.64 | 2,445.74 | S/L | 5.0 |
| 5343 | | 1.5" Square Drive Torque Tool | 12/31/14 | 8,147.07 | 0.00 | 0.00 | 3,258.82 | 1,629.41 | 4,888.23 | 3,258.84 | S/L | 5.0 |
| 5344 | | 1.5" Drive Torque Wrench | 12/31/14 | 11,946.13 | 0.00 | 0.00 | 4,778.46 | 2,389.23 | 7,167.69 | 4,778.44 | S/L | 5.0 |

| Asset * | Property Description | Date In Service | Book Cost | Book Sec 179 Exp  c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: MACHINERY & EQUIPMENT (continued)** | | | | | | | | | | | |
| 5350 | Blast Pot | 2/17/15 | 22,000.00 | 0.00 | 0.00 | 8,250.00 | 4,400.00 | 12,650.00 | 9,350.00 | S/L | 5.0 |
| 5351 | Yard Lights | 2/17/15 | 5,000.00 | 0.00 | 0.00 | 1,875.00 | 1,000.00 | 2,875.00 | 2,125.00 | S/L | 5.0 |
| 5352 | Flexible Duct Hose for Blowers | 7/17/15 | 15,552.36 | 0.00 | 0.00 | 4,276.90 | 3,110.47 | 7,387.37 | 8,164.99 | S/L | 5.0 |
| 5353 | Industrial Pump System & Cart | 8/21/15 | 5,271.95 | 0.00 | 0.00 | 1,449.79 | 1,054.39 | 2,504.18 | 2,767.77 | S/L | 5.0 |
| 5354 | Mobile Power Control Box | 9/23/15 | 5,350.00 | 0.00 | 0.00 | 1,471.25 | 1,070.00 | 2,541.25 | 2,808.75 | S/L | 5.0 |
| 5356 | Zeks Mobile 1000 SCFM Dryer Uni | 11/19/15 | 22,812.87 | 0.00 | 0.00 | 5,132.89 | 4,562.57 | 9,695.46 | 13,117.41 | S/L | 5.0 |
| 5357 | Mobile Power Supply Rack 1 | 12/30/15 | 18,087.68 | 0.00 | 0.00 | 4,069.73 | 3,617.54 | 7,687.27 | 10,400.41 | S/L | 5.0 |
| 5358 | Mobile Power Supply Rack 2 | 12/30/15 | 18,087.68 | 0.00 | 0.00 | 4,069.73 | 3,617.54 | 7,687.27 | 10,400.41 | S/L | 5.0 |
| 5359 | Mobile Power Supply Rack 3 | 12/30/15 | 18,087.68 | 0.00 | 0.00 | 4,069.73 | 3,617.54 | 7,687.27 | 10,400.41 | S/L | 5.0 |
| 5363 | Sunbelt Tranformer | 1/06/16 | 22,558.51 | 0.00 | 0.00 | 4,511.70 | 4,511.70 | 9,023.40 | 13,535.11 | S/L | 5.0 |
| 5364 | Praxair Power Supply Rack | 1/18/16 | 18,087.68 | 0.00 | 0.00 | 3,316.07 | 3,617.54 | 6,933.61 | 11,154.07 | S/L | 5.0 |
| 5365 | Arizona Vortex Multi Pod | 4/14/16 | 5,206.73 | 0.00 | 0.00 | 781.01 | 1,041.35 | 1,822.36 | 3,384.37 | S/L | 5.0 |
| 5366 | 2016 Hyster H155 Forklift | 9/14/16 | 69,023.85 | 0.00 | 0.00 | 4,601.59 | 13,804.77 | 18,406.36 | 50,617.49 | S/L | 5.0 |
| 5367 | Bard Heat Pump | 9/19/16 | 7,518.78 | 0.00 | 0.00 | 375.94 | 1,503.76 | 1,879.70 | 5,639.08 | S/L | 5.0 |
| 5368 | 2016 Hyster H80FT Forklift | 10/05/16 | 42,979.00 | 0.00 | 0.00 | 2,148.95 | 8,595.80 | 10,744.75 | 32,234.25 | S/L | 5.0 |
| 5369 | 2016 Hyster H80 Forklift | 10/05/16 | 42,979.00 | 0.00 | 0.00 | 2,148.95 | 8,595.80 | 10,744.75 | 32,234.25 | S/L | 5.0 |
| 5370 | 2016 Hyster H190 Forklift | 10/10/16 | 105,603.88 | 0.00 | 0.00 | 5,280.19 | 21,120.78 | 26,400.97 | 79,202.91 | S/L | 5.0 |
| 5371 | Lumber Cover Structure | 12/31/16 | 11,497.50 | 0.00 | 0.00 | 0.00 | 2,299.50 | 2,299.50 | 9,198.00 | S/L | 5.0 |
| 5372 | Impeller & Casing for AFDL45 | 3/22/16 | 34,660.00 | 0.00 | 0.00 | 5,199.00 | 6,932.00 | 12,131.00 | 22,529.00 | S/L | 5.0 |
| 5373 | Crane Parts for RT880E | 7/08/16 | 27,987.75 | 0.00 | 0.00 | 2,798.78 | 5,597.55 | 8,396.33 | 19,591.42 | S/L | 5.0 |
| 5374 | Barge Crane Upgrades | 9/08/16 | 273,631.17 | 0.00 | 0.00 | 18,242.08 | 54,726.23 | 72,968.31 | 200,662.86 | S/L | 5.0 |
| 5375 | Faithful Servant Upgrades | 12/31/16 | 339,960.00 | 0.00 | 0.00 | 0.00 | 67,992.00 | 67,992.00 | 271,968.00 | S/L | 5.0 |
| 5376 | Life Boat Upgrades | 12/31/16 | 10,839.77 | 0.00 | 0.00 | 0.00 | 2,167.95 | 2,167.95 | 8,671.82 | S/L | 5.0 |
| 5381 | EZ Go XI-875 Flatbed Cart Charger | 1/26/17 | 2,064.08 | 0.00c | 0.00 | 0.00 | 378.41 | 378.41 | 1,685.67 | S/L | 5.0 |
| 5382 | Security Cameras | 4/27/17 | 26,586.61 | 0.00c | 0.00 | 0.00 | 3,544.88 | 3,544.88 | 23,041.73 | S/L | 5.0 |
| 5383 | Security Monitoring Station | 4/10/17 | 1,871.97 | 0.00c | 0.00 | 0.00 | 280.80 | 280.80 | 1,591.17 | S/L | 5.0 |
| 5384 | Scaffolding | 9/18/17 | 13,146.18 | 0.00c | 0.00 | 0.00 | 657.31 | 657.31 | 12,488.87 | S/L | 5.0 |
| 5385 | Scaffolding | 10/06/17 | 18,446.32 | 0.00c | 0.00 | 0.00 | 922.32 | 922.32 | 17,524.00 | S/L | 5.0 |
| | **MACHINERY & EQUIPMENT** | | 20,011,747.59 | 0.00c | 1,877.01 | 8,839,419.65 | 1,114,465.02 | 9,953,884.67 | 10,057,862.92 | | |
| | ^Less: Dispositions | | 20,158.00 | 0.00 | 0.00 | 20,158.00 | | 20,158.00 | 0.00 | | |
| | **Net MACHINERY & EQUIPMENT** | | 19,991,589.59 | 0.00c | 1,877.01 | 8,819,261.65 | 1,114,465.02 | 9,933,726.67 | 10,057,862.92 | | |
| **Group: OFFICE FURNITURE & FIXT** | | | | | | | | | | | |
| 3000 | SOFTWARE | 2/28/92 | 533.61 | 0.00 | 53.36 | 480.25 | 0.00 | 480.25 | 53.36 | S/L | 5.0 |
| 3001 | WORK FOR WINDOWS | 12/16/94 | 132.23 | 0.00 | 13.22 | 132.23 | 0.00 | 132.23 | 0.00 | S/L | 5.0 |
| 3002 | 4 MG MEMORY FOR ZENON | 12/29/94 | 194.22 | 0.00 | 19.42 | 194.22 | 0.00 | 194.22 | 0.00 | S/L | 5.0 |
| 3003 | DK280 TELEPHONE SYSTEM | 8/20/96 | 8,671.62 | 0.00 | 0.00 | 8,671.62 | 0.00 | 8,671.62 | 0.00 | S/L | 5.0 |
| 3004 | 80486 133-DX COMPUTER | 8/20/96 | 1,179.20 | 0.00 | 0.00 | 1,179.20 | 0.00 | 1,179.20 | 0.00 | S/L | 5.0 |
| 3005 | FAX | 8/26/91 | 970.57 | 0.00 | 97.05 | 970.57 | 0.00 | 970.57 | 0.00 | S/L | 5.0 |
| 3006 | COMPUTER & PRINTER | 9/27/91 | 1,350.00 | 0.00 | 135.00 | 1,350.00 | 0.00 | 1,350.00 | 0.00 | S/L | 5.0 |
| 3007 | DRAFTING TABLES | 11/05/91 | 394.93 | 0.00 | 39.49 | 394.93 | 0.00 | 394.93 | 0.00 | S/L | 5.0 |
| 3008 | (16) FLAT FILES | 12/12/91 | 643.79 | 0.00 | 64.38 | 643.79 | 0.00 | 643.79 | 0.00 | S/L | 5.0 |
| 3009 | TABLE & CHAIRS | 12/17/91 | 205.58 | 0.00 | 20.56 | 205.58 | 0.00 | 205.58 | 0.00 | S/L | 5.0 |
| 3010 | LIGHTS | 12/17/91 | 418.73 | 0.00 | 41.87 | 418.73 | 0.00 | 418.73 | 0.00 | S/L | 5.0 |
| 3011 | OTHER OFFICE EQUIPMENT | 1/01/92 | 3,977.28 | 0.00 | 397.72 | 3,977.28 | 0.00 | 3,977.28 | 0.00 | S/L | 5.0 |
| 3012 | APPLE POWERBOOK | 1/01/92 | 3,758.00 | 0.00 | 375.80 | 3,758.00 | 0.00 | 3,758.00 | 0.00 | S/L | 5.0 |
| 3013 | COMPUTER SWITCH | 3/18/92 | 129.25 | 0.00 | 12.92 | 129.25 | 0.00 | 129.25 | 0.00 | S/L | 5.0 |

| Asset | Property Description | Date In Service | Book Cost | Book Sec 179 Exp c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: OFFICE FURNITURE & FIXT (continued)** | | | | | | | | | | | |
| 3014 | MODEM & RAM | 3/31/92 | 448.99 | 0.00 | 44.90 | 448.99 | 0.00 | 448.99 | 0.00 | S/L | 5.0 |
| 3015 | SOLOMON EQUITY III PACK | 11/23/92 | 2,915.99 | 0.00 | 291.60 | 2,624.39 | 0.00 | 2,624.39 | 291.60 | S/L | 5.0 |
| 3016 | APPLE PRINTER | 6/07/93 | 946.75 | 0.00 | 94.68 | 946.75 | 0.00 | 946.75 | 0.00 | S/L | 5.0 |
| 3017 | EPSON PRINTER | 11/09/93 | 408.56 | 0.00 | 40.86 | 408.56 | 0.00 | 408.56 | 0.00 | S/L | 5.0 |
| 3018 | ROOM DIVIDERS | 9/15/94 | 195.84 | 0.00 | 19.58 | 195.84 | 0.00 | 195.84 | 0.00 | S/L | 5.0 |
| 3019 | MITA COPIER | 6/14/94 | 927.90 | 0.00 | 92.79 | 927.90 | 0.00 | 927.90 | 0.00 | S/L | 5.0 |
| 3020 | COMPUTER | 4/01/94 | 900.00 | 0.00 | 90.00 | 900.00 | 0.00 | 900.00 | 0.00 | S/L | 5.0 |
| 3021 | DIVIDERS AND STANDS | 11/15/94 | 803.39 | 0.00 | 80.39 | 803.39 | 0.00 | 803.39 | 0.00 | S/L | 5.0 |
| 3022 | MODEM | 12/16/94 | 133.80 | 0.00 | 13.38 | 133.80 | 0.00 | 133.80 | 0.00 | S/L | 5.0 |
| 3023 | 420 K HARD DRIVE | 12/16/94 | 295.65 | 0.00 | 29.57 | 295.65 | 0.00 | 295.65 | 0.00 | S/L | 5.0 |
| 3024 | COPIERS, PRINTERS, ETC. | 12/17/94 | 574.76 | 0.00 | 57.48 | 574.76 | 0.00 | 574.76 | 0.00 | S/L | 5.0 |
| 3025 | HP LASER JET 4LP | 12/22/94 | 1,500.66 | 0.00 | 150.07 | 1,500.66 | 0.00 | 1,500.66 | 0.00 | S/L | 5.0 |
| 3026 | COMPUTER, MONITOR, KEYBO | 6/16/95 | 1,063.00 | 0.00 | 0.00 | 1,063.00 | 0.00 | 1,063.00 | 0.00 | S/L | 5.0 |
| 3027 | 486DX66 COMPUTER | 7/31/95 | 1,510.60 | 0.00 | 0.00 | 1,510.60 | 0.00 | 1,510.60 | 0.00 | S/L | 5.0 |
| 3028 | CANON AP 200X TYPEWRITER | 12/15/95 | 134.87 | 0.00 | 0.00 | 134.87 | 0.00 | 134.87 | 0.00 | S/L | 7.0 |
| 3029 | IBM COMP 100 DX AT | 10/03/95 | 1,742.00 | 0.00 | 0.00 | 1,742.00 | 0.00 | 1,742.00 | 0.00 | S/L | 5.0 |
| 3030 | TOSHIBA 2510 COPIER | 9/15/96 | 5,500.00 | 0.00 | 0.00 | 5,500.00 | 0.00 | 5,500.00 | 0.00 | S/L | 5.0 |
| 3031 | 80846 133-DX COMPUTER | 8/20/96 | 1,179.20 | 0.00 | 0.00 | 1,179.20 | 0.00 | 1,179.20 | 0.00 | S/L | 5.0 |
| 3032 | HP II LASER PRINTER | 8/20/96 | 513.00 | 0.00 | 0.00 | 513.00 | 0.00 | 513.00 | 0.00 | S/L | 5.0 |
| 3033 | HP 4+ LASER PRINTER | 8/20/96 | 1,227.20 | 0.00 | 0.00 | 1,227.20 | 0.00 | 1,227.20 | 0.00 | S/L | 5.0 |
| 3034 | SOLOMON DIRECT DEPOSIT SC | 8/20/96 | 858.60 | 0.00 | 0.00 | 858.60 | 0.00 | 858.60 | 0.00 | S/L | 3.0 |
| 3035 | MICROSOFT OFFICE SOFTWAR | 8/20/96 | 754.92 | 0.00 | 0.00 | 754.92 | 0.00 | 754.92 | 0.00 | S/L | 3.0 |
| 3036 | 3 sets Office Furn. w/conference tab | 10/01/96 | 1,800.00 | 0.00 | 0.00 | 1,800.00 | 0.00 | 1,800.00 | 0.00 | S/L | 5.0 |
| 3037 | NEXTEL CELLULAR PHONES | 4/01/97 | 2,994.00 | 2,294.00 | 0.00 | 2,994.00 | 0.00 | 2,994.00 | 0.00 | S/L | 5.0 |
| 3038 | COMPUTER UPGRADE | 9/01/97 | 1,051.00 | 1,051.00 | 0.00 | 1,051.00 | 0.00 | 1,051.00 | 0.00 | S/L | 5.0 |
| 3039 | LAP TOP COMPUTER- NEIL | 12/01/97 | 1,800.00 | 1,800.00 | 0.00 | 1,800.00 | 0.00 | 1,800.00 | 0.00 | S/L | 5.0 |
| 3040 | Computer System | 3/01/98 | 21,523.00 | 0.00 | 0.00 | 21,523.00 | 0.00 | 21,523.00 | 0.00 | S/L | 5.0 |
| 3041 | PC and Printer | 3/01/98 | 2,256.00 | 0.00 | 0.00 | 2,256.00 | 0.00 | 2,256.00 | 0.00 | S/L | 5.0 |
| 3042 | Aptiva Computer | 7/01/98 | 1,195.00 | 0.00 | 0.00 | 1,195.00 | 0.00 | 1,195.00 | 0.00 | S/L | 5.0 |
| 3043 | Computer | 7/01/98 | 1,206.00 | 0.00 | 0.00 | 1,206.00 | 0.00 | 1,206.00 | 0.00 | S/L | 5.0 |
| 3044 | Color Printer | 9/01/98 | 977.00 | 0.00 | 0.00 | 977.00 | 0.00 | 977.00 | 0.00 | S/L | 5.0 |
| 3045 | Office Furniture | 9/01/98 | 566.00 | 0.00 | 0.00 | 566.00 | 0.00 | 566.00 | 0.00 | S/L | 5.0 |
| 3046 | Minolta Copier | 7/01/98 | 650.00 | 0.00 | 0.00 | 650.00 | 0.00 | 650.00 | 0.00 | S/L | 5.0 |
| 3047 | High Speed MInolta | 8/01/98 | 467.00 | 0.00 | 0.00 | 467.00 | 0.00 | 467.00 | 0.00 | S/L | 5.0 |
| 3048 | Konika Copier | 6/01/98 | 400.00 | 0.00 | 0.00 | 400.00 | 0.00 | 400.00 | 0.00 | S/L | 5.0 |
| 5033 | MICRON-TECH COMPUTER | 2/01/99 | 1,441.00 | 0.00 | 0.00 | 1,441.00 | 0.00 | 1,441.00 | 0.00 | S/L | 5.0 |
| 5034 | E-MACHINE COMPUTER | 2/01/99 | 1,094.64 | 0.00 | 0.00 | 1,094.64 | 0.00 | 1,094.64 | 0.00 | S/L | 5.0 |
| 5035 | AUTO-CAD PROGRAM | 2/01/99 | 428.00 | 0.00 | 0.00 | 428.00 | 0.00 | 428.00 | 0.00 | S/L | 5.0 |
| 5036 | E-MACHINE - UPSTAIRS | 5/01/99 | 818.00 | 0.00 | 0.00 | 818.00 | 0.00 | 818.00 | 0.00 | S/L | 5.0 |
| 5037 | PROJECT SOFTWARE | 5/01/99 | 478.00 | 0.00 | 0.00 | 478.00 | 0.00 | 478.00 | 0.00 | S/L | 5.0 |
| 5038 | COMPUWEST COMPUTER | 2/01/99 | 1,231.00 | 0.00 | 0.00 | 1,231.00 | 0.00 | 1,231.00 | 0.00 | S/L | 5.0 |
| 5039 | DEPRECIATION SOFTWARE | 2/01/99 | 1,626.00 | 0.00 | 0.00 | 1,626.00 | 0.00 | 1,626.00 | 0.00 | S/L | 5.0 |
| 5040 | COMPAQ LAPTOP | 11/01/99 | 1,409.00 | 0.00 | 0.00 | 1,409.00 | 0.00 | 1,409.00 | 0.00 | S/L | 5.0 |
| 5083 | OFFICE FURNITURE | 10/01/00 | 3,439.00 | 0.00 | 0.00 | 3,439.00 | 0.00 | 3,439.00 | 0.00 | S/L | 5.0 |
| 5084 | G-4 MACINTOSH | 11/01/00 | 1,065.00 | 0.00 | 0.00 | 1,065.00 | 0.00 | 1,065.00 | 0.00 | S/L | 3.0 |
| 5085 | HP LASER 5000 | 10/01/00 | 1,073.00 | 0.00 | 0.00 | 1,073.00 | 0.00 | 1,073.00 | 0.00 | S/L | 3.0 |
| 5087 | HP LASER 2100 | 10/01/00 | 678.00 | 0.00 | 0.00 | 678.00 | 0.00 | 678.00 | 0.00 | S/L | 3.0 |
| 5089 | HP LASER 4050 | 7/01/00 | 1,120.00 | 0.00 | 0.00 | 1,120.00 | 0.00 | 1,120.00 | 0.00 | S/L | 3.0 |
| 5097 | FUJITSU PLASMA MONITOR | 10/01/00 | 3,082.00 | 0.00 | 0.00 | 3,082.00 | 0.00 | 3,082.00 | 0.00 | S/L | 3.0 |

| Asset | * | Property Description | Date In Service | Book Cost | Book Sec 179 Exp c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: OFFICE FURNITURE & FIXT (continued)** | | | | | | | | | | | | |
| 5118 | | MAC G4 | 6/01/01 | 2,370.00 | 0.00 | 0.00 | 2,370.00 | 0.00 | 2,370.00 | 0.00 | S/L | 3.0 |
| 5119 | | DELL PROCESSORS | 9/01/01 | 2,058.00 | 0.00 | 0.00 | 2,058.00 | 0.00 | 2,058.00 | 0.00 | S/L | 3.0 |
| 5120 | | PRIMAVERA SOFTWARE | 12/01/01 | 1,091.00 | 0.00 | 0.00 | 1,091.00 | 0.00 | 1,091.00 | 0.00 | S/L | 3.0 |
| 5153 | | TELERAD PHONE SYSTEM | 7/01/02 | 4,687.11 | 0.00 | 0.00 | 4,687.11 | 0.00 | 4,687.11 | 0.00 | S/L | 5.0 |
| 5187 | | SONY LAP TOP | 2/01/03 | 2,779.89 | 0.00 | 0.00 | 2,779.89 | 0.00 | 2,779.89 | 0.00 | S/L | 3.0 |
| 5188 | | ADDITIONAL USERS D&C | 10/01/03 | 6,756.56 | 0.00 | 0.00 | 6,756.56 | 0.00 | 6,756.56 | 0.00 | S/L | 5.0 |
| 5253 | | RICOH AF1045 COPIER | 4/30/07 | 3,536.00 | 0.00 | 0.00 | 3,536.00 | 0.00 | 3,536.00 | 0.00 | S/L | 3.0 |
| 5257 | | RICOH COLOR COPIER | 4/07/08 | 3,916.80 | 0.00 | 0.00 | 3,916.80 | 0.00 | 3,916.80 | 0.00 | S/L | 5.0 |
| 5280 | | ESTIMATING SOFTWARE | 4/01/09 | 22,211.02 | 0.00 | 0.00 | 22,211.02 | 0.00 | 22,211.02 | 0.00 | S/L | 3.0 |
| 5296 | | COMPUTERS | 10/31/10 | 8,424.10 | 0.00 | 0.00 | 8,424.10 | 0.00 | 8,424.10 | 0.00 | S/L | 3.0 |
| 5310 | | COMPUTERS | 7/31/11 | 6,108.74 | 0.00 | 0.00 | 6,108.74 | 0.00 | 6,108.74 | 0.00 | S/L | 3.0 |
| 5311 | | RICOH SPC811 | 3/30/11 | 4,695.60 | 0.00 | 0.00 | 4,695.60 | 0.00 | 4,695.60 | 0.00 | S/L | 5.0 |
| 5324 | | Dell Blade Server | 4/19/13 | 4,732.72 | 0.00 | 0.00 | 3,470.65 | 946.54 | 4,417.19 | 315.53 | S/L | 5.0 |
| 5325 | | ComputerEase Software | 6/27/13 | 26,991.00 | 0.00 | 0.00 | 18,893.70 | 5,398.20 | 24,291.90 | 2,699.10 | S/L | 5.0 |
| 5326 | | Dockmaster Software | 12/12/13 | 7,000.00 | 0.00 | 0.00 | 4,316.67 | 1,400.00 | 5,716.67 | 1,283.33 | S/L | 5.0 |
| 5327 | | Weld Office Cert Software | 12/10/13 | 5,200.00 | 0.00 | 0.00 | 3,206.67 | 1,040.00 | 4,246.67 | 953.33 | S/L | 5.0 |
| 5345 | | Savin C4503 System Printer | 12/31/14 | 11,087.40 | 0.00 | 0.00 | 4,434.96 | 2,217.48 | 6,652.44 | 4,434.96 | S/L | 5.0 |
| 5346 | | Savin C4503 System Printer | 12/31/14 | 11,087.40 | 0.00 | 0.00 | 4,434.96 | 2,217.48 | 6,652.44 | 4,434.96 | S/L | 5.0 |
| 5360 | | Telrad IP Phone System | 7/21/15 | 50,030.00 | 0.00 | 0.00 | 13,758.25 | 10,006.00 | 23,764.25 | 26,265.75 | S/L | 5.0 |
| 5377 | | Dynamics SL Software | 12/31/16 | 113,719.90 | 0.00 | 0.00 | 0.00 | 22,743.98 | 22,743.98 | 90,975.92 | S/L | 5.0 |
| 5378 | | Telrad IP Phones - Tacoma | 12/31/16 | 6,994.50 | 0.00 | 0.00 | 0.00 | 1,398.90 | 1,398.90 | 5,595.60 | S/L | 5.0 |
| | | **OFFICE FURNITURE & FIXT** | | 408,440.07 | 0.00c | 2,276.09 | 223,768.05 | 47,368.58 | 271,136.63 | 137,303.44 | | |
| **Group: TRANSPORTATION EQUIPMENT** | | | | | | | | | | | | |
| 5004 | * | DODGE RAM PICK-UP TRUCK | 6/18/93 | 3,189.60 | 0.00 | 318.96 | 3,189.60 | 0.00 | 3,189.60 | 0.00 | S/L | 5.0 |
| 5009 | | FLAT BED TRUCK - OVERHAU | 10/17/94 | 1,428.50 | 0.00 | 142.85 | 1,428.50 | 0.00 | 1,428.50 | 0.00 | S/L | 5.0 |
| 5016 | | HYSTER 4450LB HRT FORKLIFT | 6/15/96 | 3,261.46 | 0.00 | 0.00 | 3,261.46 | 0.00 | 3,261.46 | 0.00 | S/L | 5.0 |
| 5022 | | F-150 TRUCK | 9/15/96 | 3,900.00 | 0.00 | 0.00 | 3,900.00 | 0.00 | 3,900.00 | 0.00 | S/L | 5.0 |
| 5024 | * | 2 USED TRUCKS | 9/01/97 | 6,950.00 | 904.00 | 0.00 | 6,950.00 | 0.00 | 6,950.00 | 0.00 | S/L | 5.0 |
| 5026 | | 30' Shop Trailer/ Tool Boxes | 11/01/98 | 2,700.00 | 0.00 | 0.00 | 2,700.00 | 0.00 | 2,700.00 | 0.00 | S/L | 5.0 |
| 5059 | | 1988 DODGE D350 | 4/01/99 | 4,211.00 | 0.00 | 0.00 | 4,211.00 | 0.00 | 4,211.00 | 0.00 | S/L | 5.0 |
| 5063 | | 1990 DODGE DAKOTA P/U | 9/01/99 | 4,057.00 | 0.00 | 0.00 | 4,057.00 | 0.00 | 4,057.00 | 0.00 | S/L | 5.0 |
| 5075 | | 1192 FORD FLAT BED | 1/21/00 | 11,924.00 | 0.00 | 0.00 | 11,924.00 | 0.00 | 11,924.00 | 0.00 | S/L | 5.0 |
| 5086 | | 92 CHEV STEP VAN RED | 7/01/00 | 11,382.00 | 0.00 | 0.00 | 11,382.00 | 0.00 | 11,382.00 | 0.00 | S/L | 5.0 |
| 5094 | | 89 RANGER 4X4 | 12/01/00 | 3,469.00 | 0.00 | 0.00 | 3,469.00 | 0.00 | 3,469.00 | 0.00 | S/L | 3.0 |
| 5096 | | 97 CHEV 1 TON | 12/01/00 | 10,434.00 | 0.00 | 0.00 | 10,434.00 | 0.00 | 10,434.00 | 0.00 | S/L | 5.0 |
| 5105 | | 1997 RANGER WHITE | 9/26/01 | 4,584.00 | 0.00 | 0.00 | 4,584.00 | 0.00 | 4,584.00 | 0.00 | S/L | 5.0 |
| 5108 | | BATHROOM TRAILER | 8/01/01 | 29,983.00 | 0.00 | 0.00 | 29,983.00 | 0.00 | 29,983.00 | 0.00 | S/L | 5.0 |
| 5142 | | FLAT BED TRAILERS | 11/01/02 | 1,133.00 | 0.00 | 0.00 | 1,133.00 | 0.00 | 1,133.00 | 0.00 | S/L | 5.0 |
| 5148 | | WHITE SVCE BODY | 3/20/02 | 8,843.00 | 0.00 | 0.00 | 8,843.00 | 0.00 | 8,843.00 | 0.00 | S/L | 5.0 |
| 5152 | | TRACTOR TRAILER | 12/31/02 | 16,280.55 | 0.00 | 0.00 | 16,280.55 | 0.00 | 16,280.55 | 0.00 | S/L | 5.0 |
| 5180 | | 1987 P30 STEP VAN | 9/01/03 | 4,800.00 | 0.00 | 0.00 | 4,800.00 | 0.00 | 4,800.00 | 0.00 | S/L | 5.0 |
| 5182 | | 1988 P30 STEP VAN | 9/01/03 | 3,900.00 | 0.00 | 0.00 | 3,900.00 | 0.00 | 3,900.00 | 0.00 | S/L | 5.0 |
| 5210 | | 1997 DODGE PASS VAN | 12/31/04 | 5,800.00 | 0.00 | 0.00 | 5,800.00 | 0.00 | 5,800.00 | 0.00 | S/L | 5.0 |
| 5217 | | 1995 XJR BLUE | 4/01/05 | 16,646.00 | 0.00 | 0.00 | 16,646.00 | 0.00 | 16,646.00 | 0.00 | S/L | 5.0 |
| 5219 | | 1997 DODGE PASS VAN | 3/01/05 | 5,440.00 | 0.00 | 0.00 | 5,440.00 | 0.00 | 5,440.00 | 0.00 | S/L | 5.0 |
| 5221 | | BLUE XKE MONTEREY | 9/01/05 | 14,000.00 | 0.00 | 0.00 | 14,000.00 | 0.00 | 14,000.00 | 0.00 | S/L | 5.0 |

| Asset | * | Property Description | Date In Service | Book Cost | Book Sec 179 Exp c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: TRANSPORTATION EQUIPMENT (continued)** | | | | | | | | | | | | |
| 5228 | | 1997 FORD F450 | 6/01/06 | 11,226.74 | 0.00 | 0.00 | 11,226.74 | 0.00 | 11,226.74 | 0.00 | S/L | 5.0 |
| 5229 | | 2005 DODGE DAKOTA | 9/01/06 | 10,910.00 | 0.00 | 0.00 | 10,910.00 | 0.00 | 10,910.00 | 0.00 | S/L | 5.0 |
| 5233 | | 1995 CHEV FLATBED | 12/31/06 | 4,500.00 | 0.00 | 0.00 | 4,500.00 | 0.00 | 4,500.00 | 0.00 | S/L | 5.0 |
| 5237 | | 1995 FORD BOX TRUCK | 9/01/07 | 5,385.00 | 0.00 | 0.00 | 5,385.00 | 0.00 | 5,385.00 | 0.00 | S/L | 5.0 |
| 5241 | | 1998 GMC C7500 BOOM | 9/01/07 | 50,000.00 | 0.00 | 0.00 | 50,000.00 | 0.00 | 50,000.00 | 0.00 | S/L | 5.0 |
| 5245 | | 2001 GMC SONOMA | 9/01/07 | 5,080.00 | 0.00 | 0.00 | 5,080.00 | 0.00 | 5,080.00 | 0.00 | S/L | 5.0 |
| 5246 | * | 1996 FORD RANGER | 9/01/07 | 3,095.00 | 0.00 | 0.00 | 3,095.00 | 0.00 | 3,095.00 | 0.00 | S/L | 5.0 |
| 5250 | | 1995 FORD F350 XL PU | 10/01/07 | 6,748.00 | 0.00 | 0.00 | 6,748.00 | 0.00 | 6,748.00 | 0.00 | S/L | 5.0 |
| 5259 | | 1999 FORD F/B 12' | 2/15/08 | 10,457.24 | 0.00 | 0.00 | 10,457.24 | 0.00 | 10,457.24 | 0.00 | S/L | 5.0 |
| 5260 | | 2003 FORD RANGER EX C | 2/15/08 | 4,085.00 | 0.00 | 0.00 | 4,085.00 | 0.00 | 4,085.00 | 0.00 | S/L | 5.0 |
| 5261 | | 1994 CHEV 2500 | 2/15/08 | 4,585.00 | 0.00 | 0.00 | 4,585.00 | 0.00 | 4,585.00 | 0.00 | S/L | 5.0 |
| 5266 | | 1985 FRUE TRAILER | 8/01/08 | 3,860.00 | 0.00 | 0.00 | 3,860.00 | 0.00 | 3,860.00 | 0.00 | S/L | 5.0 |
| 5267 | | 2007 TRAILBLAZER | 11/01/08 | 11,346.40 | 0.00 | 0.00 | 11,346.40 | 0.00 | 11,346.40 | 0.00 | S/L | 5.0 |
| 5268 | | SKIFF & TRAILER | 11/01/08 | 4,391.00 | 0.00 | 0.00 | 4,391.00 | 0.00 | 4,391.00 | 0.00 | S/L | 5.0 |
| 5269 | | 99 DODGE RAM PASS VAN | 10/01/08 | 3,812.71 | 0.00 | 0.00 | 3,812.71 | 0.00 | 3,812.71 | 0.00 | S/L | 5.0 |
| 5275 | | 2001 DODGE MAXI WAGON | 4/01/09 | 6,777.00 | 0.00 | 0.00 | 6,777.00 | 0.00 | 6,777.00 | 0.00 | S/L | 5.0 |
| 5284 | | 2000 Chevy Pickup | 1/08/10 | 7,000.00 | 0.00 | 0.00 | 7,000.00 | 0.00 | 7,000.00 | 0.00 | S/L | 5.0 |
| 5285 | | 1986 CHEVY STEPVAN | 2/03/10 | 5,200.00 | 0.00 | 0.00 | 5,200.00 | 0.00 | 5,200.00 | 0.00 | S/L | 5.0 |
| 5287 | | 1990 Chev C3500 MSB P/U | 1/04/10 | 1,756.00 | 0.00 | 0.00 | 1,756.00 | 0.00 | 1,756.00 | 0.00 | S/L | 5.0 |
| 5288 | | 2002 GMC SONOMA EXT CAB 4 | 1/04/10 | 4,657.66 | 0.00 | 0.00 | 4,657.66 | 0.00 | 4,657.66 | 0.00 | S/L | 5.0 |
| 5290 | | TOYOTA TUNDRA | 6/16/10 | 6,100.00 | 0.00 | 0.00 | 6,100.00 | 0.00 | 6,100.00 | 0.00 | S/L | 5.0 |
| 5309 | | LARSON CJDR | 4/21/11 | 13,817.00 | 0.00 | 0.00 | 13,817.00 | 0.00 | 13,817.00 | 0.00 | S/L | 5.0 |
| 5328 | | Pete's 2007 Chevy Avalanche | 1/08/13 | 25,352.14 | 0.00 | 0.00 | 20,281.72 | 5,070.42 | 25,352.14 | 0.00 | S/L | 5.0 |
| 5329 | | 2003 Dodge Dakota | 1/22/13 | 11,000.00 | 0.00 | 0.00 | 8,616.67 | 2,200.00 | 10,816.67 | 183.33 | S/L | 5.0 |
| 5330 | | 2001 Dodge Durango | 2/11/13 | 8,350.00 | 0.00 | 0.00 | 6,540.83 | 1,670.00 | 8,210.83 | 139.17 | S/L | 5.0 |
| 5347 | | 2003 Ford F250 | 4/02/14 | 9,783.18 | 0.00 | 0.00 | 5,380.76 | 1,956.64 | 7,337.40 | 2,445.78 | S/L | 5.0 |
| 5348 | | 2004 Chev 3500 Express Van | 4/02/14 | 10,266.30 | 0.00 | 0.00 | 5,646.46 | 2,053.26 | 7,699.72 | 2,566.58 | S/L | 5.0 |
| 5349 | | 2000 Ford F250 | 4/08/14 | 5,719.80 | 0.00 | 0.00 | 3,145.89 | 1,143.96 | 4,289.85 | 1,429.95 | S/L | 5.0 |
| 5361 | | 2006 Ford F250 #8084 | 2/11/15 | 8,866.36 | 0.00 | 0.00 | 3,324.88 | 1,773.27 | 5,098.15 | 3,768.21 | S/L | 5.0 |
| 5362 | | 2006 Ford F250 Supercab #6514 | 11/03/15 | 6,995.99 | 0.00 | 0.00 | 1,574.10 | 1,399.20 | 2,973.30 | 4,022.69 | S/L | 5.0 |
| 5379 | | Boston Whaler skiff | 8/01/16 | 18,231.13 | 0.00 | 0.00 | 1,519.26 | 3,646.23 | 5,165.49 | 13,065.64 | S/L | 5.0 |
| 5380 | | 32 foot Tugboat | 10/01/16 | 60,526.75 | 0.00 | 0.00 | 3,026.34 | 12,105.35 | 15,131.69 | 45,395.06 | S/L | 5.0 |
| 5386 | | 2011 Ford E250 Cargo Van | 4/13/17 | 30,985.83 | 0.00c | 0.00 | 0.00 | 4,647.87 | 4,647.87 | 26,337.96 | S/L | 5.0 |
| | | **TRANSPORTATION EQUIPMENT** | | 559,183.34 | 0.00c | 461.81 | 422,162.77 | 37,666.20 | 459,828.97 | 99,354.37 | | |
| | | *Less: Dispositions | | 13,234.60 | 0.00 | 318.96 | 13,234.60 | 0.00 | 13,234.60 | 0.00 | | |
| | | **Net TRANSPORTATION EQUIPMENT** | | 545,948.74 | 0.00c | 142.85 | 408,928.17 | 37,666.20 | 446,594.37 | 99,354.37 | | |
| | | **Grand Total** | | 21,601,504.90 | 0.00c | 4,614.91 | 9,740,657.86 | 1,213,478.75 | 10,954,136.61 | 10,647,368.29 | | |
| | | Less: Dispositions | | 33,392.60 | 0.00 | 318.96 | 33,392.60 | 0.00 | 33,392.60 | 0.00 | | |
| | | **Net Grand Total** | | 21,568,112.30 | 0.00c | 4,295.95 | 9,707,265.26 | 1,213,478.75 | 10,920,744.01 | 10,647,368.29 | | |

| Location | Cost Beginning | Cost Acquisitions | Cost Disposals | Cost Ending | Depreciation Prior | Depreciation Additions | Depreciation Reductions | Depreciation Ending |
|---|---|---|---|---|---|---|---|---|
| Bellingham | 20,253,350.70 | 33,656.58 | 3,095.00 | 20,283,912.28 | 8,508,816.89 | 1,197,914.65 | 3,095.00 | 9,703,636.54 |
| Tacoma | 1,255,053.21 | 59,444.41 | 30,297.60 | 1,284,200.02 | 1,231,840.97 | 15,564.10 | 30,297.60 | 1,217,107.47 |
| **Grand Total** | 21,508,403.91 | 93,100.99 | 33,392.60 | 21,568,112.30 | 9,740,657.86 | 1,213,478.75 | 33,392.60 | 10,920,744.01 |

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **1st National Lending** | | |
|---|---|---|---|

Creditor's Name

| | Describe debtor's property that is subject to a lien | $118,737.00 | Unknown |
|---|---|---|---|
| **1029 Hwy 6 N. #650-283**<br>**Houston, TX 77079** | **Specific equipment, Several new purchases, Capital lease.** | | |

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No<br>☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| 2.2 | **Grow America Fund - Equipment** | | |
|---|---|---|---|

Creditor's Name

| | Describe debtor's property that is subject to a lien | $295,660.00 | $0.00 |
|---|---|---|---|
| **708 Third Ave. #710**<br>**New York, NY 10017** | **Equipment; Blanket lien on equipment.** | | |

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No<br>☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**<br>Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Washington Federal** | Describe debtor's property that is subject to a lien | $6,658,972.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**400 - 108th Ave. NE #104
Bellevue, WA 98004**

**Large Dry Dock (Faithful Servant); Blanket lien on all assets.**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Washington Federal** | Describe debtor's property that is subject to a lien | $391,980.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**400 - 108th Ave. NE #104
Bellevue, WA 98004**

**Blanket Lien on Personal Property**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Washington Federal** | Describe debtor's property that is subject to a lien | $1,950,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**400 - 108th Ave. NE #104
Bellevue, WA 98004**

**A/R & Inventory and Equipment**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | |
|---|---|
| Date debt was incurred | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Zurich Payment Bond** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Chad Epple @ HUB**
**PO Box 3018**
**Bothell, WA 98011**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$9,415,349.00** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**AABERG'S**<br>**1424 PUYALLUP AVE**<br>**TACOMA, WA 98421**<br><br>Date(s) debt was incurred  10/2/2017<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $421.02 |
| **3.2** Nonpriority creditor's name and mailing address<br>**ABATIX**<br>**PO BOX 671202**<br>**DALLAS, TX 75267**<br><br>Date(s) debt was incurred  12/19/2016<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $43.07 |
| **3.3** Nonpriority creditor's name and mailing address<br>**ABATIX**<br>**PO BOX 671202**<br>**DALLAS, TX 75267**<br><br>Date(s) debt was incurred  12/16/2016<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $72.91 |
| **3.4** Nonpriority creditor's name and mailing address<br>**ABATIX**<br>**PO BOX 671202**<br>**DALLAS, TX 75267**<br><br>Date(s) debt was incurred  12/21/2016<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $521.68 |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.07 |
|---|---|---|---|

**ABATIX**
PO BOX 671202
DALLAS, TX 75267

Date(s) debt was incurred  12/19/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,895.36 |
|---|---|---|---|

**ABATIX CORP**
PO BOX 671202
DALLAS, TX 75267-1202

Date(s) debt was incurred  4/20/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,795.00 |
|---|---|---|---|

**ABS AMERICAS**
5950 6TH AVE S SUITE 204
SEATTLE, WA 98108

Date(s) debt was incurred  5/28/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.27 |
|---|---|---|---|

**ACCURATE LOCK & SECURITY, INC**
200 PROSPECT STREET
BELLINGHAM, WA 98225

Date(s) debt was incurred  8/16/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,776.00 |
|---|---|---|---|

**ACTION CLEANING CORP**
1668 NEWTON AVE
SAN DIEGO, CA 92113

Date(s) debt was incurred  2/17/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,317.63 |
|---|---|---|---|

**ACTION CLEANING SERVICES**
2009 IRON STREET
BELLINGHAM, WA 98225-4211

Date(s) debt was incurred  8/31/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,385.00 |
|---|---|---|---|

**AD. CHEMICAL TRANSPORT INC.**
1210 ELKO DRIVE
Sunnyvale, CA 94089

Date(s) debt was incurred  10/31/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,385.00** |
|---|---|---|---|

**ADVANCED CHEMICAL TRANSPORT**
**1210 ELKO DRIVE**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  10/31/2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,470.00** |
|---|---|---|---|

**ADVANCED CHEMICAL TRANSPORT .**
**1210 ELKO DRIVE**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  10/31/2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$132.73** |
|---|---|---|---|

**ADVANTEC MANUFACTURING USA**
**28336 HUNTER CREEK ROAD**
**GOLD BEACH, OR 97444**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  7/20/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,660.22** |
|---|---|---|---|

**AGGREKO LLC**
**PO BOX  972562**
**DALLAS, TX 75397-2562**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  6/29/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$976.50** |
|---|---|---|---|

**AGGREKO, LLC**
**PO BOX 972562**
**Dallas, TX 75397**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  6/12/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,269.01** |
|---|---|---|---|

**AIRGAS USA, LLC**
**PO BOX 7423**
**PASADENA, CA 91109-7423**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  2/27/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$910.00** |
|---|---|---|---|

**ALAMEDA COMMERCIAL PROPERTIES**
**2900 MAIN ST**
**ALAMEDA, CA 94501**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  4/4/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 35 of 148

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,497.13 |

**ALAMEDA ELECTRICAL DISTRIBUTOR**
**2420 BLANDING AVE**
**ALAMEDA, CA 94501**

Date(s) debt was incurred _7/1/2017_

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.29 |

**ALARMGUARD SECURITY SYSTEMS**
**ALARM CENTER, INC**
**PO BOX 3407**
**LACEY, WA 98509-3407**

Date(s) debt was incurred _6/21/2017_

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,172.59 |

**ALASKAN COPPER & BRASS CO**
**PO BOX 749791**
**LOS ANGELES, CA 90074-9791**

Date(s) debt was incurred _8/31/2017_

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,933.38 |

**ALBANY STEEL, INC**
**536 CLEVELAND AVE**
**ALBANY, CA 94710-1007**

Date(s) debt was incurred _4/21/2017_

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,649.79 |

**ALL AMERICAN ENGRAVING**
**804B OLD SAMISH RD.**
**BELLINGHAM, WA 98229**

Date(s) debt was incurred _6/2/2017_

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,210.87 |

**ALL BAY MILL & LUMBER CO**
**405 GREEN ISLAND RD**
**AMERICAN CANYON, CA 94503-9649**

Date(s) debt was incurred _12/14/2016_

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.80 |

**ALLIANCE**
**PO BOX 23804**
**OAKLAND, CA 94623**

Date(s) debt was incurred _6/30/2017_

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-41324-BDL   Doc 21   Filed 04/17/18   Ent. 04/17/18 12:51:12   Pg. 36 of 148

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,679.40** |
|------|--|--|--|
| | **ALLIANCE**<br>PO BOX 23804<br>OAKLAND, CA 94623 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  6/30/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,636.83** |
|------|--|--|--|
| | **ALLIANCE**<br>PO BOX 23804<br>OAKLAND, CA 94623 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  3/29/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,515.99** |
|------|--|--|--|
| | **ALLIANCE GAS PRODUCTS**<br>**DBA ALLIANCE WELDING SUPPLIES**<br>PO BOX 23804<br>OAKLAND, CA 94623 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  3/7/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,862.04** |
|------|--|--|--|
| | **ALLIED BARTON SECURITY SERVICE**<br>**161 WASHINGTON ST., SUITE 600**<br>**EIGHT TOWER BRIDGE**<br>CONSHOCKEN, PA 19428 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  2/16/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$247.88** |
|------|--|--|--|
| | **ALLIED ELECTRONICS INC**<br>**7151 JACK NEWELL BLVD S**<br>FORT WORTH, TX 76118 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  10/13/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79,232.91** |
|------|--|--|--|
| | **ALLIED UNIVERSAL SECURITY SERV**<br>**161 WASHINGTON STREET**<br>**SUITE 600**<br>CONSHOHOCKEN, PA 19428 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  3/30/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,053.00** |
|------|--|--|--|
| | **AMCLYDE**<br>**240 E PALTO BLVD**<br>St PAUL, MN 55107 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  5/19/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Name

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,818.43** |
|---|---|---|---|

**AMERGENT**
**3553 ATLANTIC AVE, STE A158**
**Long BEACH, CA 90807**

Date(s) debt was incurred  12/21/2016

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,250.00** |
|---|---|---|---|

**American Arbitration**
**120 Broadway**
**21st Floor**
**New York, NY 10271**

Date(s) debt was incurred  11/28/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,727.26** |
|---|---|---|---|

**AMERICAN METAL BEARING CO**
**7191 ACACIA AVE**
**GARDEN GROVE, CA 92841-3907**

Date(s) debt was incurred  12/21/2016

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$119,427.30** |
|---|---|---|---|

**AMERICAN SCAFFOLD**
**PO BOX 13835**
**SAN DIEGO, CA 92710**

Date(s) debt was incurred  8/4/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$596.76** |
|---|---|---|---|

**AMERICAN TEXTILE & SUPPLY**
**PO BOX 7000**
**SAN PABLO, CA 94806-7000**

Date(s) debt was incurred  2/23/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,983.43** |
|---|---|---|---|

**AMERICAN VULKAN CORPORATION**
**2525 DUNDEE ROAD**
**WINTER HAVEN, FL 33884**

Date(s) debt was incurred  1/24/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$542.99** |
|---|---|---|---|

**AMEX**
**PO Box 650448**
**Dallas, TX 75265-0448**

Date(s) debt was incurred  11/1/2016

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset? ☒ No  ☐ Yes

---

Case 18-41324-BDL   Doc 21   Filed 04/17/18   Ent. 04/17/18 12:51:12   Pg. 38 of 148

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,300.00 |
|---|---|---|---|
| | AMNAV<br>PO BOX 6578<br>Carol STREAM, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **10/31/2016**<br>Last 4 digits of account number ___ | Basis for the claim: ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,300.00 |
|---|---|---|---|
| | AMNAV<br>201 BURMA RD<br>Rd OAKLAND, CA 94607 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **12/6/2016**<br>Last 4 digits of account number ___ | Basis for the claim: ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,600.00 |
|---|---|---|---|
| | AmNav Maritime<br>#4945755304<br>201 Burma Road<br>Oakland, CA 94607 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **12/6/2016**<br>Last 4 digits of account number ___ | Basis for the claim: ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,450.00 |
|---|---|---|---|
| | AMNAV MARITIME CORPORATION<br>201 BURMA ROAD<br>OAKLAND, CA 94607 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **10/31/2016**<br>Last 4 digits of account number ___ | Basis for the claim: ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,586.00 |
|---|---|---|---|
| | ANCHOR QEA, LLC<br>720 OLIVE WAY<br>SUITE 1900<br>SEATTLE, WA 98101 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **5/5/2017**<br>Last 4 digits of account number ___ | Basis for the claim: ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,282.48 |
|---|---|---|---|
| | ANDERSON HUNTER LAW FIRM, P.S.<br>PO BOX 5397<br>EVERETT, WA 98206 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **9/6/2017**<br>Last 4 digits of account number ___ | Basis for the claim: ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,971.00 |
|---|---|---|---|
| | Anita's Interiors, Inc.<br>3418 Pacific Hwy<br>Tacoma, WA 98418 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **10/20/2017**<br>Last 4 digits of account number ___ | Basis for the claim: ___<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address<br>**APPLETON MARINE, INC.**<br>**3030 E PERSHING ST**<br>**APPLETON, WI 54911-8671**<br><br>Date(s) debt was incurred **1/24/2017**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$58,426.02** |

| 3.48 | Nonpriority creditor's name and mailing address<br>**APPLIED INDUSTRIAL TECH**<br>**P.O. BOX 100538**<br>**PASADENA, CA 91189**<br><br>Date(s) debt was incurred **6/23/2017**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,254.01** |

| 3.49 | Nonpriority creditor's name and mailing address<br>**ARAMARK**<br>**PO BOX 101179**<br>**PASADENA, CA 91189**<br><br>Date(s) debt was incurred **10/5/2017**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,568.02** |

| 3.50 | Nonpriority creditor's name and mailing address<br>**ARAMARK REFRESHMENT SERVICES**<br>**41460 CHRISTY ST**<br>**FREMONT, CA 94538**<br><br>Date(s) debt was incurred **6/16/2016**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,138.25** |

| 3.51 | Nonpriority creditor's name and mailing address<br>**ARC DOCUMENT SOLUTIONS LLC**<br>**PO BOX 192224**<br>**SAN FRANCISCO, CA 94119-2224**<br><br>Date(s) debt was incurred **12/22/2016**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,182.27** |

| 3.52 | Nonpriority creditor's name and mailing address<br>**ARCHBRIGHT**<br>**5601 6TH AVENUE SOUTH**<br>**SUITE 400**<br>**SEATTLE, WA 98108**<br><br>Date(s) debt was incurred **8/31/2017**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$31,211.10** |

| 3.53 | Nonpriority creditor's name and mailing address<br>**ARCHIE MCFAUL COMPASS ADJUSTER**<br>**202 REDONDO DRIVE**<br>**PITTSBURG, CA 94565-5931**<br><br>Date(s) debt was incurred **3/2/2017**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,900.00** |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,741.30 |
| --- | --- | --- | --- |
| | **ASKEW INDUSTRIAL CORP**<br>**13071 ARCTIC CIRCLE**<br>**SANTA FE SPRINGS, CA 90670** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  6/8/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,591.90 |
| --- | --- | --- | --- |
| | **AT&T**<br>**PO BOX 5025**<br>**CAROL STREAM, IL 60197-5025** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  6/19/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,321.92 |
| --- | --- | --- | --- |
| | **AVALON LOGO WEAR**<br>**25182 KERRI LN**<br>**RAMONA, CA 92065-4741** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  2/5/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $769,000.00 |
| --- | --- | --- | --- |
| | **BAE Systems Ship Repair Inc.**<br>Attn: Ian T. Graham<br>**1101 Wilson Blvd., Suite 2000**<br>**Arlington, VA 22209** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  5/28/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $859.50 |
| --- | --- | --- | --- |
| | **BALANCING SERVICES**<br>**5512 6TH AVE S**<br>**SEATTLE, WA 98108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/23/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $503.69 |
| --- | --- | --- | --- |
| | **BARRON HEATING & AIR COND. INC**<br>**5100 PACIFIC HWY**<br>**FERNDALE, WA 98248** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  10/5/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $379.00 |
| --- | --- | --- | --- |
| | **BAUER MOYNIHAN**<br>**2101 FOURTH ST**<br>**SUITE 2400**<br>**SEATTLE, WA 98121** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  10/6/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 41 of 148

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,260.00 |
|---|---|---|---|

**BAY PROPELLER**
**2900 MAIN ST**
**SUITE 2100**
**ALAMEDA, CA 94501-7739**

Date(s) debt was incurred  1/30/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.00 |
|---|---|---|---|

**BAY SHRED**
**PO BOX 131681**
**Carlsbad, CA 92013**

Date(s) debt was incurred  1/2/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,170.85 |
|---|---|---|---|

**BAY VALVE SERVICE & ENGINEERIN**
**3948 TEAL COURT**
**BENICIA, CA 94510-1202**

Date(s) debt was incurred  6/30/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,692.29 |
|---|---|---|---|

**BECK ELECTRIC SUPPLY**
**2775 GOODRICK AVE**
**RICHMOND, CA 94801**

Date(s) debt was incurred  12/23/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,424.88 |
|---|---|---|---|

**BELZONA TECHNOLOGY OF WA**
**22021 W. BOSTIAN RD A2**
**WOODINVILLE, WA 98072**

Date(s) debt was incurred  8/15/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.31 |
|---|---|---|---|

**BERG SCAFFOLDING CO, INC.**
**2130 EAST D STREET**
**TACOMA, WA 98421**

Date(s) debt was incurred  5/15/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $335.55 |
|---|---|---|---|

**BFG Marine**
**200 Candlewood Rd**
**Bay Shore, NY 11706**

Date(s) debt was incurred  3/6/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $421.35 |
|---|---|---|---|

**BIG DOG CITY CORP**
**2060 NEWCOMB AVE**
**SAN FRANCISCO, CA 94124**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  3/31/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $406.94 |
|---|---|---|---|

**BIG DOG CITY CORPORATION**
**2060 NEWCOMB AVENUE**
**SAN FRANCISCO, CA 94124**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  12/31/2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,778.47 |
|---|---|---|---|

**BIRCH EQUIPMENT RENTAL & SALES**
**PO BOX 30918**
**BELLINGHAM, WA 98228**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  7/31/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.00 |
|---|---|---|---|

**BLACK & DECKER  (U.S.) INC**
**DEPT CH 14231**
**PALATINE, IL 60055-4231**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  1/31/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141,420.78 |
|---|---|---|---|

**BLAST ONE INTERNATIONAL**
**2400 LANDMARK WAY**
**COLUMBUS, OH 43219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/28/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,630.79 |
|---|---|---|---|

**BOA OLD BAE CHARGES**
**100 N. Tyron Street**
**Charlotte, NC 28255**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  6/13/2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Boilermaker-Blacksmith Ntl Pen**
**IBB Local #549**
**754 Minnesota Avenue**
**Kansas City, KS 66101-2766**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/28/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 43 of 148

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $918.00 |
|---|---|---|---|

**BRADLEY'S PLASTIC BAG CO.**
**9130 FIRESTONE BLVD**
**DOWNEY, CA 90241-5319**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __12/16/2016__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

**BRENNA CRAIN**
**7 GRANITE CIRCLE**
**BELLINGHAM, WA 98229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/26/2017__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,870.00 |
|---|---|---|---|

**Bridgewell Resources**
**#0228618001**
**PO Box 23372**
**Tigard, OR 97281**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __3/3/2017__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,791.62 |
|---|---|---|---|

**BRUCE S. ROSENBLATT & ASSOC.**
**2201 BDWY**
**SUITE 504**
**OAKLAND, CA 94612-3068**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __3/8/2017__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,070.08 |
|---|---|---|---|

**BUCKY'S FIFE**
**4600 PACIFIC HWY E.**
**FIFE, WA 98424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/25/2017__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,397.59 |
|---|---|---|---|

**BUILDERS ALLIANCE**
**3801 HANNEGAN RD**
**BELLINGHAM, WA 98226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/11/2017__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $785.00 |
|---|---|---|---|

**BUSINESS PRINTING COMPANY, INC**
**PO BOX 19786**
**1965 GILLESPIE WAY #103**
**EL CAJON, CA 92020**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __2/28/2017__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| **3.82** | **Nonpriority creditor's name and mailing address**<br>**C-MAP NORWAY AS**<br>**PO BOX 212 4379**<br>**EGERSUND FRANCISCO, NORWAY**<br>Date(s) debt was incurred  1/22/2016<br>Last 4 digits of account number  | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,914.00** |
| **3.83** | **Nonpriority creditor's name and mailing address**<br>**CALCO FENCE, INC**<br>**4568 CONTRACTORS PL**<br>**LIVERMORE, CA 94551-4805**<br>Date(s) debt was incurred  12/22/2016<br>Last 4 digits of account number  | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,351.00** |
| **3.84** | **Nonpriority creditor's name and mailing address**<br>**CALIFORNIA SERVICE TOOL, INC**<br>**3875 BAY CENTER PL**<br>**HAYWARD, CA 94545**<br>Date(s) debt was incurred  12/21/2016<br>Last 4 digits of account number  | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$338.77** |
| **3.85** | **Nonpriority creditor's name and mailing address**<br>**CARPENTER RIGGING & SUPPLY**<br>**222 NAPOLEON STREET**<br>**SAN FRANCISCO, CA 94124**<br>Date(s) debt was incurred  2/15/2017<br>Last 4 digits of account number  | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$235.66** |
| **3.86** | **Nonpriority creditor's name and mailing address**<br>**CARTER LEDYARD & MILBURN LLP**<br>**2 WALL ST**<br>**NEW YORK, NY 10005**<br>Date(s) debt was incurred  8/8/2017<br>Last 4 digits of account number  | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$27,145.94** |
| **3.87** | **Nonpriority creditor's name and mailing address**<br>**CASCADE ENGINEERING SERVICES,**<br>**6640 185TH AVE NE**<br>**REDMOND, WA 98052**<br>Date(s) debt was incurred  9/29/2017<br>Last 4 digits of account number  | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,505.90** |
| **3.88** | **Nonpriority creditor's name and mailing address**<br>**CASCADE FRICTION MATERIALS INC**<br>**314 EAST PUYALLUP**<br>**TACOMA, WA 98421-1387**<br>Date(s) debt was incurred  9/21/2017<br>Last 4 digits of account number  | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,001.55** |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |

**CASCADE METALLURGICAL, INC**
**PO BOX 848**
**KENT, WA 98035-0848**

Date(s) debt was incurred  **8/10/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.76** |

**CASCADE NATURAL GAS**
**PO BOX 990065**
**BOISE, ID 83799**

Date(s) debt was incurred  **10/11/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$530.15** |

**CASCADE NATURAL GAS**
**PO BOX 990065**
**BOISE, ID 83799**

Date(s) debt was incurred  **10/5/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,589.87** |

**CASCADE NATURAL GAS**
**PO BOX 990065**
**BOISE, ID 83799**

Date(s) debt was incurred  **10/5/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$467.75** |

**CASCADE NATURAL GAS**
**PO BOX 990065**
**BOISE, ID 83799**

Date(s) debt was incurred  **10/5/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,013.11** |

**Cascade Natural Gas**
**PO Box 5600**
**Bismark, ND 58506**

Date(s) debt was incurred  **3/7/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,117.00** |

**CDTFA (BOE)**
**PO Box 942879**
**450 N Street**
**Sacramento, CA 94279**

Date(s) debt was incurred  **2/2/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $549.10 |
|---|---|---|---|

**CENTER HARDWARE COMPANY, INC**
**3003 THIRD STREET**
**SAN FRANCISCO, CA 94107-2500**

Date(s) debt was incurred  12/16/2016

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.01 |
|---|---|---|---|

**CENTRAL WELDING SUPPLY**
**PO BOX 179**
**NORTH LAKEWOOD, WA 98259**

Date(s) debt was incurred  8/30/2017

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $232.28 |
|---|---|---|---|

**CENTURYLINK**
**PO BOX 91155**
**SEATTLE, WA 98111**

Date(s) debt was incurred  10/10/2017

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,766.45 |
|---|---|---|---|

**CERTIFIED INSPECTION SERVICES**
**1069 SW 328TH COURT**
**FEDERAL WAY, WA 98023**

Date(s) debt was incurred  8/21/2017

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $959.12 |
|---|---|---|---|

**CESCO**
**7251 CROSS COUNTY ROAD**
**NORTH CHARLESTON, SC 29418**

Date(s) debt was incurred  4/18/2017

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,555.00 |
|---|---|---|---|

**Chapel Steel**
**PO Box 951928**
**DALLAS, TX 75395-1928**

Date(s) debt was incurred  2/7/2018

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,074.50 |
|---|---|---|---|

**CHARTER INDUSTRIAL SUPPLY**
**7832 OSTROW ST**
**SAN DIEGO, CA 92111**

Date(s) debt was incurred  12/14/2016

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,521.88 |
|---|---|---|---|

**3.103**

Nonpriority creditor's name and mailing address
**CINCINNATI INC.**
**PO BOX 44719**
**MADISON, WI 53744-4719**

Date(s) debt was incurred __3/3/2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,521.88**

---

**3.104**

Nonpriority creditor's name and mailing address
**CINTAS**
**7700 BENT BRANCH DR.**
**STE 130**
**Ste IRVING, TX 75063**

Date(s) debt was incurred __11/18/2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$252.17**

---

**3.105**

Nonpriority creditor's name and mailing address
**CINTAS CORPORATION**
**7700 BENT BRANCH DRIVE**
**STE 130**
**IRVING, TX 75063**

Date(s) debt was incurred __12/16/2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,067.61**

---

**3.106**

Nonpriority creditor's name and mailing address
**CITY GLASS AND UPHOLSTERY**
**1943 TACOMA AVENUE SOUTH**
**TACOMA, WA 98402**

Date(s) debt was incurred __11/30/2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$254.60**

---

**3.107**

Nonpriority creditor's name and mailing address
**CITY OF BELLINGHAM**
**UTILITY PAYMENT**
**PO BOX 35012**
**SEATTLE, WA 98124**

Date(s) debt was incurred __10/17/2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$578.58**

---

**3.108**

Nonpriority creditor's name and mailing address
**CITY OF SEATTLE**
**FIRE DEPT**
**220 THIRD AVE S**
**SEATTLE, WA 98104**

Date(s) debt was incurred __8/30/2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$950.50**

---

**3.109**

Nonpriority creditor's name and mailing address
**CITY TREASURER**
**PO BOX 11010**
**Tacoma, WA 98411**

Date(s) debt was incurred __9/26/2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$96.93**

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,382.40 |
|---|---|---|---|

**CLEAN HARBORS ENVIRONMENTAL SE**
**PO BOX 3442**
**BOSTON, MA 02241-3442**

Date(s) debt was incurred  8/10/2017

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $384.80 |
|---|---|---|---|

**CLEAN WATER**
**306A FRONT STREET**
**LYNEN, WA 98264**

Date(s) debt was incurred  9/12/2017

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.79 |
|---|---|---|---|

**CLICK NETWORK**
**PO BOX 11625**
**TACOMA, WA 98411**

Date(s) debt was incurred  10/14/2017

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803,418.00 |
|---|---|---|---|

**Clyde & Co.**
**RE: Princess Cruise Lines**
**101 Second Street**
**24th Floor**
**San Francisco, CA 94105**

Date(s) debt was incurred  5/28/2017

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,638.81 |
|---|---|---|---|

**COAST CRANE COMPANY**
**DEPT 33655**
**PO BOX 39000**
**SAN FRANCISCO, CA 94139**

Date(s) debt was incurred  1/26/2017

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,958.34 |
|---|---|---|---|

**COAST MARINE & IND SUPPLY**
**1480 BANCROFT AVENUE**
**SAN FRANCISCO, CA 94124**

Date(s) debt was incurred  9/9/2016

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.80 |
|---|---|---|---|

**COAST PRODUCTS INC.**
**954 ELLIOT AVE. WEST**
**SEATTLE, WA 98119**

Date(s) debt was incurred  8/29/2014

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|---|---|---|---|

**COHO MARINE**
**PO BOX 16235**
**SEATTLE, WA 98116**

Date(s) debt was incurred  **6/19/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,027.22 |
|---|---|---|---|

**COLUMBIA-SENTINEL ENGINEERS**
**4000 DELDRIDGE WAY SW STE 300**
**SEATTLE, WA 98106**

Date(s) debt was incurred  **7/31/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.19 |
|---|---|---|---|

**COMMENCEMENT BAY MARIN**
**820 E D ST**
**TACOMA, WA 98421**

Date(s) debt was incurred  **3/5/2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,083.63 |
|---|---|---|---|

**COMPASS WATER SOLUTIONS INC**
**15542 MOSHER AVE**
**TUSTIN, CA 92780**

Date(s) debt was incurred  **2/17/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.25 |
|---|---|---|---|

**CONCENTRA**
**PO BOX 3700**
**Rancho CUCAMONGA, CA 91729**

Date(s) debt was incurred  **5/4/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,273.05 |
|---|---|---|---|

**CONCENTRA**
**PO BOX 3700**
**Rancho CUCAMONGA, CA 91729**

Date(s) debt was incurred  **1/10/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.20 |
|---|---|---|---|

**CONCENTRA**
**PO BOX 3700**
**Rancho CUCAMONGA, CA 91729**

Date(s) debt was incurred  **1/18/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.70 |

**CONCENTRA**
PO BOX 3700
Rancho CUCAMONGA, CA 91729

Date(s) debt was incurred **2/1/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.25 |

**CONCENTRA**
PO BOX 3700
Rancho CUCAMONGA, CA 91729

Date(s) debt was incurred **5/4/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $153.63 |

**CONCENTRA**
PO BOX 3700
RANCHO CUCAMONGA, CA 91729

Date(s) debt was incurred **4/17/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**CONOCO 76**
PO BOX 530970
ATLANTA, GA 30353

Date(s) debt was incurred **10/4/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,467.14 |

**CONSOLIDATED ELECTRICAL DIST.**
901 CENTER STREET
TACOMA, WA 98409

Date(s) debt was incurred **11/7/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $217.70 |

**CONSTRUCTION SUPPLY CO, INC.**
201 YORK ST
BELLINGHAM, WA 98225

Date(s) debt was incurred **10/31/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $226.95 |

**CONSTRUCTION SUPPLY CO, INC.**
201 YORK ST
BELLINGHAM, WA 98225

Date(s) debt was incurred **11/12/2013**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,725.00 |
|---|---|---|---|

**CONTROLLED DEHUMIDIFICATION**
**5931 FORD COURT**
**BRIGHTON, MI 48116**

Date(s) debt was incurred  8/10/2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179.82 |
|---|---|---|---|

**COPY WRIGHTS**
**5715 PACIFIC HWY E**
**Tacoma, WA 98424**

Date(s) debt was incurred  8/22/2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,309.90 |
|---|---|---|---|

**CSI PAINT**
**257 WALNUT ST**
**NAPA, CA 94559**

Date(s) debt was incurred  3/30/2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.00 |
|---|---|---|---|

**CT CORPORATION**
**PO BOX 4349**
**Carol Stream, IL 60197**

Date(s) debt was incurred  6/16/2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $439.00 |
|---|---|---|---|

**CT CORPORATION**
**PO BOX 4349**
**Carol Stream, IL 60197**

Date(s) debt was incurred  6/1/2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**CURTIN MARITIME**
**1500 PIER C ST**
**Long Beach, CA 90813**

Date(s) debt was incurred  1/18/2018

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,348.00 |
|---|---|---|---|

**CUSTOM SHIP INTERIORS, INC**
**PO BOX 882**
**SOLOMONS, MD 20688**

Date(s) debt was incurred  2/16/2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $441.51 |
|---|---|---|---|

**3.138**

Nonpriority creditor's name and mailing address

**D & B TRUCKING**
**1905 E. LINCOLN AVENUE**
**TACOMA, WA 98421**

Date(s) debt was incurred  12/15/2017

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

$441.51

---

**3.139**

Nonpriority creditor's name and mailing address

**D&G MECHANICAL INSULATION**
**PO BOX 1330**
**Sumner, WA 98390-9998**

Date(s) debt was incurred  11/14/2017

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

$9,925.31

---

**3.140**

Nonpriority creditor's name and mailing address

**David A. Soles**
**RE: North Coast Electric**
**1416 E. Thomas Street**
**SEATTLE, WA 98112**

Date(s) debt was incurred  4/7/2017

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

$1,325.60

---

**3.141**

Nonpriority creditor's name and mailing address

**DEPT OF LABOR & INDUSTRIES**
**BOILER, PRESSURE VESSEL**
**PO BOX 44410**
**Olympia, WA 98504-4410**

Date(s) debt was incurred  2/14/2018

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

$451.80

---

**3.142**

Nonpriority creditor's name and mailing address

**DEPT OF LABOR & INDUSTRIES**
**PO BOX 34974**
**SEATTLE, WA 98124**

Date(s) debt was incurred  10/17/2017

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

**3.143**

Nonpriority creditor's name and mailing address

**DESIGN SPACE**
**PO BOX 31001**
**Pasadena, CA 91110**

Date(s) debt was incurred  8/18/2017

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

$1,344.09

---

**3.144**

Nonpriority creditor's name and mailing address

**DESIGN SPACE**
**PO BOX 31001**
**Pasadena, CA 91110**

Date(s) debt was incurred  7/14/2017

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

$1,344.09

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $754.14 |
|---|---|---|---|

**DESIGN SPACE**
PO BOX 31001
Pasadena, CA 91110

Date(s) debt was incurred  **7/14/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,767.06 |
|---|---|---|---|

**DESIGN SPACE MODULAR BLDGS**
2725 FITZGERALD DR.
DIXON, CA 95260

Date(s) debt was incurred  **6/16/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.47 |
|---|---|---|---|

**DHL**
16592 COLLECTIONS CENTER DR
Chicago, IL 60693

Date(s) debt was incurred  **1/17/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202.93 |
|---|---|---|---|

**DIABLO TROPHIES & AWARDS**
1922 CONTRA COSTA BLVD
Pleasant Hill, CA 94523

Date(s) debt was incurred  **9/6/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,250.00 |
|---|---|---|---|

**DIEHL ENGINEERING, INC**
PO BOX 1573
KINGSTON, WA 98346

Date(s) debt was incurred  **9/7/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $840.64 |
|---|---|---|---|

**DIMENSIONAL SILK SCREEN**
3750 DALBERGIA ST
SAN DIEGO, CA 92113

Date(s) debt was incurred  **9/30/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.74 |
|---|---|---|---|

**DIRECT TV**
PO BOX 105249
ATLANTA, GA 30348-5249

Date(s) debt was incurred  **11/5/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.00 |
|---|---|---|---|

**DISTRIBUTION INTERNATIONAL**
9000 RAILWOOD DR
HOUSTON, TX 77078

Date(s) debt was incurred _4/17/2017_
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $602.39 |
|---|---|---|---|

**DME INC**
14001 MARQUARDT AVE
SANTA FE SPRINGS, CA 90670

Date(s) debt was incurred _6/15/2017_
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,086.00 |
|---|---|---|---|

**DMH INDUSTRIAL**
2701 HEWITT AVE
EVERETT, WA 98201

Date(s) debt was incurred _5/25/2017_
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $322.00 |
|---|---|---|---|

**DMV**
1377 Fell Street
SAN FRANCISCO, CA 94117

Date(s) debt was incurred _7/31/2017_
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,741.00 |
|---|---|---|---|

**DRS MARINE INC**
525 CHESTNUT ST
VALLEJO, CA 94590

Date(s) debt was incurred _12/29/2016_
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,529.10 |
|---|---|---|---|

**DUNLAP TOWING**
PO BOX 593
LA CONNER, WA 98257

Date(s) debt was incurred _9/8/2017_
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,966.04 |
|---|---|---|---|

**EAGLE HYDRAULICS**
1308 W MAIN ST
AUBURN, WA 98001

Date(s) debt was incurred _8/7/2017_
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**EDGE ANALYTICAL**
**1620 S WALNUT ST**
**BURLINGTON, WA 98233**

Date(s) debt was incurred  6/30/2017
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,973.40 |
|---|---|---|---|

**EDGE INSPECTION GROUP, INC**
**4576 E 2ND ST**
**SUITE C**
**BENICIA, CA 94510**

Date(s) debt was incurred  2/1/2017
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,980.00 |
|---|---|---|---|

**ELECTRIC MOTOR SERVICE, LLC**
**1928 MILWAUKEE WAY**
**TACOMA, WA 98421**

Date(s) debt was incurred  10/6/2017
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.16 |
|---|---|---|---|

**ELECTRO RENT CORP.**
**PO BOX 198582**
**ATLANTA, CA 30384**

Date(s) debt was incurred  6/7/2017
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,398.75 |
|---|---|---|---|

**ELLIOTT BAY DESIGN GROUP**
**5305 SHILSHOLE AVE NW**
**SUITE 100**
**SEATTLE, WA 98107**

Date(s) debt was incurred  5/23/2017
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ELTECH ELECTRIC**
**2123 W ELMORE ST**
**SEATTLE, WA 98199**

Date(s) debt was incurred  9/25/2015
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $970.24 |
|---|---|---|---|

**EMERALD SERVICES, INC**
**2600 NORTH CENTRAL EXPRESSWAY**
**SUITE 200**
**RICHARDSON, TX 75080**

Date(s) debt was incurred  8/15/2017
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,210.27** |
|---|---|---|---|
| | **Employment Developent Dept** <br> **745 Franklin Street** <br> **Suite 400** <br> **SAN FRANCISCO, CA 94102** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred  **12/31/2007** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32,958.45** |
|---|---|---|---|
| | **ENVIRONMENTAL RECOVERY SERVICE** <br> **13940 LIVE OAK AVE** <br> **BALDWIN PARK, CA 91706** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred  **4/27/2017** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$915.63** |
|---|---|---|---|
| | **ENVIROSERV** <br> **13940 LIVE OAK AVENUE** <br> **BALDWIN PARK, CA 91706** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred  **9/23/2016** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$715.00** |
|---|---|---|---|
| | **ENVIROSERV** <br> **13940 LIVE OAK AVENUE** <br> **BALDWIN PARK, CA 91706** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred  **4/21/2017** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,955.00** |
|---|---|---|---|
| | **ENVIROSERV** <br> **13940 LIVE OAK AVENUE** <br> **BALDWIN PARK, CA 91706** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred  **4/21/2017** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,110.00** |
|---|---|---|---|
| | **ENVIROSERV** <br> **13940 LIVE OAK AVENUE** <br> **BALDWIN PARK, CA 91706** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred  **4/21/2017** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$652.18** |
|---|---|---|---|
| | **ENVIROSERV** <br> **13940 LIVE OAK AVENUE** <br> **BALDWIN PARK, CA 91706** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred  **4/21/2017** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,846.64 |
|---|---|---|---|

**EPIC INDUSTRIAL SERVICES, INC**
**2434 E. 11TH STREET**
**TACOMA, WA 98421**

Date(s) debt was incurred  **8/2/2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,257.53 |
|---|---|---|---|

**ERKER'S AUTO REPAIR**
**2311 PACIFIC HWY E**
**Tacoma, WA 98424**

Date(s) debt was incurred  **9/28/2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,539.00 |
|---|---|---|---|

**ERSHIGS**
**P.O. BOX 951743**
**DALLAS, TX 75395**

Date(s) debt was incurred  **6/7/2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118,692.00 |
|---|---|---|---|

**EVERETT ENGINEERING**
**PO BOX 12100**
**EVERETT, WA 98206-2100**

Date(s) debt was incurred  **6/23/2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,121.90 |
|---|---|---|---|

**EVERETT STEEL**
**PO BOX 776**
**EVERETT, WA 98206**

Date(s) debt was incurred  **1/31/2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,935.00 |
|---|---|---|---|

**EVOQUA**
**28563 NETWORK PL**
**Chicago, IL 60673**

Date(s) debt was incurred  **1/31/2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,985.00 |
|---|---|---|---|

**EVOQUA**
**28563 Network Pl.**
**Chicago, IL 60673**

Date(s) debt was incurred  _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Case 18-41324-BDL　　Doc 21　　Filed 04/17/18　　Ent. 04/17/18 12:51:12　　Pg. 58 of 148

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,889.09 |
|---|---|---|---|

**EVOQUA WATER TECHNOLOGIES LLC**
**2 MILLTOWN CT.**
**UNION, NJ 07083**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2/27/2017**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,058.90 |
|---|---|---|---|

**EXPRESS SERVICES**
**PO BOX 844277**
**LOS ANGELES, CA 90084-4277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/6/2017**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,285.00 |
|---|---|---|---|

**EXPRESS SUPPLY AND STEEL, LLC**
**PO BOX 189**
**RACELAND, LA 70394-0189**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **12/13/2016**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237,655.79 |
|---|---|---|---|

**FAIRBANKS MORSE ENGINE**
**7824 COLLECTION CENTER DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2/23/2017**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,361.00 |
|---|---|---|---|

**FAIRLEAD INTEGRATED POWER**
**912 VENTURES WAY**
**CHESAPEAKE, VA 23320**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **3/24/2017**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,612.70 |
|---|---|---|---|

**FARWEST STEEL CORPORATION**
**PO BOX 1026**
**EUGENE, OR 97440**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **7/31/2017**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,273.65 |
|---|---|---|---|

**FASSMER SERVICES AMERICA, LLC**
**3650 NW 15TH ST**
**LAUDERHILL, FL 33311**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **5/16/2017**

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,529.00 |
|---|---|---|---|

**FASTCO, INC.**
**2306 E 11TH STREET**
**Tacoma, WA 98421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/31/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,016.72 |
|---|---|---|---|

**FASTENAL COMPANY**
**PO BOX 1286**
**WINONA, MN 55987-1286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/7/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $328.39 |
|---|---|---|---|

**FEDEX**
**PO BOX 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **9/19/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.13 |
|---|---|---|---|

**FEDEX**
**PO BOX 94515**
**PALATINE, IL 60094-4515**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **10/20/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,013.63 |
|---|---|---|---|

**FEDEX FREIGHT**
**PO BOX 223125**
**PITTSBURGH, PA 15251-2125**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **6/16/2015**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,433.31 |
|---|---|---|---|

**FERGUSON ENTERPRISES INC.#3007**
**WOLSELEY INDUSTRIAL GROUP**
**PO BOX 847411**
**Dallas, TX 75284-7411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/30/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118.00 |
|---|---|---|---|

**FIRE DEPARTMENT**
**901 FAWCETT AVE**
**TACOMA, WA 98402-5699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/9/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$218.36** |
|---|---|---|---|

**FIRE KING OF SEATTLE**
**240 S HOLDEN ST**
**Seattle, WA 98108**

Date(s) debt was incurred  8/9/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,093.44** |
|---|---|---|---|

**FITTINGS INC**
**PO BOX 3647**
**SEATTLE, WA 98134**

Date(s) debt was incurred  10/17/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,265.00** |
|---|---|---|---|

**FLAME SPRAY**
**250 S CHICAGO ST**
**SEATTLE, WA 98108**

Date(s) debt was incurred  6/2/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,327.10** |
|---|---|---|---|

**FLEET PRIDE**
**PO BOX 847118**
**DALLAS, TX 75284-7118**

Date(s) debt was incurred  12/14/2016

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$412.12** |
|---|---|---|---|

**FLOY TAG**
**4616 UNION BAY PLACE NE**
**SEATTLE, WA 98105**

Date(s) debt was incurred  5/30/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$360.00** |
|---|---|---|---|

**FLUKE ELECTRONICS**
**PO BOX 9090**
**EVERETT, WA 98206-9090**

Date(s) debt was incurred  5/27/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$112.50** |
|---|---|---|---|

**FOLEY & MANSFIELD**
**250 MARQUETTE AVE**
**SUITE 1200**
**MINNEAPOLIS, MN 55401**

Date(s) debt was incurred  5/24/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**FRANCISCAN OCCUPATIONAL HEALTH PORT CLINIC**
PO BOX 31001-1553
PASADENA, CA 91110

Date(s) debt was incurred  **9/29/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,415.00 |
|---|---|---|---|

**FREEMAN MARINE EQUIPMENT**
28336 HUNTER CREEK ROAD
GOLD BEACH, OR 97444

Date(s) debt was incurred  **6/20/2016**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,590.00 |
|---|---|---|---|

**FRYER-KNOWLES**
205 S DAWSON ST.
SEATTLE, WA 98108

Date(s) debt was incurred  **11/17/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,100.00 |
|---|---|---|---|

**GAHAGAN & BRYANT ASSOC., INC.**
600 MARTIN AVENUE
SUITE 200
ROHNERT PARK, CA 94928

Date(s) debt was incurred  **4/27/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,174.00 |
|---|---|---|---|

**GARDCO PAUL N. GARDNER CO.  IN**
316 NE FIRST STREET
POMPANO BEACH, FL 33060

Date(s) debt was incurred  **12/12/2016**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,423.18 |
|---|---|---|---|

**GARDICO INCORPORATED**
4912 14TH AVE NW
Seattle, WA 98107

Date(s) debt was incurred  **9/20/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,735.20 |
|---|---|---|---|

**GATEWAY CONTROLS**
2205 QUEEN STREET
BELLINGHAM, WA 98229

Date(s) debt was incurred  **7/11/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $294.00 |
|---|---|---|---|

**GEAR WORKS**
**PO BOX 80886**
**SEATTLE, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/20/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,362.51 |
|---|---|---|---|

**GILLS ELECTRIC**
**2410 WEBSTER ST**
**OAKLAND, CA 94612**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/30/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |
|---|---|---|---|

**GPA VALUATION**
**7522 28TH ST ST WEST**
**UNIVERSITY PLACE, WA 98466**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/10/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,272.22 |
|---|---|---|---|

**GRAINGER**
**DEPT. 825105745**
**PO BOX 419267**
**KANSAS CITY, MO 64141-6267**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **12/22/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,382.25 |
|---|---|---|---|

**GRANTHAM ENGINEERING**
**7807 HILLANDALE DR**
**SAN DIEGO, CA 92120-1508**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/1/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,810.00 |
|---|---|---|---|

**GRATING PACIFIC**
**2775 FRONT ST**
**Woodburn, OR 97071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/26/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,462.50 |
|---|---|---|---|

**GREEN MARINE**
**111 CENTRAL AVE**
**Metarie, LA 70001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/25/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,480.00 |
|---|---|---|---|

**GRISWOLD INDUSTRIES DBA CLA-VA**
**PO BOX 1325**
**NEWPORT BEACH, CA 92659**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  2/3/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352.44 |
|---|---|---|---|

**GUARDIAN SECURITY**
**1743 1ST AVE S**
**SEATTLE, WA 98134**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  2/22/2018

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,842.50 |
|---|---|---|---|

**HANSON BRIDGETT**
**425 MARKET ST**
**26TH FLOOR**
**SAN FRANCISCO, CA 94105**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  4/28/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.80 |
|---|---|---|---|

**HARBOR ISLAND SUPPLY**
**230 S CHICAGO ST**
**SEATTLE, WA 98108**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  8/31/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,313.70 |
|---|---|---|---|

**HARDWARE SALES**
**2034 JAMES ST**
**BELLINGHAM, WA 98225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/25/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,123.50 |
|---|---|---|---|

**HARDWARE SPECIALTY CO INC**
**3419 11TH AVE SW**
**SEATTLE, WA 98134**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  12/20/2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,747.09 |
|---|---|---|---|

**HARRIS ELECTRIC**
**4020 23RD AVE WEST**
**SEATTLE, WA 98119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/17/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 18-41324-BDL  Doc 21  Filed 04/17/18  Ent. 04/17/18 12:51:12  Pg. 64 of 148

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150.70 |
|---|---|---|---|

**HART HEALTH**
PO BOX 94044
SEATTLE, WA 98124

Date(s) debt was incurred  12/4/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,685.00 |
|---|---|---|---|

**HAWKEYE PHOTOGRAPHY**
PO BOX 449
SANTA CLARA, CA 95052

Date(s) debt was incurred  12/15/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**HEGER DRY DOCK  INC.**
531 CONCORD ST
HOLLISTON, MA 01746

Date(s) debt was incurred  12/13/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,704.10 |
|---|---|---|---|

**HELIX DESIGN GROUP**
6021 12TH STREET EAST
SUITE 201
TACOMA, WA 98424

Date(s) debt was incurred  6/30/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $590.65 |
|---|---|---|---|

**HELWIG CARBON PRODUCTS, INC**
8900 W TOWER AVENUE
MILWAUKEE, WI 53224

Date(s) debt was incurred  10/16/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $117,588.81 |
|---|---|---|---|

**HERC RENTALS INC.**
PO BOX 650280
DALLAS, TX 75265-0280

Date(s) debt was incurred  7/18/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,326.24 |
|---|---|---|---|

**HERRON VALLEY, INC.**
BAYSIDE SERVICES
PO BOX 216
EVERSON, WA 98247

Date(s) debt was incurred  9/1/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,384.15 |
|---|---|---|---|
| | **HOLT OF CALIFORNIA**<br>**PO BOX 100001**<br>**SACRAMENTO, CA 95813**<br><br>Date(s) debt was incurred　**1/17/2017**<br><br>Last 4 digits of account number　__ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,338.72 |
|---|---|---|---|
| | **HOLT OF CALIFORNIA**<br>**PO BOX 100001**<br>**SACRAMENTO, CA 95813**<br><br>Date(s) debt was incurred　**11/15/2016**<br><br>Last 4 digits of account number　__ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $381.59 |
|---|---|---|---|
| | **HOME DEPOT CREDIT CARD SERVICE**<br>**PO BOX 9001043**<br>**DEPT 32-2501611390**<br>**LOUISVILLE, KY 40290-1043**<br><br>Date(s) debt was incurred　**10/5/2017**<br><br>Last 4 digits of account number　__ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,235.00 |
|---|---|---|---|
| | **HUB INTERNATIONAL NORTHWEST**<br>**PO BOX 749672**<br>**LOS ANGELES, CA 90074-9672**<br><br>Date(s) debt was incurred　**3/23/2018**<br><br>Last 4 digits of account number　__ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,547.88 |
|---|---|---|---|
| | **HUBBELL ELECTRIC HEATER CO**<br>**PO BOX 288**<br>**SRATFORD, CT 06615-0288**<br><br>Date(s) debt was incurred　**1/30/2017**<br><br>Last 4 digits of account number　__ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,053.00 |
|---|---|---|---|
| | **HYDRALIFT AMCLYDE, INC**<br>**240 EAST PLATO BLVD**<br>**Saint Paul, MN 55107**<br><br>Date(s) debt was incurred　**5/19/2015**<br><br>Last 4 digits of account number　__ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,086.69 |
|---|---|---|---|
| | **IAN-CONRAD BERGAN**<br>**1001 E. BELMONT ST.**<br>**PENSACOLA, FL 32501**<br><br>Date(s) debt was incurred　**10/24/2017**<br><br>Last 4 digits of account number　__ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| 3.236 | **Nonpriority creditor's name and mailing address** |
| | **IBEW Pac. Coast Pension Fund** |
| | **IBEW Local #6** |
| | **5 Third Street** |
| | **Suite 525** |
| | **SAN FRANCISCO, CA 94103-3216** |

3.236 **Nonpriority creditor's name and mailing address**
**IBEW Pac. Coast Pension Fund**
**IBEW Local #6**
**5 Third Street**
**Suite 525**
**SAN FRANCISCO, CA 94103-3216**

Date(s) debt was incurred **5/28/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$1,128,686.00**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

3.237 **Nonpriority creditor's name and mailing address**
**IMECO, INC**
**1401 CARPENTER AVE**
**IRON MOUNTAIN, MI 49801**

Date(s) debt was incurred **5/28/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$205,700.50**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

3.238 **Nonpriority creditor's name and mailing address**
**INDCON**
**LOCKBOX 776046**
**Chicago, IL 60677**

Date(s) debt was incurred **2/17/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$1,418.23**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

3.239 **Nonpriority creditor's name and mailing address**
**INDUSTRIAL CONTAINER SERVICE**
**749 GALLERIA BLVD**
**Roseville, CA 95678**

Date(s) debt was incurred **4/13/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$418.42**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

3.240 **Nonpriority creditor's name and mailing address**
**INDUSTRIAL CONTAINER SERVICE**
**749 GALLERIA BLVD**
**Roseville, CA 95678**

Date(s) debt was incurred **1/25/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$75.00**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

3.241 **Nonpriority creditor's name and mailing address**
**INDUSTRIAL CONTAINER SERVICE**
**749 GALLERIA BLVD**
**Roseville, CA 95678**

Date(s) debt was incurred **12/27/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$1,729.10**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

3.242 **Nonpriority creditor's name and mailing address**
**INDUSTRIAL CONTAINER SERVICES**
**749 GALLERIA BLVD**
**Roseville, CA 95678**

Date(s) debt was incurred **2/17/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$2,560.60**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 67 of 148

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,418.23** |
|---|---|---|---|

**INDUSTRIAL SAFETY SUPPLY CORPO**
PO BOX 8686
EMERYVILLE, CA 94662

Date(s) debt was incurred  10/26/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,738.88** |
|---|---|---|---|

**INDUSTRIAL SUPPLY**
2314 E BAKERVIEW RD SUITE 101
BELLINGHAM, WA 98226

Date(s) debt was incurred  10/9/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,173.59** |
|---|---|---|---|

**INGENIUM GROUP LLC**
2255 BARHAM DR
SUITE A
ESCONDIDO, CA 92029

Date(s) debt was incurred  2/14/2018

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,103.16** |
|---|---|---|---|

**INSTRUMART**
35 Green Mountain Drive
South Burlington, VT 05403

Date(s) debt was incurred  6/16/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Int'l Assoc. of Machinists**
IAM Local #1414
1300 Connecticut Avenue NW
Suite 300
Washington, DC 20036-1711

Date(s) debt was incurred  5/28/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$948.58** |
|---|---|---|---|

**INTEGRA**
PO BOX 2966
Milwaukee, WI 53201

Date(s) debt was incurred  10/8/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Internal Revenue Service**
PO Box 37940
Hartford, CT 06176-7940

Date(s) debt was incurred  12/31/2018

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.250**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$10,000.00** |

**3.250**   Nonpriority creditor's name and mailing address

**International Association of Machinists**
**IAM Local #1414**
**1300 Connecticut Avenue NW**
**Suite 300**
**Washington, DC 20036-1711**

Date(s) debt was incurred   **5/28/2017**

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*    **$10,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251**   Nonpriority creditor's name and mailing address

**INTERNATIONAL PAINT, LLC**
**PO BOX 847202**
**DALLAS, TX 75284-7202**

Date(s) debt was incurred   **12/21/2016**

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,124.48**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252**   Nonpriority creditor's name and mailing address

**INTERWEST METALS**
**2208 PACIFIC HWY E**
**TACOMA, WA 98424**

Date(s) debt was incurred   **8/2/2017**

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,577.23**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.253**   Nonpriority creditor's name and mailing address

**INVERTECH, INC.**
**1404 INDUSTRIAL DRIVE, SUITE 1**
**SALINE, MI 48176**

Date(s) debt was incurred   **10/4/2017**

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*    **$260.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254**   Nonpriority creditor's name and mailing address

**IRON MOUNTAIN**
**1000 CAMPUS DR**
**Collegeville, PA 19426**

Date(s) debt was incurred   **1/31/2017**

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*    **$25.12**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255**   Nonpriority creditor's name and mailing address

**JACOBS**
**5161 ELLSWORTH ST**
**Chicago, CA 92110**

Date(s) debt was incurred   **3/31/2017**

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,600.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256**   Nonpriority creditor's name and mailing address

**JACOBS CONSULTING**
**5161 ELLSWORTH ST**
**SAN DIEGO, CA 92110**

Date(s) debt was incurred   **3/31/2017**

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,780.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,989.00 |
|---|---|---|---|

**JDI ELECTRICAL SERVICES**
**624 COMMERCE CT**
**MANTECA, CA 95336**

Date(s) debt was incurred  **4/25/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,914.00 |
|---|---|---|---|

**JEPPESEN INC.**
225 W Santa Clara St
Suite 1600
San Jose, CA 95113-1752

Date(s) debt was incurred  **1/22/2016**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,477.50 |
|---|---|---|---|

**Johannessen & Associates**
5413 Meridian Ave. N.
Suite B
Seattle, WA 98103-6166

Date(s) debt was incurred  **3/20/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**JOHN STURM**
**111 SIOUX DRIVE**
**MOUNT VERNON, WA 98273**

Date(s) debt was incurred  **10/23/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.63 |
|---|---|---|---|

**JOHNSONS HOME & GARDEN**
**26625 MAPLE VALLEY-BLK DIA RD**
**MAPLE VALLEY, WA 98038**

Date(s) debt was incurred  **8/25/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.75 |
|---|---|---|---|

**JOHNSTONE SUPPLY**
2100 Dabney Rd
Richmond, VA 23230

Date(s) debt was incurred  **3/2/2018**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,903.35 |
|---|---|---|---|

**JOTUN PAINTS, INC.**
**9203 HIGHWAY 23**
**BELLE CHASSE, LA 70037**

Date(s) debt was incurred  **11/17/2016**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.264 | **Nonpriority creditor's name and mailing address**<br>**KAMAN INDUSTRIAL TECHNOLOGIES**<br>**FILE 25356**<br>**LOS ANGELES, CA 90074-5356**<br><br>Date(s) debt was incurred **7/28/2017**<br><br>Last 4 digits of account number **___** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim: ___**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$70.49** |

| | | |
|---|---|---|
| 3.265 | **Nonpriority creditor's name and mailing address**<br>**KERN OIL FILTER RECYCLING, LLC**<br>**2355 RD**<br>**SUITE 192**<br>**DELANO, CA 93215**<br><br>Date(s) debt was incurred **5/18/2017**<br><br>Last 4 digits of account number **___** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim: ___**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,500.00** |

| | | |
|---|---|---|
| 3.266 | **Nonpriority creditor's name and mailing address**<br>**KLEEN BLAST**<br>**A DIVISION OF CANAM MINERALS**<br>**50 OAK COURT SUITE 210**<br>**DANVILLE, CA 94526**<br><br>Date(s) debt was incurred **8/24/2017**<br><br>Last 4 digits of account number **___** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim: ___**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$196.35** |

| | | |
|---|---|---|
| 3.267 | **Nonpriority creditor's name and mailing address**<br>**KLEEN BLAST ABRASIVES**<br>**50 OAK COURT, STE 210**<br>**Ste DANVILLE, CA 94526**<br><br>Date(s) debt was incurred **1/23/2015**<br><br>Last 4 digits of account number **___** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim: ___**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,641.89** |

| | | |
|---|---|---|
| 3.268 | **Nonpriority creditor's name and mailing address**<br>**KLEEN INDUSTRIAL SERVICES**<br>**50 OAK COURT**<br>**SUITE 210**<br>**DANVILLE, CA 94526**<br><br>Date(s) debt was incurred **6/29/2017**<br><br>Last 4 digits of account number **___** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: ___**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20,721.79** |

| | | |
|---|---|---|
| 3.269 | **Nonpriority creditor's name and mailing address**<br>**KNIGHTS ADVANTAGE LLC**<br>**22021 W BOSTIAN RD**<br>**SUITE A2**<br>**WOODINVILLE, WA 98072**<br><br>Date(s) debt was incurred **8/17/2017**<br><br>Last 4 digits of account number **___** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: ___**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$735.84** |

| | | |
|---|---|---|
| 3.270 | **Nonpriority creditor's name and mailing address**<br>**KOFFLER ELECTRICAL MECHANICAL**<br>**527 WHITNEY ST**<br>**SAN LEANDRO, CA 94577**<br><br>Date(s) debt was incurred **4/28/2017**<br><br>Last 4 digits of account number **___** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim: ___**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,100.00** |

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,270.26 |
|---|---|---|---|

**KONICA MINOLTA**
**21719 NETWORK PL**
**CHICAGO, IL 60673-1217**

Date(s) debt was incurred  12/21/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $884.58 |
|---|---|---|---|

**KTA-TATOR, INC.**
**115 TECHNOLOGY DR**
**PITTSBURGH, PA 15275**

Date(s) debt was incurred  8/16/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,598.73 |
|---|---|---|---|

**LAMONS**
**PO BOX 203061**
**DALLAS, TX 75320**

Date(s) debt was incurred  9/27/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $289.22 |
|---|---|---|---|

**LARSON GROSS**
**2211 RIMLAND DR., STE. 422**
**BELLINGHAM, WA 98226**

Date(s) debt was incurred  6/30/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,920.00 |
|---|---|---|---|

**Law Office of Benjamin E Kelly**
**Re: Volt Services Corp**
**9218 Roosevelt Way NE**
**SEATTLE, WA 98115**

Date(s) debt was incurred  2/19/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $733.89 |
|---|---|---|---|

**LES SCHWAB TIRE**
**3805 IRONGATE RD**
**BELLINGHAM, WA 98226**

Date(s) debt was incurred  9/1/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $437.57 |
|---|---|---|---|

**LFS INC**
**851 COHO WAY**
**BELLINGHAM, WA 98225**

Date(s) debt was incurred  11/30/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $791.35 |
|---|---|---|---|

**LIFTING GEAR HIRE CORP**
**9925 SOUTH INDUSTRIAL DR**
**Bridgeview, IL 60455**

Date(s) debt was incurred **1/4/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $875.00 |
|---|---|---|---|

**LLOYDS REGISTER QUALITY ASSURA**
**PO BOX 301030**
**DALLAS, TX 75303-1030**

Date(s) debt was incurred **6/27/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,234.06 |
|---|---|---|---|

**LYNDEN SHEET METAL INC**
**837 EVERGREEN ST**
**Lynden, WA 98264**

Date(s) debt was incurred **1/26/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,753.00 |
|---|---|---|---|

**MACKAY COMMUNICATIONS INC**
**PO BOX 60925**
**CHARLOTTE, NC 28260**

Date(s) debt was incurred **5/22/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,054.40 |
|---|---|---|---|

**MADISON COMPANY**
**27 BUSINESS PARK DRIVE**
**BRANFORD, CT 06405**

Date(s) debt was incurred **9/15/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,950.16 |
|---|---|---|---|

**MALLORY SAFETY & SUPPLY**
**PO BOX 2068**
**LONGVIEW, WA 98632**

Date(s) debt was incurred **8/1/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372,473.78 |
|---|---|---|---|

**MAN DIESEL**
**1600A BRITTMOORE RD**
**Houston, TX 77043**

Date(s) debt was incurred **1/27/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,852.21 |

**MARCO**
**3425 EAST LOCUST ST**
**DAVENPORT, IA 52803**

Date(s) debt was incurred  _1/16/2017_

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _____

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Marine Carpenters Pension Fund**
**United Brotherhood of Carpente**
**Local # 2236**
**PO Box 2510**
**San Ramon, CA 94583**

Date(s) debt was incurred  _5/28/2017_

Last 4 digits of account number  _____

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,965.50 |

**MARINE EXPRESS  INC.**
**2102 KELLEY CT.**
**PITTSBURG, CA 94565**

Date(s) debt was incurred  _4/6/2017_

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _____

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,452.33 |

**MARINE SYSTEMS, INC.**
**PO BOX 3430**
**PADUCAH, KY 42002**

Date(s) debt was incurred  _5/25/2017_

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104,929.75 |

**MARINE VACUUM SERVICE**
**PO BOX 24263**
**SEATTLE, WA 98124**

Date(s) debt was incurred  _5/10/2017_

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $836.00 |

**MARK MORRIS ASSOCIATES**
**907 7TH AVE NORTH**
**EDMONDS, WA 98020**

Date(s) debt was incurred  _1/10/2017_

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _____

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.70 |

**MATHESON TRI-GAS INC**
**DEPT LA 23793**
**Pasadena, CA 91185**

Date(s) debt was incurred  _12/31/2016_

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  _____

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $997.83 |
|---|---|---|---|

**MATHESON TRI-GAS INC**
**DEPT 3028 PO BOX 123028**
**Dallas, TX 75312**

Date(s) debt was incurred  **1/31/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.70 |
|---|---|---|---|

**MATHESON TRI-GAS INC**
**DEPT LA 23793**
**Pasadena, CA 91185**

Date(s) debt was incurred  **1/31/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,693.04 |
|---|---|---|---|

**MATTHEWS MECHANICAL**
**33480 WESTERN AVE**
**UNION CITY, CA 94587**

Date(s) debt was incurred  **2/28/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**MCCAMPBELL ANALYTICAL, INC**
**1534 WILLOW PASS ROAD**
**Pittsburg, CA 94565**

Date(s) debt was incurred  **1/9/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $571.00 |
|---|---|---|---|

**MCCAMPBELL ANALYTICAL, INC**
**1534 WILLOW PASS ROAD**
**Pittsburg, CA 94565**

Date(s) debt was incurred  **1/10/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.00 |
|---|---|---|---|

**MCCAMPBELL ANALYTICAL, INC**
**1534 WILLOW PASS ROAD**
**Pittsburg, CA 94565**

Date(s) debt was incurred  **1/18/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $756.00 |
|---|---|---|---|

**MCCAMPBELL ANALYTICAL, INC**
**1534 WILLOW PASS ROAD**
**Pittsburg, CA 94565**

Date(s) debt was incurred  **1/17/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.00 |
|---|---|---|---|

**MCCAMPBELL ANALYTICAL, INC.**
**1534 WILLOW PASS ROAD**
**Pittsburg, CA 94565**

Date(s) debt was incurred  1/27/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372.00 |
|---|---|---|---|

**MCCAMPBELL ANALYTICAL, INC.**
**1534 WILLOW PASS ROAD**
**Pittsburg, CA 94565**

Date(s) debt was incurred  1/30/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,296.00 |
|---|---|---|---|

**MCCAMPBELL ANALYTICAL, INC.**
**1534 WILLOW PASS ROAD**
**Pittsburg, CA 94565**

Date(s) debt was incurred  1/27/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,611.31 |
|---|---|---|---|

**MCEVOY OIL CO**
**PO BOX 28400**
**BELLINGHAM, WA 98228**

Date(s) debt was incurred  10/4/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,657.36 |
|---|---|---|---|

**MCGUIRE BEARING CO**
**947 SE MARKET ST**
**PORTLAND, OR 97214**

Date(s) debt was incurred  7/26/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,627.59 |
|---|---|---|---|

**MCMASTER-CARR SUPPLY CO**
**PO BOX 7690**
**CHICAGO, IL 60680-7690**

Date(s) debt was incurred  8/17/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,154.88 |
|---|---|---|---|

**MD MARINE ELECTRIC**
**672 EAST 11TH STREET**
**TACOMA, WA 98421**

Date(s) debt was incurred  10/18/2017

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $322.50 |
|---|---|---|---|
| | **MECHPRO INC**<br>**1320 26TH ST NW #4**<br>**Auburn, WA 98001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/27/2017** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|
| | **MEDI**<br>**4814 E 2ND ST**<br>**BENICIA, CA 94510** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **10/24/2016** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|
| | **MEDICAL ELECTRONIC DEVICES**<br>**4814 EAST SECOND ST**<br>**BENICIA, CA 94510** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **10/24/2016** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,188.09 |
|---|---|---|---|
| | **MICAH JAQUAY**<br>**1636 AMY CT.**<br>**BELLINGHAM, WA 98226** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **6/9/2017** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|
| | **MIS CONSTRUCTION SOFTWARE, INC**<br>**1314 26TH ST**<br>**EVERETT, WA 98201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **10/15/2017** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,984.12 |
|---|---|---|---|
| | **MISSION JANITORIAL & ABRASIVE**<br>**9292 ACTIVITY RD**<br>**SAN DIEGO, CA 92126-4425** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **12/13/2016** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,478.26 |
|---|---|---|---|
| | **MOBILE MODULAR MGMT CORP. MCGR**<br>**PO BOX 45043**<br>**SAN FRANCISCO, CA 94145-0043** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **6/30/2017** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.90 |
|---|---|---|---|

**Mobile Modular Portable Storag**
**5700 LAS POSITAS ROAD**
**Livermore, CA 94551**

Date(s) debt was incurred  **1/11/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.99 |
|---|---|---|---|

**MOBILE MODULAR Portable Storag**
**5700 LAS POSITAS ROAD**
**Livermore, CA 94551**

Date(s) debt was incurred  **7/30/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**MONKEYBRAINS**
**286 12TH ST**
**SAN FRANCISCO, CA 94103**

Date(s) debt was incurred  **2/24/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.56 |
|---|---|---|---|

**MOORE MEDICAL**
**PO BOX 99718**
**CHICAGO, IL 60696**

Date(s) debt was incurred  **9/22/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.77 |
|---|---|---|---|

**MORSE STEEL**
**3002 W. ILLINOIS**
**BELLINGHAM, WA 98225**

Date(s) debt was incurred  **10/11/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $541.19 |
|---|---|---|---|

**MORTON MCGOLDRICK PS**
**PO BOX 1533**
**TACOMA, WA 98401**

Date(s) debt was incurred  **8/23/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,044.09 |
|---|---|---|---|

**MOTION INDUSTRIES**
**28976 HOPKINS ST**
**SUITE H**
**HAYWARD, CA 94545**

Date(s) debt was incurred  **12/26/2013**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $379,087.43 |

**MOTOR-SERVICES HUGO STAMP**
**3190 SW 4TH AVE**
**FT LAUDERDALE, FL 33315**

Date(s) debt was incurred  3/6/2017

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,008.96 |

**MSC INDUSTRIAL SUPPLY**
**PO BOX 382070**
**PITTSBURGH, PA 15250**

Date(s) debt was incurred  7/27/2017

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.88 |

**MT HOOD FASTENERS**
**PO BOX 14811**
**PORTLAND, OR 97293**

Date(s) debt was incurred  9/28/2017

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,368.00 |

**MYRIAD INDUSTRIES**
**3454 E STREET**
**San Diego, CA 92102**

Date(s) debt was incurred  2/9/2017

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,430.00 |

**MYRIAD INDUSTRIES**
**3454 E STREET**
**San Diego, CA 92102**

Date(s) debt was incurred  2/1/2017

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,938.00 |

**MYRIAD INDUSTRIES**
**3454 E STREET**
**San Diego, CA 92102**

Date(s) debt was incurred  2/22/2017

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.60 |

**NATIONAL SAFETY**
**6910 S 196TH ST**
**Kent, WA 98032**

Date(s) debt was incurred  3/23/2018

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$948.82** |
|---|---|---|---|

**NELSON FASTENER SYSTEM**
7900 W RIDGE RD.
PO BOX 4019
ELYRIA, OH 44036

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **9/29/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,258.32** |
|---|---|---|---|

**NESS CAMPBELL CRANE & RIGGING**
PO BOX 20517
PORTLAND, OR 97294

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/7/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,614.10** |
|---|---|---|---|

**NEW PIG CORPORATION**
ONE PORK AVE
TIPTON, PA 16684-0304

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **4/13/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.17** |
|---|---|---|---|

**NEWARK ELECTRONICS**
300 S. RIVERSIDE PLAZA
SUITE 2200
CHICAGO, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/6/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52.29** |
|---|---|---|---|

**NORMED**
PO BOX 3644
SEATTLE, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/19/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,683.10** |
|---|---|---|---|

**NORTH AMERICAN CRANE BUREAU**
930 WILLISTON PARK POINT
LAKE MARY, FL 32746

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **9/28/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,325.60** |
|---|---|---|---|

**North Coast Electric**
1836 Racine Street
Bellingham, WA 98229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/7/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,865.93 |
|---|---|---|---|

**NORTH COAST ELECTRIC**
**1836 RACINE ST.**
**BELLINGHAM, WA 98225**

Date(s) debt was incurred  **8/26/2017**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,005.00 |
|---|---|---|---|

**NORTHWEST MARINE CHEMIST**
**PO BOX 7084**
**TACOMA, WA 98417**

Date(s) debt was incurred  **10/6/2017**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,235.00 |
|---|---|---|---|

**NORTHWEST RADIATION SERVICES**
**11539 PALATINE AVENUE NORTH**
**SEATTLE, WA 98133-8618**

Date(s) debt was incurred  **6/17/2017**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.04 |
|---|---|---|---|

**NORTHWEST WIRE ROPE & SLING CO**
**1952 MILWAUKEE WAY**
**Tacoma, WA 98421**

Date(s) debt was incurred  **3/9/2018**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.90 |
|---|---|---|---|

**NORTHWEST WIRE ROPE & SLING CO**
**1952 MILWAUKEE WAY**
**TACOMA, WA 98421**

Date(s) debt was incurred  **9/13/2017**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**NPFVOA VESSEL SAFETY PROGRAM**
**1900 W EMERSON**
**SUITE 101**
**Seattle, WA 98119**

Date(s) debt was incurred  **9/20/2017**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,922.41 |
|---|---|---|---|

**NW STEEL & PIPE, INC.**
**PO BOX 11247**
**TACOMA, WA 98411**

Date(s) debt was incurred  **9/6/2017**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$982.98** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**OASYS OFFICE AUTOMATION SYSTEM**
**1575 PORT DRIVE**
**BURLINGTON, WA 98233**

Date(s) debt was incurred  __10/20/2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

3.342  **Nonpriority creditor's name and mailing address**
**OCCUPATIONAL HEALTH CENTERS**
**PO BOX 3700**
**RANCHO CUCAMONGA, CA 91729**

Date(s) debt was incurred  __3/30/2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.           **$8,057.76**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

3.343  **Nonpriority creditor's name and mailing address**
**OFFICE DEPOT**
**PO BOX 6403**
**SIOUX FALLS, SD 57117**

Date(s) debt was incurred  __10/17/2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.           **$295.74**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

3.344  **Nonpriority creditor's name and mailing address**
**OFFICE DEPOT**
**PO BOX 6403**
**SIOUX FALLS, SD 57117**

Date(s) debt was incurred  __2016/2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.           **$11,551.84**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

3.345  **Nonpriority creditor's name and mailing address**
**OFFICE DEPOT**
**PO BOX 6403**
**SIOUX FALLS, SD 57117**

Date(s) debt was incurred  __10/17/2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.           **$295.74**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

3.346  **Nonpriority creditor's name and mailing address**
**OFFICE TEAM**
**PO BOX 743295**
**LOS ANGELES, CA 90074-3294**

Date(s) debt was incurred  __3/6/2017__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.           **$879.84**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

3.347  **Nonpriority creditor's name and mailing address**
**OIL RE-REFINING COMPANY, INC**
**4150 N SUTTLE RD**
**PORTLAND, OR 97217**

Date(s) debt was incurred  __2/9/2018__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.           **$457.50**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258.95 |
|---|---|---|---|

**OMNI PACKING & SEAL CO, INC.**
**132 S ORCAS STREET**
**SEATTLE, WA 98108**

Date(s) debt was incurred  10/17/2017

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $356.31 |
|---|---|---|---|

**ONECALL**
**PO BOX 206821**
**DALLAS, TX 75320**

Date(s) debt was incurred  12/23/2017

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Operating Engineers Trust Fund**
**OE Local #3**
**100 Corson Street**
**Suite 100**
**Pasadena, CA 91103**

Date(s) debt was incurred  5/28/2017

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pac Coast Shipyards Pen. Fund**
**Laborer's Local #886**
**PO Box 2510**
**San Ramon, CA 94583**

Date(s) debt was incurred  5/28/2017

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pac Coast Shipyards Pen. Fund**
**UA Local #38**
**PO Box 2510**
**San Ramon, CA 94583**

Date(s) debt was incurred  5/28/2017

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pac Coast Shipyards Pens Fund**
**Sheet Metal Workers Local #104**
**PO Box 2510**
**San Ramon, CA 94583**

Date(s) debt was incurred  5/28/2017

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pac. Coast Shipyards Pens Fund**
**Painters Local #1176**
**PO Box 2510**
**San Ramon, CA 94583**

Date(s) debt was incurred  5/28/2017

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,334.56 |
|---|---|---|---|

**PACIFIC MACHINE INC.**
8601 38TH AVE SW
LAKEWOOD, WA 98499

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/20/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467.71 |
|---|---|---|---|

**PACIFIC MACHINERY & TOOL STEEL**
3445 NW LUZON ST.
PORTLAND, OR 97210-1694

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/19/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.85 |
|---|---|---|---|

**PACIFIC OFFICE AUTOMATION**
1114 PACIFIC AVENUE
TACOMA, WA 98402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/18/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.47 |
|---|---|---|---|

**PACIFIC OFFICE AUTOMATION**
PO BOX 41602
PHILADELPHIA, PA 19101-1602

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/7/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,921.26 |
|---|---|---|---|

**PACIFIC RADAR**
12310 HIGHWAY 99, SUITE 132
EVERETT, WA 98204-7556

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/18/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,432.55 |
|---|---|---|---|

**PACIFIC SECURITY**
2009 IRON STREET
BELLINGHAM, WA 98225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,645.52 |
|---|---|---|---|

**PACIFIC WELDING SUPPLIES LLC**
PO BOX 111240
TACOMA, WA 98411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/15/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,107.20 |
|---|---|---|---|

**PAPE MATERIAL HANDLING**
**PO BOX 5077**
**PORTLAND, OR 97208**

Date(s) debt was incurred  8/31/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,450.28 |
|---|---|---|---|

**PARAMOUNT SUPPLY CO**
**2367 LINCOLN AVE**
**TACOMA, WA 98421**

Date(s) debt was incurred  9/25/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,355.63 |
|---|---|---|---|

**PARK PRESIDIO**
**1300 A 25TH ST**
**San Francisco, CA 94107**

Date(s) debt was incurred  4/28/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $304.48 |
|---|---|---|---|

**Patenaude & Felix, Law offices**
**19401 40th Avenue West Ste 280**
**Lynnwood, WA 98036**

Date(s) debt was incurred  2/26/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,908.19 |
|---|---|---|---|

**PCCI**
**PO BOX 84162**
**SEATTLE, WA 98124**

Date(s) debt was incurred  9/14/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $368.47 |
|---|---|---|---|

**PCS**
**PO BOX 80455**
**Las VEGAS, NV 89180**

Date(s) debt was incurred  2/1/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $726.02 |
|---|---|---|---|

**PDM**
**PO BOX 740965**
**LOS ANGELES, CA 90074**

Date(s) debt was incurred  12/31/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,156.25 |

**Pentegra Retirement Services**
**701 WESTCHESTER AVE**
**SUITE 320E**
**WHITE PLAINS, NY 10604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/10/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,156.25 |

**Pentegra Retirement Services**
**108 Corporate Park Drive**
**White Plains, NY 10604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/11/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,305.80 |

**PERFORMANCE CONTRACTING INC.**
**422 S FOREST STREET**
**SEATTLE, WA 98134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/13/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,320.48 |

**PERINE DANFORTH LLC**
**820 SOUTH ADAMS ST.**
**SEATTLE, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/6/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184,938.50 |

**PETRO CHEM**
**4403 RUSSELL RD**
**SUITE 108**
**MUKITEO, WA 98275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/30/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,811.40 |

**PHILIPS, ERLEWINE, GIVEN & CAR**
**39 MESA STREET, SUITE 201**
**THE PRESIDIO**
**SAN FRANCISCO, CA 94129**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  11/15/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,187.21 |

**PIERCE COUNTY BUDGET & FINANCE**
**950 Fawcett Ave**
**Suite 100**
**Tacoma, WA 98402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/1/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,075.00** |
|---|---|---|---|

**PIERSIDE COATINGS LLC**
**4739 UNIVERSITY WAY**
**#160**
**SEATTLE, WA 98105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/19/2018

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$479.26** |
|---|---|---|---|

**PITNEY BOWES**
**PO BOX 371887**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  12/12/2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,480.57** |
|---|---|---|---|

**PLATT ELECTRIC SUPPLY**
**PO BOX 2858**
**PORTLAND, WA 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/15/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,060.70** |
|---|---|---|---|

**POGOZONE INTERNET SERVICES**
**PO BOX 974**
**LYNDEN, WA 98264**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  10/15/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$132,936.91** |
|---|---|---|---|

**PORT OF BELLINGHAM**
**1801 ROEDER AVE**
**PO BOX 1677**
**BELLINGHAM, WA 98227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/1/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$742,887.40** |
|---|---|---|---|

**PORT OF SAN FRANCISCO**
**PO BOX 7862**
**SAN FRANCISCO, CA 94120-7862**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  8/1/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,280.15** |
|---|---|---|---|

**PORTLAND AT ST. PAUL, LLC**
**PO BOX 2015**
**TACOMA, WA 98401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/28/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,165.74** |
|---|---|---|---|

**PPG ARCHITECTURAL FINISHES**
PO BOX 842409
BOSTON, MA 02284-2409

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>10/19/2017</u>

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,760.40** |
|---|---|---|---|

**PRAXAIR DISTRIBUTION INC.**
PO BOX 120812
DEPT 0812
DALLAS, TX 75312

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>8/22/2017</u>

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$803,418.00** |
|---|---|---|---|

**Princess Cruise Lines, Ltd**
24305 Town Center Drive
Santa Clarita, CA 91355

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>5/28/2017</u>

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$640.26** |
|---|---|---|---|

**PROBUILD**
PO BOX 2009
MILTON, WA 98354

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>10/12/2017</u>

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,990.00** |
|---|---|---|---|

**PROEST SOFTWARE, INC**
17065 CAMINO SAN BERNARDO
SUITE 150
SAN DIEGO, CA 92127

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>10/23/2017</u>

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,150.00** |
|---|---|---|---|

**PUGET SOUND CLEAN AIR AGENCY**
1904  THIRD AVE
SUITE 105
SEATTLE, WA 98101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>11/20/2017</u>

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,899.15** |
|---|---|---|---|

**PUGET SOUND ENERGY**
BOT-01H
PO BOX 91269
BELLEVUE, WA 98009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>10/11/2017</u>

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,532.74 |
|---|---|---|---|

**PUGET SOUND PIPE & SUPPLY CO.**
**PO BOX 97010**
**KENT, WA 98064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/21/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $230.00 |
|---|---|---|---|

**PUMP TECH**
**12020 SE 32ND STREET**
**SUITE 2**
**BELLEVUE, WA 98005**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **1/19/2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $572.38 |
|---|---|---|---|

**QUILL.COM**
**PO BOX 37600**
**PHILADELPHIA, PA 19101-0600**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **9/26/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,822.39 |
|---|---|---|---|

**R. STAHL, INC**
**13259 N PROMENADE BLVD**
**STAFFORD, TX 77477**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **5/1/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,822.40 |
|---|---|---|---|

**R. STAHL, INC**
**13259 N PROMENADE BLVD**
**STAFFORD, TX 77477**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2/22/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**RAINIER COLLECTION SERVICES**
**PO Box 3622**
**Bellevue, WA 98009**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **1/15/2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**RAINIER ENVIRONMENTAL LAB**
**5013 PACIFIC HWY**
**SUITE 20**
**FIFE, WA 98424**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **10/24/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,517.29 |
|---|---|---|---|

**RAPID PREP LLC - WA**
**44 CROSS PARK AVE**
**NORTH KINGSTON, RI 02852**

Date(s) debt was incurred  9/7/2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,198.63 |
|---|---|---|---|

**RAYMOND HANDLING CONCEPTS**
**41400 BOYCE ROAD**
**FREMONT, CA 94538**

Date(s) debt was incurred  6/23/2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,432.62 |
|---|---|---|---|

**READY REFRESH**
**PO BOX 856158**
**LOUISVILLE, KY 40285-6158**

Date(s) debt was incurred  2/24/2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $636.72 |
|---|---|---|---|

**Ready Refresh**
**PO Box 856158**
**Louisville, KY 40285-6158**

Date(s) debt was incurred  12/22/2016

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $409.32 |
|---|---|---|---|

**Ready Refresh**
**PO Box 856158**
**Louisville, KY 40285-6158**

Date(s) debt was incurred  11/22/2016

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,159.74 |
|---|---|---|---|

**READY REFRESH**
**PO BOX 856158**
**Louisville, KY 40285**

Date(s) debt was incurred  4/22/2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,159.74 |
|---|---|---|---|

**READY REFRESH**
**PO BOX 856158**
**Louisville, KY 40285**

Date(s) debt was incurred  5/22/2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,159.74 |

**READY REFRESH**
**PO BOX 856158**
**Louisville, KY 40285**

Date(s) debt was incurred  6/22/2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,159.74 |

**READY REFRESH**
**PO BOX 856158**
**Louisville, KY 40285**

Date(s) debt was incurred  8/22/2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,159.74 |

**READY REFRESH**
**PO BOX 856158**
**Louisville, KY 40285**

Date(s) debt was incurred  7/22/2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,205.00 |

**RECOLOGY SUNSET SCAVENGER**
**RECOLOGY GOLDEN GATE**
**250 EXECUTIVE PARK, SUITE 2100**
**SAN FRANCISCO, CA 94134-3306**

Date(s) debt was incurred  1/31/2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,853.60 |

**RELIANCE METAL CENTER**
**PO BOX 748591**
**LOS ANGELES, CA 90074-8554**

Date(s) debt was incurred  12/15/2016

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,746.00 |

**RELIANT WATER MANAGEMENT**
**1001 BAYHILL DR**
**2ND FLOOR**
**SAN BRUNO, CA 94066**

Date(s) debt was incurred  2/23/2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,860.76 |

**REPUBLIC BRASS SALES**
**6566 FEDERAL BLVD**
**LEMON GROVE, CA 91945**

Date(s) debt was incurred  10/31/2017

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,807.09 |
|---|---|---|---|

**RES COM NW, INC**
**1322 BIRCH BAY LYNDEN RD**
**FERNDALE, WA 98248**

Date(s) debt was incurred  **6/28/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**ROBB PRECISION TOOL SERVICES**
**2100 196TH ST SW**
**SUITE 144**
**LYNNWOOD, WA 98036**

Date(s) debt was incurred  **9/1/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.47 |
|---|---|---|---|

**ROBBLEE'S TOTAL SECURITY**
**751 TACOMA AVE S**
**TACOMA, WA 98402**

Date(s) debt was incurred  **7/14/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,930.00 |
|---|---|---|---|

**ROBINSON NOBLE**
**2105 SOUTH C STREET**
**TACOMA, WA 98402**

Date(s) debt was incurred  **5/18/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,467.33 |
|---|---|---|---|

**ROGERS MACHINERY COMPANY, INC.**
**PO BOX 230429**
**PORTLAND, OR 97281**

Date(s) debt was incurred  **7/17/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,306.50 |
|---|---|---|---|

**ROLLS ROYCE MARINE NA**
**110 NORFOLK ST**
**WALPOLE, MA 02081**

Date(s) debt was incurred  **5/15/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305.00 |
|---|---|---|---|

**S&S METAL FABRICATION**
**1551 SO TACOMA WAY**
**TACOMA, WA 98409**

Date(s) debt was incurred  **3/23/2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $572.00 |
|---|---|---|---|

**S.D. MEYERS, LLC**
**180 SOUTH AVE**
**TALLMADGE, OH 44278**

Date(s) debt was incurred  **10/31/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $707.80 |
|---|---|---|---|

**SAFE-ENTRY TECHNICAL, INC**
**9300 SANTA ANITA AVE**
**SUITE 105**
**RANCHO CUCAMONGA, CA 91730**

Date(s) debt was incurred  **12/16/2016**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $831.41 |
|---|---|---|---|

**SAFETY-KLEEN**
**PO BOX 7170**
**PASADENA, CA 91109-7170**

Date(s) debt was incurred  **10/17/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,896.41 |
|---|---|---|---|

**SAFWAY**
**PO BOX 1366**
**FERNDALE, WA 98248**

Date(s) debt was incurred  **5/22/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,900.00 |
|---|---|---|---|

**SAFWAY**
**1660 GILBRETH RD**
**Burlingame, CA 94010**

Date(s) debt was incurred  **2/6/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,896.41 |
|---|---|---|---|

**SAFWAY SERVICES, LLC**
**1660 GILBRETH RD**
**BURLINGAME, CA 94010**

Date(s) debt was incurred  **3/27/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244,456.06 |
|---|---|---|---|

**San Francisco Public Utilities**
**#60DRG60D-01**
**1390 Market Street, 7th Floor**
**SAN FRANCISCO, CA 94102-5408**

Date(s) debt was incurred  **5/24/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.425 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$45,000.00** |

**San Francisco Tax Collector**
**1 Dr Carlton B Goodlett Pl**
**Room 140**
**City Hall**
**SAN FRANCISCO, CA 94102**

Date(s) debt was incurred  **8/28/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.426 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$27,947.82** |

**San Francisco Tax Collector**
**1 Dr Carlton B Goodlett Pl**
**Room 140**
**City Hall**
**SAN FRANCISCO, CA 94102**

Date(s) debt was incurred  **9/21/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.427 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$12,169.08** |

**San Francisco Tax Collector**
**1 Dr Carlton B Goodlett Pl**
**Room 140**
**City Hall**
**SAN FRANCISCO, CA 94102**

Date(s) debt was incurred  **7/11/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.428 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$254,249.41** |

**SAN FRANCISCO WATER POWER SEWE**
**ATTN: CSB, RETAIL ELECTRIC**
**525 GOLDEN GATE AVE, 3RD FLOOR**
**SAN FRANCISCO, CA 94102**

Date(s) debt was incurred  **5/24/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.429 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$2,457.61** |

**SANITARY SERVICE**
**PO BOX 35008**
**SEATTLE, WA 98124**

Date(s) debt was incurred  **10/1/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.430 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$2,500.00** |

**SCHRADER & SON, LLC**
**2170 C COMMERCE AVE**
**CONCORD, CA 94520**

Date(s) debt was incurred  **10/20/2016**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.431 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$686.87** |

**SEACOAST ELECTRIC CO.**
**PO BOX 98059**
**Chicago, IL 60693**

Date(s) debt was incurred  **2/3/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,592.68** |
|---|---|---|---|

**SEAPORT STEEL**
**PO BOX 3625**
**SEATTLE, WA 98124**

Date(s) debt was incurred  **10/3/2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,920.20** |
|---|---|---|---|

**SF BAR PILOTS**
**PIER 9 EAST END**
**SAN FRANCISCO, CA 94111**

Date(s) debt was incurred  **1/6/2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$244,456.06** |
|---|---|---|---|

**SF Public Utilities Commissio**
**#60DRG60D-01**
**1390 Market Street, 7th Floor**
**SAN FRANCISCO, CA 94102-5408**

Date(s) debt was incurred  **5/24/2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37.15** |
|---|---|---|---|

**SGS HERGUTH LABORATORIES, INC.**
**PO BOX 2502**
**CAROL STREAM, IL 60132-2502**

Date(s) debt was incurred  **2/17/2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$131,639.07** |
|---|---|---|---|

**SHERWIN WILLIAMS-BELLINGHAM**
**1401 N STATE ST**
**BELLINGHAM, WA 98225**

Date(s) debt was incurred  **8/1/2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,450.00** |
|---|---|---|---|

**SIMPLEX AMERICAS LLC**
**20 BARTLES CORNER ROAD**
**FLEMINGTON, NJ 08822-5717**

Date(s) debt was incurred  **1/24/2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,834.77** |
|---|---|---|---|

**SMITH FIRE SYSTEMS INC**
**1106 54TH AVE E**
**TACOMA, WA 98424**

Date(s) debt was incurred  **3/15/2018**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $672.94 |
|---|---|---|---|

**SOLID WASTE MANAGEMENT**
**3510 SOUTH MULLEN ST**
**Tacoma, WA 98409**

Date(s) debt was incurred  __9/30/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.28 |
|---|---|---|---|

**SOUND PROPELLER SERVICES, INC**
**7916 8TH AVENUE S**
**SEATTLE, WA 98108**

Date(s) debt was incurred  __7/31/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,290.00 |
|---|---|---|---|

**SOUND TESTING, INC.**
**PO BOX 16204**
**SEATTLE, WA 98116**

Date(s) debt was incurred  __6/21/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.00 |
|---|---|---|---|

**SPECIAL-T SIGNS AND GRAPHICS**
**2206 PACIFIC ST.**
**BELLINGHAM, WA 98229**

Date(s) debt was incurred  __10/4/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,969.00 |
|---|---|---|---|

**SPECTRA LABORATORIES, LLC**
**2221 ROSS WAY**
**TACOMA, WA 98421**

Date(s) debt was incurred  __9/18/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.30 |
|---|---|---|---|

**SPENCER FLUID POWER**
**19308 68TH AVE S**
**KENT, WA 98032**

Date(s) debt was incurred  __1/5/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,184.56 |
|---|---|---|---|

**SPERRY MARINE  A UNIT OF NORTH**
**1865 INDUSTRIAL BLVD**
**NORTHROP GRUMMAN SPERRY MARINE**
**HARVEY, LA 70058**

Date(s) debt was incurred  __6/22/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,346.07 |
|---|---|---|---|

**SPONGE JET**
**14 PATTERSON LANE**
**NEWINGTON, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/9/2017**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,903.09 |
|---|---|---|---|

**SPRINT**
**PO BOX 219100**
**KANSAS CITY, MO 64121-9100**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **10/14/2017**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $166.65 |
|---|---|---|---|

**STELLAR INDUSTRIAL SUPPLY**
**711 E 11TH STREET**
**TACOMA, WA 98421**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **9/25/2017**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,279.02 |
|---|---|---|---|

**STERICYCLE**
**PO BOX 6578**
**CAROL STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/31/2017**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $702.16 |
|---|---|---|---|

**STERICYCLE**
**PO BOX 6578**
**Carol STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/28/2017**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $702.47 |
|---|---|---|---|

**STERICYCLE**
**PO BOX 6578**
**Carol STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/1/3017**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $702.63 |
|---|---|---|---|

**STERICYCLE**
**PO BOX 6578**
**Carol STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/31/2017**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $713.17 |
|---|---|---|---|

**STERICYCLE**
**PO BOX 6578**
**Carol STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/30/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $723.87 |
|---|---|---|---|

**STERICYCLE**
**PO BOX 6578**
**Carol STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/31/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $734.72 |
|---|---|---|---|

**STERICYCLE**
**PO BOX 6578**
**Carol STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/31/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,233.80 |
|---|---|---|---|

**STOW-IT**
**PO BOX 669**
**FERNDALE, WA 00098-4248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/4/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $707.50 |
|---|---|---|---|

**STREICH BROTHERS, INC.**
**1650 MARINE VIEW DRIVE**
**TACOMA, WA 98422**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  8/31/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $668.43 |
|---|---|---|---|

**STUD WELDING PRODUCTS**
**PO BOX 68887**
**SEATTLE, WA 98168**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  12/16/2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|---|

**SUMMIT LAW GROUP PLLC**
**315 FIFTH AVENUE SOUTH**
**SUITE 1000**
**SEATTLE, WA 98104-2682**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  3/21/2018

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,874.08 |
|---|---|---|---|

**SUNBELT RENTALS, INC.**
PO BOX 409211
ATLANTA, GA 30384

Date(s) debt was incurred **9/30/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $361.28 |
|---|---|---|---|

**TACOMA DIESEL & EQUIPMENT INC.**
444 54TH AVE E
Fife, WA 98424

Date(s) debt was incurred **12/19/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,877.50 |
|---|---|---|---|

**TACOMA HYDRAULICS, INC**
405 PORTER WAY UNIT A
MILTON, WA 98354

Date(s) debt was incurred **9/11/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.95 |
|---|---|---|---|

**TACOMA RUBBER STAMP**
PO BOX 1398
Tacoma, WA 98401

Date(s) debt was incurred **9/29/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,418.45 |
|---|---|---|---|

**TACOMA SCREW PRODUCTS, INC.**
2001 CENTER STREET
TACOMA, WA 98409

Date(s) debt was incurred **8/10/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,032.86 |
|---|---|---|---|

**TACOMA STEEL SUPPLY**
701 EAST 64TH ST
TACOMA, WA 98404

Date(s) debt was incurred **8/14/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,033.51 |
|---|---|---|---|

**TEAM INDUSTRIAL SERVICES**
11837 WATER TANK RD.
BURLINGTON, WA 98233

Date(s) debt was incurred **8/22/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.50 |

**TECH-1 AUTOMOTIVE**
**1460 ILLINOIS STREET**
**SAN FRANCISCO, CA 94107**

Date(s) debt was incurred **12/6/2016**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405.59 |

**TECH-1 AUTOMOTIVE**
**1460 ILLINOIS STREET**
**SAN FRANCISCO, CA 94107**

Date(s) debt was incurred **12/6/2016**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.25 |

**TECH-1 AUTOMOTIVE**
**1460 ILLINOIS STREET**
**SAN FRANCISCO, CA 94107**

Date(s) debt was incurred **12/6/2016**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353.32 |

**TECH-1 AUTOMOTIVE**
**1460 ILLINOIS STREET**
**SAN FRANCISCO, CA 94107**

Date(s) debt was incurred **12/6/2016**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**TECH-1 AUTOMOTIVE**
**1460 ILLINOIS STREET**
**SAN FRANCISCO, CA 94107**

Date(s) debt was incurred **12/6/2016**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,170.62 |

**TECHCOLLECTIVE COOPERATIVE**
**101 CALIFORNIA ST.**
**SUITE 2710**
**SAN FRANCISCO, CA 94111**

Date(s) debt was incurred **6/20/2017**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.14 |

**THEBUYINGNETWORK.COM**
**420 SO 96TH STREET, SUITE 3**
**SEATTLE, WA 98108**

Date(s) debt was incurred **3/14/2017**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $918.69 |
|---|---|---|---|

**THRESHOLD DOCUMENTS**
**810 N STATE STREET**
**BELLINGHAM, WA 98225**

Date(s) debt was incurred **6/29/2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,856.73 |
|---|---|---|---|

**TIMCO, INC.**
**1926 PORT OF TACOMA RD**
**TACOMA, WA 98421**

Date(s) debt was incurred **7/17/2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,800.00 |
|---|---|---|---|

**TOP TO BOTTOM, INC.**
**2620 N HARBOR LOOP DR #16**
**BELLINGHAM, WA 98225**

Date(s) debt was incurred **10/5/2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,180.28 |
|---|---|---|---|

**TORCH & REGULATOR REPAIR CO.**
**2526 TACOMA AVE S**
**TACOMA, WA 98402**

Date(s) debt was incurred **7/17/2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,440.55 |
|---|---|---|---|

**TORK SYSTEMS**
**3330 EVERGREEN AVE**
**JACKSONVILLE, FL 32206**

Date(s) debt was incurred **9/22/2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,776.00 |
|---|---|---|---|

**TRADESMEN INTERNATIONAL, LLC**
**910 SW Spokane Street**
**Seattle, WA 98134**

Date(s) debt was incurred **5/8/2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,516.49 |
|---|---|---|---|

**TRI-COUNTY DIESEL MARINE**
**2696 ROEDER AVE.**
**BELLINGHAM, WA 98225**

Date(s) debt was incurred **11/22/2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|
| | TRUTINA FINANCIAL<br>10811 MAIN ST<br>BELLEVUE, WA 98004 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  6/30/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.59 |
|---|---|---|---|
| | ULINE<br>PO BOX 88741<br>CHICAGO, IL 60680-1741 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  10/4/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $426.98 |
|---|---|---|---|
| | UMPQUA BANK<br>PO BOX 2310<br>SPOKANE, WA 99210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/1/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,094.42 |
|---|---|---|---|
| | UNIFIRST<br>1025 N LEVEE ROAD<br>PUYALLUP, WA 98371 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  10/4/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,090.48 |
|---|---|---|---|
| | UNITED RENTALS<br>123 LOOMIS ST<br>SAN FRANCISCO, CA 94124 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  2/6/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,063.89 |
|---|---|---|---|
| | UNITED SITE SERVICES<br>PO BOX 53267<br>PHOENIX, AZ 85072 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  1/12/2017 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705.94 |
|---|---|---|---|
| | United Site Services of CA Inc<br>PO Box 53267<br>Phoenix, AZ 85072-3267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  1/31/2015 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $524.30 |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **7/20/2015**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,759.38 |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **8/13/2015**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,506.25 |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **9/11/2015**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $271.57 |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **9/23/2015**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,187.19 |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **10/7/2015**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,132.82 |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **10/31/2015**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $409.38 |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **11/30/2015**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 103 of 148

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $301.75 |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  12/23/2015

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,560.63 |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  1/25/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $658.56 |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  1/26/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,132.82 |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  2/15/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $496.13 |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  2/15/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,557.32 |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  2/17/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $232.78 |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  2/25/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,132.82 |

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **3/15/2016**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $883.50 |

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **3/17/2016**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,470.32 |

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **3/17/2016**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.13 |

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **3/25/2016**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $489.75 |

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **4/30/2016**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,999.38 |

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **4/30/2016**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $333.75 |

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **7/28/2016**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,324.13** |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **7/31/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$625.29** |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **8/6/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$333.75** |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **8/25/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,872.79** |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **8/26/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$353.75** |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **9/22/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$704.79** |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **10/31/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$353.75** |
|---|---|---|---|

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **11/18/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278.03 |

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **11/30/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353.75 |

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **12/16/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223.65 |

**United Site Services of CA Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **12/29/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,365.00 |

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **12/31/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223.65 |

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **12/29/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278.03 |

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **11/30/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.71 |

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **11/30/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case 18-41324-BDL   Doc 21   Filed 04/17/18   Ent. 04/17/18 12:51:12   Pg. 107 of 148

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $353.75 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  11/18/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $704.79 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  10/31/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $353.75 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  9/22/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,872.79 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  8/26/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $333.75 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  8/25/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $625.29 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  8/6/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,324.13 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  7/31/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| | |
|---|---|
| **3.530** | |

**Nonpriority creditor's name and mailing address**
**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **7/28/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$333.75**

---

| | |
|---|---|
| **3.531** | |

**Nonpriority creditor's name and mailing address**
**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **4/30/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,999.38**

---

| | |
|---|---|
| **3.532** | |

**Nonpriority creditor's name and mailing address**
**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **4/30/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$489.75**

---

| | |
|---|---|
| **3.533** | |

**Nonpriority creditor's name and mailing address**
**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **3/25/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$544.13**

---

| | |
|---|---|
| **3.534** | |

**Nonpriority creditor's name and mailing address**
**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **3/17/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,470.32**

---

| | |
|---|---|
| **3.535** | |

**Nonpriority creditor's name and mailing address**
**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **3/17/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$883.50**

---

| | |
|---|---|
| **3.536** | |

**Nonpriority creditor's name and mailing address**
**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred **2/25/2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$232.78**

---

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 109 of 148

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $944.88 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  2/23/2016

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,557.32 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  2/17/2016

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $496.13 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  2/15/2016

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,132.82 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  2/15/2016

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $658.56 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  1/26/2016

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,560.63 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  1/25/2016

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301.75 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  12/23/2015

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $409.38 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **11/30/2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,132.82 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **10/31/2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,187.19 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **10/7/2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.57 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **9/23/2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,506.25 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **9/11/2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,759.38 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **8/13/2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $524.30 |
|---|---|---|---|

**United Site Svc of CA, Inc**
PO Box 53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **7/20/2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 111 of 148

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,636.00** |
|---|---|---|---|

**UNITED WESTERN SUPPLY**
**5245 E MARGINAL WAY**
**SEATTLE, WA 98134**

Date(s) debt was incurred  **1/5/2018**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$323.96** |
|---|---|---|---|

**UPS**
**PO BOX 361595**
**COLUMBUS, OH 43236**

Date(s) debt was incurred  **5/19/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$274.79** |
|---|---|---|---|

**UPS**
**PO BOX 894820**
**LOS ANGELES, CA 90189**

Date(s) debt was incurred  **9/23/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,065.00** |
|---|---|---|---|

**USE W&O SUPPLY**
**PO BOX 933067**
**ATLANTA, GA 31193-3067**

Date(s) debt was incurred  **12/27/2016**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,020.00** |
|---|---|---|---|

**USMCAE**
**1516 So. Graham St.**
**Seattle, WA 98108**

Date(s) debt was incurred  **7/6/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$705.94** |
|---|---|---|---|

**Utd Site Services of CA, Inc**
**PO Box 53267**
**Phoenix, AZ 85072-3267**

Date(s) debt was incurred  **1/31/2015**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,895.37** |
|---|---|---|---|

**VALLEY OIL COMPANY**
**PO BOX 1655**
**MOUNTAIN VIEW, CA 94042**

Date(s) debt was incurred  **4/21/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Puglia Engineering Inc.** | Case number (if known) | **18-41324** |
|---|---|---|---|

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,065.00** |
|---|---|---|---|

**VALVE AUTOMATION & CONTROLS**
PO BOX 933067
ATLANTA, GA 98680-0848

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **12/27/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$84.01** |
|---|---|---|---|

**VANCE LIFT TRUCK SERVICE**
10005 LAKEVIEW AVE SW
LAKEWOOD, WA 98499

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/2013**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$990.04** |
|---|---|---|---|

**VANDERYACHT PROPANE INC.**
6811 GUIDE MERIDIAN
LYNDEN, WA 98264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/18/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,281.05** |
|---|---|---|---|

**VERIZON WIRELESS**
PO BOX 660108
DALLAS, TX 75266-0108

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/21/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,680.00** |
|---|---|---|---|

**VOLT**
2401 N. Glassell Street
Orange, CA 92865

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/29/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,680.00** |
|---|---|---|---|

**VOLT**
2401 N. Glassell Street
Los ANGELES, CA 90074

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/19/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,680.00** |
|---|---|---|---|

**VOLT**
2401 N. Glassell Street
Los ANGELES, CA 90074

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/12/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,744.00 |
|---|---|---|---|

**VOLT MANAGEMENT CORP**
**PO BOX 679307**
**DALLAS, TX 75267-9307**

Date(s) debt was incurred __2/12/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,193.75 |
|---|---|---|---|

**W&O SUPPLY**
**PO BOX 933067**
**ATLANTA, GA 31193**

Date(s) debt was incurred __8/4/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,584.00 |
|---|---|---|---|

**WA STATE DEPT. OF ECOLOGY**
**PO BOX 47611**
**OLYMPIA, WA 98504-7611**

Date(s) debt was incurred __11/9/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|---|---|---|---|

**WA TRUCKING ASSOCIATIONS**
**2102 CARRIAGE DR SW**
**BLD F**
**OLYMPIA, WA 98502**

Date(s) debt was incurred __9/1/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,025.00 |
|---|---|---|---|

**WALASHEK INDUSTRIAL AND MARINE**
**6410 S 143RD ST**
**TUKWILA, WA 98168**

Date(s) debt was incurred __2/21/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410,101.73 |
|---|---|---|---|

**WARTSILA DEFENSE, INC**
**3617 KOPPENS WAY**
**CHESAPEAKE, VA 23323**

Date(s) debt was incurred __2/28/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $843.56 |
|---|---|---|---|

**WASHINGTON ALARM**
**2030 AIRPORT WAY S**
**SEATTLE, WA 98134-1603**

Date(s) debt was incurred __4/24/2017__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.44 |
|---|---|---|---|

**WASHINGTON CRANE & HOIST**
**1334 THORNTON AVE SW**
**PACIFIC, WA 98047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/12/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190,000.00 |
|---|---|---|---|

**Washington State Dept of Revenue**
**Taxpayer Account Admin Division**
**RE: #601-323-390**
**PO Box 47476**
**Olympia, WA 98504-7476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/15/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**WASHINGTON STATE FERRIES**
**LEGAL SERVICES & CONTRACTS DEP**
**2901 THIRD AVE, SUITE 500**
**SEATTLE, WA 98121-3014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/15/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,867.00 |
|---|---|---|---|

**WATER WEIGHTS**
**470 SATELLITE BLVD STE K**
**PO BOX 2286**
**SUWANEE, GA 30024**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  7/19/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,574.00 |
|---|---|---|---|

**WCR INCORPORATED**
**2377 COMMERCE CENTER BLVD.**
**SUITE B**
**FAIRBURN, OH 95324**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  4/10/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,542.59 |
|---|---|---|---|

**WEST COAST MARINE CHEMISTS INC**
**PO BOX 2562**
**ALAMEDA, CA 94501**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  1/31/2017

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,950.37 |
|---|---|---|---|

**WEST COAST WIRE ROPE & RIGGING**
**2900 NW 29TH AVE**
**PORTLAND, OR 97210**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  12/21/2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 115 of 148

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,589.00 |
|---|---|---|---|

**West Conf. of Teamsters Pen.**
**Teamsters Local #2785**
**1000 Marina Blvd**
**Suite 400**
**Brisbane, CA 94005-1841**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **5/28/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.75 |
|---|---|---|---|

**WEST MARINE PRO**
**PO BOX 50060**
**Watsonville, CA 95077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/21/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,245.12 |
|---|---|---|---|

**WEST MARINE PRO**
**PO BOX 50060**
**Watsonville, CA 95077**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **12/29/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,225.00 |
|---|---|---|---|

**WESTAR MARINE SERVICES**
**PO BOX 78100**
**SAN FRANCISCO, CA 94107-9991**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **3/2/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,589.00 |
|---|---|---|---|

**Western Conf of Teamsters Pens**
**Teamsters Local #2785**
**1000 Marina Blvd**
**Suite 400**
**Brisbane, CA 94005-1841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/28/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,914.04 |
|---|---|---|---|

**WESTERN PACIFIC CRANE**
**19602 60TH AVE NE**
**ARLINGTON, WA 98223**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **7/13/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,560.00 |
|---|---|---|---|

**WESTERN TOW BOAT**
**617 NW 40TH STREET**
**SEATTLE, WA 98107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/29/2017**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 116 of 148

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,782.06 |
|---|---|---|---|

**WHATCOM COUNTY TREASURER**
**PO BOX 34873**
**SEATTLE, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2/28/2018_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**WHATCOM OCCUPATIONAL HEALTH**
**3010 SQUALICUM PARKWAY**
**Bellingham, WA 98225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _9/5/2017_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,693.90 |
|---|---|---|---|

**WHISTLE WORKWEAR, LLC**
**3908 MERIDIAN ST #101**
**BELLINGHAM, WA 98226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _1/17/2018_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.22 |
|---|---|---|---|

**WILCOX & FLEGEL**
**95 PANEL WAY**
**PO BOX 69**
**LONGVIEW, WA 98632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _7/31/2017_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $554.13 |
|---|---|---|---|

**WILLIAMS OIL FILTER SERVICE**
**1247 PUYALLUP AVE**
**TACOMA, WA 98421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _8/29/2017_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,600.00 |
|---|---|---|---|

**WILSON WALTON INT'L  INC.**
**3349 ROUTE 138**
**BLDG C, SUITE E**
**WALL, NJ 07719**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _11/17/2016_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,567.15 |
|---|---|---|---|

**WILSON WALTON INT'L, INC**
**3349 ROUTE 138, BLDG C, STE E**
**E WALL, NJ 07719**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _11/29/2016_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,670.00** |
|---|---|---|---|
| | **WILSON WALTON INT'L, INC**<br>**3349 ROUTE 138, BLDG C**<br>**E WALL, NJ 07719** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **11/19/2016** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,200.56** |
|---|---|---|---|
| | **WOOD'S LOGGING SUPPLY**<br>**PO BOX K**<br>**LONGVIEW, WA 98632** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **10/5/2017** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$391.68** |
|---|---|---|---|
| | **World Enviro & Energy, Inc**<br>**PO Box 256**<br>**West Sacramento, CA 95691** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **8/25/2016** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$61,382.50** |
|---|---|---|---|
| | **WORLDWIDE DIESEL POWER INC.**<br>**732 PARKER ST**<br>**JACKSONVILLE, FL 32202** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **8/24/2017** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,064.00** |
|---|---|---|---|
| | **WRIGHT MACHINE**<br>**719 S MONROE ST**<br>**SEATTLE, WA 98108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **5/31/2017** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$365.30** |
|---|---|---|---|
| | **XPOLOGISTICS**<br>**PO BOX 5160**<br>**PORTLAND, OR 97208** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **4/29/2016** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$956.67** |
|---|---|---|---|
| | **XPOLOGISTICS**<br>**PO BOX 5160**<br>**PORTLAND, OR 97208** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **6/24/2017** | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 118 of 148

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.33** |
|---|---|---|---|

**XPOLOGISTICS**
**PO BOX 5160**
**PORTLAND, OR 97208**

Date(s) debt was incurred  **12/21/2016**
Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119.70** |
|---|---|---|---|

**XPOLOGISTICS**
**PO BOX 5160**
**PORTLAND, OR 97208**

Date(s) debt was incurred  **10/11/2016**
Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$406.53** |
|---|---|---|---|

**ZORO TOOLS**
**909 ASBURY DRIVE**
**BUFFALO GROVE, IL 60089**

Date(s) debt was incurred  **8/4/2017**
Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **11,722,903.96** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **11,722,903.96** |

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Job**<br><br>State the term remaining<br><br>List the contract number of any government contract | **ACGI**<br>**16400 Southcenter Parkway**<br>**Suite 400**<br>**Seattle, WA 98188** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Job**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Alaska Marine Lines**<br>**18000 International BLVD**<br>**Suite 900**<br>**Seattle, WA 98188** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Job**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Bennett Industries**<br>**1160 Thorne Rd**<br>**Tacoma, WA 98421** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **Job**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Boyer Towing Inc**<br>**7318 4th Ave S**<br>**Seattle, WA 98108** |

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 120 of 148

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Job** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **CargoTech: MacGregor Division**<br>**3300 Elmhuts Lane**<br>**Portsmouth, VA 23701** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Catrina Stenvers**<br>**2267 Rusty Lane**<br>**Bellingham, WA 98225** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Job** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **DecoMack Marine Inc.**<br>**2727 Mountain View Road**<br>**Ferndale, WA 98248-9666** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Job** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dunlap Towing**<br>**PO box 593**<br>**Laconner, WA 98257** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Job** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Electric Motor Services**<br>**1928 Milwaukee Way**<br>**Tacoma, WA 98421** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Job** | |
| | State the term remaining | | |
| | List the contract number of any | | **IMCO**<br>**2116 Buchanan Loop**<br>**Ferndale, WA 98248** |

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 121 of 148

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Job** |
| | State the term remaining | |
| | List the contract number of any government contract | **Kirby Offshore Marine**<br>**2700 W. Commodore Way**<br>**Seattle, WA 98199** |

| | | |
|---|---|---|
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Job** |
| | State the term remaining | |
| | List the contract number of any government contract | **Laznak Inc. LLC**<br>**PO Box 1631**<br>**Petersburg, AK 99833** |

| | | |
|---|---|---|
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Job** |
| | State the term remaining | |
| | List the contract number of any government contract | **Lummi Sewer**<br>**2156 Lummi View Dr.**<br>**Bellingham, WA 98226** |

| | | |
|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Job** |
| | State the term remaining | |
| | List the contract number of any government contract | **Matson Navigation**<br>**426 N 44th Street**<br>**Suite 250**<br>**Phoenix, AZ 85008** |

| | | |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Job** |
| | State the term remaining | |
| | List the contract number of any government contract | **MD Marine**<br>**672 E. 11th Street**<br>**Tacoma, WA 98421** |

| | | |
|---|---|---|
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
| | | **Neil Turney**<br>**2216 East 11th Street**<br>**Tacoma, WA 98421** |

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 122 of 148

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract   _____

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Job** |
|---|---|---|

State the term remaining

List the contract number of any government contract   _____

**NOAA**
**Western Acquisition Division**
**7600 Sand Point Way NE**
**SOU6**
**Seattle, WA 98115**

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Job** |
|---|---|---|

State the term remaining

List the contract number of any government contract   _____

**NRC Environmental Services**
**3500 Sunrise Hwy**
**Ste 200 Bldg 200**
**Great River, NY 11739**

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Job** |
|---|---|---|

State the term remaining

List the contract number of any government contract   _____

**Pacific Pile and Marine**
**700 S Riverside Dr.**
**Seattle, WA 98108**

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Job** |
|---|---|---|

State the term remaining

List the contract number of any government contract   _____

**Performance Radiator**
**2667 S Tacoma Way**
**Tacoma, WA 98409**

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Job** |
|---|---|---|

State the term remaining

List the contract number of any government contract   _____

**Pierce County Drainage Dist #23**
**308 West Stewart Avenue**
**PO Box 1057**
**Puyallup, WA 98371**

---

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 123 of 148

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
| | State the term remaining | | **Port of Bellingham** |
| | List the contract number of any government contract | | **1801 Roeder Avenue** **PO Box 1677** **Bellingham, WA 98277** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Job** | |
| | State the term remaining | | **Premier Pacific Seafoods** |
| | List the contract number of any government contract | | **333 First Avenue West** **Seattle, WA 98119** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Job** | |
| | State the term remaining | | **Puyallup Tribe of Indians** |
| | List the contract number of any government contract | | **3009 E Portland Ave** **Tacoma, WA 98404** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Job** | |
| | State the term remaining | | **Robby Bruce** |
| | List the contract number of any government contract | | **PO Box 104** **Elk, CA 95432** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Job** | |
| | State the term remaining | | **Samson Tug & Barge** |
| | List the contract number of any government contract | | **329 Harbor Drive** **PO Box 559** **Sitka, AK 99835** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Job** | |
| | State the term remaining | | **Schnitzer Steel Industries** |
| | List the contract number of any | | **PO Box 10636** **Portland, OR 97295** |

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 124 of 148

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Job** | |
| | State the term remaining | | **Scrap It - Parberry** |
| | List the contract number of any government contract | | **1526 Slater Road** **Ferndale, WA 98248** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Job** | |
| | State the term remaining | | **Tacoma School District** **Purchasing Dept** |
| | List the contract number of any government contract | | **PO Box 1357** **Tacoma, WA 98401** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Job** | |
| | State the term remaining | | **Ted Morehouse** |
| | List the contract number of any government contract | | **1513 Bass Lake Road** **Holly Springs, NC 27540** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Job** | |
| | State the term remaining | | **TEMCO** |
| | List the contract number of any government contract | | **11 Schuster Parkway** **Tacoma, WA 98402** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Job** | |
| | State the term remaining | | **US Coast Guard** |
| | List the contract number of any government contract | | **300 E. Main St** **Norfolk, VA 23510** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Job** | **WA State Dept of Transportation** **2901 3rd Ave** **Suite 500** **Seattle, WA 98121** |

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 125 of 148

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Job** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Western Machine** <br> **652 E. 11th Street** <br> **Tacoma, WA 98421** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

■ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Neil Turney** | **2216 East 11th Street Tacoma, WA 98421** | **Washington Federal** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Puglia Engineering Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known)    **18-41324**

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,221,388.79** |
   | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$33,789,859.00** |
   | **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$33,967,094.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | **Rebates, Refunds and San Francisco Shipyard A/R** | **$3,831,501.00** |
   | **For year before that:**<br>From **1/01/2016** to **12/31/2016** | **Rebates, Refunds and Interest** | **$35,400.00** |
   | **For the fiscal year:**<br>From **1/01/2015** to **12/31/2015** | **Rebates, Refunds and Interest** | **$88,983.00** |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See Attached** | | **$2,153,791.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Neil Turney**<br>**P.O. Box 1302**<br>**Tacoma, WA 98401** | **05/05/17** | **$480.00** | **Payroll** |
| 4.2. | **Neil Turney**<br>**P.O. Box 1302**<br>**Tacoma, WA 98401** | **05/07/17** | **$20,000.00** | **Short Term loan** |
| 4.3. | **Neil Turney**<br>**P.O. Box 1302**<br>**Tacoma, WA 98401** | **05/03/17** | **$16,000.00** | **Rent** |
| 4.4. | **Neil Turney**<br>**P.O. Box 1302**<br>**Tacoma, WA 98401** | **05/25/17** | **$16,000.00** | **Rent** |
| 4.5. | **Neil Turney**<br>**P.O. Box 1302**<br>**Tacoma, WA 98401** | **09/11/17** | **$48,000.00** | **Rent** |
| 4.6. | **Neil Turney**<br>**P.O. Box 1302**<br>**Tacoma, WA 98401** | **09/29/17** | **$16,000.00** | **Rent** |
| 4.7. | **Neil Turney**<br>**P.O. Box 1302**<br>**Tacoma, WA 98401** | **10/26/17** | **$16,000.00** | **Rent** |
| 4.8. | **Neil Turney**<br>**P.O. Box 1302**<br>**Tacoma, WA 98401** | | **$8,000.00** | **Employee Compensation** |
| 4.9. | **Neil Turney**<br>**P.O. Box 1302**<br>**Tacoma, WA 98401** | | **$16,000.00** | **Rent** |

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 129 of 148

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | **Reliance Metal Center v. Puglia Engineering, Inc.** 7Z79978C | Collection | **Pierce County District Court** 930 Tacoma Ave Rm 239 Tacoma, WA 98402 | ■ Pending ☐ On appeal ☐ Concluded |
   | 7.2. | **Judice v. BAE Systems San Francisco** CGC16555608 | Employee Claim | **San Francisco County Superior Court** 400 McAllister Street San Francisco, CA 94102 | ■ Pending ☐ On appeal ☐ Concluded |
   | 7.3. | **Antoine v. BAE Systems et al.** 17CV02231SBA | Employee Claim | **US District Court - ND Cal.** 450 Golden Gate Ave. Box 36060 San Francisco, CA 94102 | ■ Pending ☐ On appeal ☐ Concluded |
   | 7.4. | **Joe Robinson v. Puglia Engineering, Inc.** 17-2-01542-0 | Personal Injury | **Whatcom County Superior Court** 311 Grand Ave, Suite 301 Bellingham, WA 98225 | ■ Pending ☐ On appeal ☐ Concluded |
   | 7.5. | **Motor-Services Hugo Stamp, Inc. v. Puglia Engineering, Inc.** 17-cv-61711 | Collection | **US District Court - SD Fla** 400 N. Miami Ave, Rm 11-1 Miami, FL 33128 | ☐ Pending ☐ On appeal ☐ Concluded |
   | 7.6. | **Puglia Engineering, Inc. v. BAE Systems Ship Repair Inc. et al.** CGC-17-557087 | Fraud and Violation of CA Securities Laws | **California Superior Court** 400 McAllister Street San Francisco, CA 94102 | ■ Pending ☐ On appeal ☐ Concluded |
   | 7.7. | **BAE Systems Ship Repair Inc. v. Puglia Engineering, Inc.** 17CV1287 | Breach of Contract | **US District Court SDNY** 500 Pearl Street New York, NY 10007 | ■ Pending ☐ On appeal ☐ Concluded |

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 130 of 148

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **N/A** | **Audit** | **State of WA Dept of Revenue**<br>**PO Box 47464**<br>**Olympia, WA 98504** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | **Tradesmen International, LLC v. Puglia Engineering, Inc.** | **Collection** | **Murphy, Pearson, Bradley & Feeney**<br>**88 Kearny Street, 10th Floor**<br>**San Francisco, CA 94108** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Holt of CA v. Puglia Engineering**<br>**STK-CV-LBC-2017-0010612** | **Collection** | **Superior Court of CA County of San Joaquin**<br>**180 E. Weber Ave.**<br>**Stockton, CA 95202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **North Coast Electric Co. v. Puglia Engineering, Inc.**<br>**18-2-06767-75GA** | **Collection** | **King County Superior Court**<br>**516 Third Avenue, Room E-609**<br>**Seattle, WA 98104** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **DES Surplus Operation**<br>**7511 New Market Street SW**<br>**Olympia, WA 98501** | | **1/25/17** | **$6,362.12** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Christian Faith School**<br>**33645 20th Ave S**<br>**Federal Way, WA 98003** | | **5/31/17; 9/14/17** | **$30,000.00** |
| | Recipients relationship to debtor | | | |
| 9.3. | **Billy Graham Evangelist**<br>**1 Billy Graham Parkway**<br>**Charlotte, NC 28201** | | **6/27/16** | **$2,500.00** |
| | Recipients relationship to debtor | | | |

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 131 of 148

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Bush Kornfeld LLP** <br> **601 Union St., #5000** <br> **Seattle, WA 98101-2373** | | **04/21/17** | **$5,095.00** |
| **Email or website address** <br> **www.bskd.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2. **Bush Kornfeld LLP** <br> **601 Union St., #5000** <br> **Seattle, WA 98101-2373** | | **08/14/17** | **$2,754.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.3. **Bush Kornfeld LLP** <br> **601 Union St., #5000** <br> **Seattle, WA 98101-2373** | | **09/22/17** | **$2,258.38** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

Case 18-41324-BDL    Doc 21    Filed 04/17/18    Ent. 04/17/18 12:51:12    Pg. 132 of 148

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.4. | **Bush Kornfeld LLP** **601 Union St., #5000** **Seattle, WA 98101-2373** | | **11/30/17** | **$9,892.62** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.5. | **Bush Kornfeld LLP** **601 Union St., #5000** **Seattle, WA 98101-2373** | | **01/16/18** | **$2,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.6. | **Bush Kornfeld LLP** **601 Union St., #5000** **Seattle, WA 98101-2373** | | **01/19/18** | **$20,451.77** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.7. | **Bush Kornfeld LLP** **601 Union St., #5000** **Seattle, WA 98101-2373** | | **02/15/18** | **$9,892.62** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.8. | **Bush Kornfeld LLP** **601 Union St., #5000** **Seattle, WA 98101-2373** | | **03/15/18** | **$35,304.40** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.9. | **Bush Kornfeld LLP** **601 Union St., #5000** **Seattle, WA 98101-2373** | | **04/12/17** | **$38,104.69** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:     Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:     Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:     Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Case 18-41324-BDL     Doc 21     Filed 04/17/18     Ent. 04/17/18 12:51:12     Pg. 134 of 148

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.

    ■ Yes. Does the debtor serve as plan administrator?

          ■ No Go to Part 10.
          ☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **City Storage of San Francisco**<br>**500 Indiana Street**<br>**San Francisco, CA 94107** | **Scott Hendrickson**<br>**201 Harris Ave**<br>**Bellingham, WA 98225** | **Employee files for San Francisco site** | ■ No<br>☐ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various** | | **The Debtor stores its customer's property from the vessels it is working on for the duration of the work.** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Customer vessels and their contents** | | | **$0.00** |

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ☑ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **BAE Systems San Francisco Shipyard**<br>**70 Pier**<br>**San Francisco, CA 94107** | **Shipyard Repair** | EIN:  **94-3168698**<br><br>From-To  **12/03/92 - Present** |

---

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Victor ("Scott") Hendrickson**<br>**201 Harris Ave**<br>**Bellingham, WA 98225** | **05/05/13-Present**<br>**(CFO)** |
| 26a.2.  **Maggie Proctor**<br>**201 Harris Ave**<br>**Bellingham, WA 98225** | **07/30/07-Present**<br>**(Accounts Payable)** |
| 26a.3.  **Jeanetter Rhodes**<br>**201 Harris Ave**<br>**Bellingham, WA 98225** | **03/24/14-Present**<br>**(Employee -**<br>**Accountant)** |
| 26a.4.  **Michelle Mellema**<br>**201 Harris Ave**<br>**Bellingham, WA 98225** | **05/11/15-Present**<br>**(Employee - Payroll)** |
| 26a.5.  **Rachel Vandermay**<br>**201 Harris Ave**<br>**Bellingham, WA 98225** | **12/02/13-09/30/17**<br>**(Employee - Data**<br>**Entry)** |
| 26a.6.  **Joel Underwood**<br>**201 Harris Ave**<br>**Bellingham, WA 98225** | **06/30/10-Present**<br>**(Employee -**<br>**Purchasing)** |
| 26a.7.  **Valerie Isaak**<br>**201 Harris Ave**<br>**Bellingham, WA 98225** | **02/01/13-Present**<br>**(Employee -**<br>**Purchasing)** |
| 26a.8.  **Lori Jo Crooks**<br>**201 Harris Ave**<br>**Bellingham, WA 98225** | **11/17/14-Present**<br>**(Employee - Tool**<br>**Inventory)** |
| 26a.9.  **Larson Gross PLLC**<br>**2211 Rimland Dr**<br>**Bellingham, WA 98226** | **12/31/13 - Present** |
| 26a.10.  **VL Scott PLLC**<br>**1204 Cleveland Ave**<br>**Mount Vernon, WA 98273** | **13/31/13 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Victor (Scott) Hendrickson**<br>**201 Harris Avenue**<br>**Bellingham, WA 98225** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| **Name and address** |
| --- |

26d.1.     **Washington Federal**
        **400 10th Ave NE #104**
        **Bellevue, WA 98004**

26d.2.     **Grow America Funds**
        **708 Third Ave, Suite 710**
        **New York, NY 10017**

26d.3.     **First National Commerce Capital**
        **1029 Hwy 6 N, Suite 650-283**
        **Houston, TX 77079**

26d.4.     **EH National Bank**
        **8484 Wilshire Blvd #100**
        **Beverly Hills, CA 90211**

26d.5.     **HUB International NW**
        **PO Box 3018**
        **Bothell, WA 98011**

26d.6.     **State of WA DOT**
        **2901 Third Ave, Suite 500**
        **Seattle, WA 98121**

26d.7.     **William F. Malaier**
        **901 Fifth Ave, Suite 3500**
        **Seattle, WA 98164**

26d.8.     **V.L. Scott PLLC**
        **1204 Cleveland Ave**
        **Mount Vernon, WA 98273**

26d.9.     **Umpqua Bank**
        **PO Box 2224**
        **Spokane, WA 99210**

26d.10.    **Business Ferrett**
        **710 West Etruria Street**
        **Seattle, WA 98119**

26d.11.    **Kiel Mortgage**
        **604 Oakesdale Ave SW, Suite B-103**
        **Renton, WA 98057**

26d.12.    **Bank of the Northwest**
        **1250 Pacific Ave #100**
        **Tacoma, WA 98402**

26d.13.    **Kidder Mathews**
        **601 Union Street, Suite 4720**
        **Seattle, WA 98101**

26d.14.    **Zions Bank**
        **313 Preist Point Dr NW**
        **Marysville, WA 98271**

26d.15.    **Balboa Capital**
        **2010 Main Street, Suite 1100**
        **Irvine, CA 92614**

26d.16.    **Advance Capital**
        **600 University Street, Suite 1616**
        **Seattle, WA 98101**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Name and address | |
|---|---|
| 26d.17. | **Wells Fargo**<br>**205 108th Ave NE, Suite 200**<br>**Bellevue, WA 98004** |
| 26d.18. | **National Commercial Capital**<br>**165 Passaic Ave, Suite 303**<br>**Fairfield, NJ 07004** |
| 26d.19. | **Prudential**<br>**Four Embarcadero Center, Suite 2700**<br>**San Francisco, CA 94111** |
| 26d.20. | **Port of San Francisco**<br>**Pier 1, Teh Embarcadero**<br>**San Francisco, CA 94111** |
| 26d.21. | **BAE Systems**<br>**1101 Wilson Boulevard, Suite 2000**<br>**Arlington, VA 22209** |
| 26d.22. | **Summit Funding Group**<br>**2801 Network Boulevard, Suite 505**<br>**Frisco, TX 75034** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Neil Turney | 2216 East 11th Street<br>Tacoma, WA 98421 | President | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

|   | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Number 4** | | | |
|   | **Relationship to debtor** | | | |

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Western Metal Industry Pension Plan** <br> **(Bellingham Machinists; Tacoma Machinists)** | **EIN:** |
| **Boilermaker-Blacksmith National Pension Trust** <br> **(Tacoma Boilermakers; San Francisco Boilermakers)** | **EIN:** |
| **Marine Carpenters Pension Fund** <br> **(San Francisco Carpenters)** | **EIN:** |
| **IBEW Pacific Coast Pension Fund** <br> **(San Francisco Electricians)** | **EIN:** |
| **Pacific Coast Shipyards Pension Fund** <br> **(San Francisco Laborers, Painters, Pipefitters, Sheet Metal Workers)** | **EIN:** |
| **I.A.M. National Pension Fund** <br> **(San Francisco Machinists)** | **EIN:** |
| **Operating Engineers Trust Fund for California** <br> **(San Francisco Operators)** | **EIN:** |
| **Wetern Conference of Teamsters Pension Fund** <br> **(San Francisco Teamsters)** | **EIN:** |

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 17, 2018**

**/s/ Neil Turney**                                              **Neil Turney**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

In re Puglia Engineering, Inc.

Attachment to Statement of Financial Affairs

Question No. 3

| Checking Acct | Account Number | Check Number | Check Date | A/P Amount | Vendor Type | Payee | Address 1 | Address 2 | Address 3 |
|---|---|---|---|---|---|---|---|---|---|
| CHECKING | 3557 | 15725 | 03/12/18 | 31,304.58 | Other | American Longshore Mutual | PO Box 934368 | Atlanta, GA 31193-4368 | 0 |
| CHECKING | 3557 | 15724 | 02/09/18 | 39,837.94 | Other | American Longshore Mutual | PO Box 934368 | Atlanta, GA 31193-4368 | 0 |
| CHECKING | 3557 | 15604 | 01/15/18 | 54,899.52 | Other | American Longshore Mutual | PO Box 934368 | Atlanta, GA 31193-4368 | |
| CHECKING | 3557 | 419684 | 03/08/18 | 20,000.00 | Subcontractor | AMERICAN SCAFFOLD | PO BOX 13835 | SAN DIEGO, CA 92710 | 0 |
| CHECKING | 3557 | 419612 | 02/08/18 | 20,000.00 | Supplier | BLAST ONE INTERNATIONAL | PO BOX 933052 | CLEVELAND, OH 44193 | |
| CHECKING | 3557 | 419685 | 03/08/18 | 20,000.00 | Supplier | BLAST ONE INTERNATIONAL | 4510 BRIDGEWAY AVE | ATTN: KIM AVERY | CLEVELAND, OH 43219 |
| CHECKING | 3557 | 419575 | 02/02/18 | 25,000.00 | Supplier | BLAST ONE INTERNATIONAL | PO BOX 933052 | CLEVELAND, OH 44193 | 0 |
| CHECKING | 3557 | 15666 | 02/15/18 | 10,323.23 | Supplier | BOILERMAKER NATIONAL PENSION | 754 MINNESOTA AVE | SUITE 424 | KANSAS CITY, KS 66101 |
| CHECKING | 3557 | 15729 | 03/15/18 | 11,974.43 | Supplier | BOILERMAKER NATIONAL PENSION | 754 MINNESOTA AVE | SUITE 424 | KANSAS CITY, KS 66101 |
| CHECKING | 3557 | 15603 | 01/15/18 | 15,592.88 | Supplier | BOILERMAKER NATIONAL PENSION | 754 MINNESOTA AVE | SUITE 424 | KANSAS CITY, KS 66101 |
| | | | | | | | | | 0 |
| CHECKING | 3557 | 419429 | 01/10/18 | 20,000.00 | Other | BUSH KORNFELD LLP | 601 UNION ST., SUITE 5000 | SEATTLE, WA 98101 | |
| CHECKING | 3557 | 419502 | 01/12/18 | 30,344.39 | Other | BUSH KORNFELD LLP | 601 UNION ST., SUITE 5000 | SEATTLE, WA 98101 | 0 |
| CHECKING | 3557 | 419558 | 01/26/18 | 7,878.35 | Supplier | CESCO, INC. | 7251 CROSS COUNTY ROAD | NORTH CHARLESTON, SC 29418 | |
| CHECKING | 3557 | 419461 | 01/21/18 | 7,878.36 | Supplier | CESCO, INC. | 7251 CROSS COUNTY ROAD | NORTH CHARLESTON, SC 29418 | 0 |
| CHECKING | 3557 | 419580 | 02/02/18 | 8,821.55 | Supplier | CITY OF BELLINGHAM | FINANCE DEPARTMENT | 210 LOTTIE STREET | BELLINGHAM, WA 98225 |
| | | | | | | | | | 0 |
| CHECKING | 3557 | 15687 | 02/27/18 | 19,559.74 | Supplier | DEPARTMENT OF REVENUE | EXCISE TAX | | |
| CHECKING | 3557 | 15626 | 01/26/18 | 40,261.66 | Supplier | DEPARTMENT OF REVENUE | EXCISE TAX | | 0 |
| CHECKING | 3557 | 419622 | 02/08/18 | 11,369.40 | Other | FERGUSON ENTERPRISES INC.#3007 | PO BOX 847411 | DALLAS, TX 75284-7411 | 0 |
| CHECKING | 3557 | 15747 | 03/25/18 | 30,985.97 | Other | FIRST INSURANCE FUNDING CORP | PO BOX 7000 | CAROL STREAM, IL 60197 | |
| CHECKING | 3557 | 15627 | 01/25/18 | 30,986.00 | Other | FIRST INSURANCE FUNDING CORP | PO BOX 7000 | CAROL STREAM, IL 60197 | |
| CHECKING | 3557 | 15701 | 02/26/18 | 30,986.00 | Other | FIRST INSURANCE FUNDING CORP | PO BOX 7000 | CAROL STREAM, IL 60197 | 0 |
| CHECKING | 3557 | 419623 | 02/08/18 | 12,197.36 | Supplier | HARDWARE SALES | 2034 JAMES ST | BELLINGHAM, WA 98225 | 0 |
| CHECKING | 3557 | 419624 | 02/08/18 | 7,995.40 | Supplier | HERC RENTALS INC. | PO BOX 650280 | DALLAS, TX 75265-0280 | |
| CHECKING | 3557 | 419520 | 01/12/18 | 9,350.32 | Supplier | HERC RENTALS INC. | PO BOX 650280 | DALLAS, TX 75265-0280 | |
| CHECKING | 3557 | 419565 | 01/28/18 | 12,357.97 | Supplier | HERC RENTALS INC. | PO BOX 650280 | DALLAS, TX 75265-0280 | 0 |
| CHECKING | 3557 | 419733 | 03/16/18 | 6,900.00 | Subcontractor | LARSON GROSS PLLC | 2211 RIMLAND DR., STE. 422 | BELLINGHAM, WA 98226 | 0 |
| CHECKING | 3557 | 418828 | 02/09/18 | 10,893.71 | Other | MACHINISTS H&W TRUST FUND | PO BOX 34085 | SEATTLE, WA 98124-1085 | |
| CHECKING | 3557 | 418777 | 01/12/18 | 11,098.17 | Other | MACHINISTS H&W TRUST FUND | PO BOX 34085 | SEATTLE, WA 98124-1085 | |
| CHECKING | 3557 | 418870 | 03/07/18 | 13,466.16 | Other | MACHINISTS H&W TRUST FUND | PO BOX 34085 | SEATTLE, WA 98124-1085 | |
| CHECKING | 3557 | 418867 | 03/07/18 | 41,143.76 | Other | MACHINISTS H&W TRUST FUND | PO BOX 34085 | SEATTLE, WA 98124-1085 | |
| CHECKING | 3557 | 418775 | 01/12/18 | 89,634.62 | Other | MACHINISTS H&W TRUST FUND | PO BOX 34085 | SEATTLE, WA 98124-1085 | |
| CHECKING | 3557 | 418827 | 02/09/18 | 89,634.62 | Other | MACHINISTS H&W TRUST FUND | PO BOX 34085 | SEATTLE, WA 98124-1085 | 0 |
| CHECKING | 3557 | 419529 | 01/12/18 | 18,000.00 | Other | NEIL TURNEY | PO BOX 1302 | TACOMA, WA 98401 | |
| CHECKING | 3557 | 419593 | 02/02/18 | 18,000.00 | Other | NEIL TURNEY | PO BOX 1302 | TACOMA, WA 98401 | |
| CHECKING | 3557 | 419703 | 03/08/18 | 18,000.00 | Other | NEIL TURNEY | PO BOX 1302 | TACOMA, WA 98401 | 0 |
| CHECKING | 3557 | 15655 | 02/09/18 | 9,652.46 | Other | NORTHWEST METAL CRAFTS TRUST F | PO BOX 84541 | SEATTLE, WA 98124-5841 | |
| CHECKING | 3557 | 15722 | 03/12/18 | 10,125.99 | Other | NORTHWEST METAL CRAFTS TRUST F | PO BOX 84541 | SEATTLE, WA 98124-5841 | |
| CHECKING | 3557 | 15605 | 01/15/18 | 10,568.78 | Other | NORTHWEST METAL CRAFTS TRUST F | PO BOX 84541 | SEATTLE, WA 98124-5841 | |
| CHECKING | 3557 | 15723 | 03/12/18 | 24,470.85 | Other | NORTHWEST METAL CRAFTS TRUST F | PO BOX 84541 | SEATTLE, WA 98124-5841 | |
| CHECKING | 3557 | 15606 | 01/15/18 | 26,598.75 | Other | NORTHWEST METAL CRAFTS TRUST F | PO BOX 84541 | SEATTLE, WA 98124-5841 | |
| CHECKING | 3557 | 15656 | 02/09/18 | 26,598.75 | Other | NORTHWEST METAL CRAFTS TRUST F | PO BOX 84541 | SEATTLE, WA 98124-5841 | |

| Account | Acct # | Check # | Date | Amount | Type | Payee | Address | City/State/Zip | |
|---|---|---|---|---|---|---|---|---|---|
| CHECKING | 3557 | 419707 | 03/08/18 | 12,387.70 | Subcontractor | PACIFIC SECURITY | 2009 IRON STREET | BELLINGHAM, WA 98225 | 0 |
| CHECKING | 3557 | 419533 | 01/12/18 | 24,944.40 | Subcontractor | PACIFIC SECURITY | 2009 IRON STREET | BELLINGHAM, WA 98225 | |
| CHECKING | 3557 | 419725 | 03/13/18 | 10,077.14 | Supplier | PACIFIC WELDING SUPPLIES LLC | PO BOX 111240 | TACOMA, WA 98411 | 0 |
| CHECKING | 3557 | 15662 | 02/12/18 | 13,739.09 | Other | Pentegra Retirement Services | 108 Corporate Park Drive | White Plains, NY 10604 | 0 |
| CHECKING | 3557 | 419633 | 02/08/18 | 32,909.18 | Supplier | PORT OF BELLINGHAM | 1801 ROEDER AVE | BELLINGHAM, WA 98227 | |
| CHECKING | 3557 | 419474 | 01/26/18 | 67,901.81 | Supplier | PORT OF BELLINGHAM | 1801 ROEDER AVE | BELLINGHAM, WA 98227 | |
| CHECKING | 3557 | 419731 | 03/15/18 | 99,626.53 | Supplier | PORT OF BELLINGHAM | 1801 ROEDER AVE | BELLINGHAM, WA 98227 | 0 |
| CHECKING | 3557 | 419727 | 03/14/18 | 7,697.80 | Supplier | PRAXAIR DISTRIBUTION INC. | PO BOX 120812 | DALLAS, TX 75312 | 0 |
| CHECKING | 3557 | 419535 | 01/12/18 | 28,505.11 | Other | PUGET SOUND ENERGY | BOT-01H | BELLEVUE, WA 98009 | 0 |
| CHECKING | 3557 | 419599 | 02/02/18 | 60,075.14 | Other | PUGET SOUND ENERGY | BOT-01H | BELLEVUE, WA 98009 | |
| CHECKING | 3557 | 419641 | 02/12/18 | 6,528.60 | Supplier | SHAMOSH EQUIPMENT CORP | 449 ETON ST | ENGLEWOOD, NJ 07631 | 0 |
| CHECKING | 3557 | 419641 | 02/14/18 | 16,977.33 | Supplier | SHERWIN WILLIAMS-BELLINGHAM | 1401 N STATE ST | BELLINGHAM, WA 98225 | 0 |
| CHECKING | 3557 | 15653 | 02/07/18 | 25,306.93 | Supplier | UNITES STATES TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7122 | SAN FRANCISCO, CA 94120 |
| CHECKING | 3557 | 15726 | 03/14/18 | 27,435.35 | Supplier | UNITES STATES TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7122 | SAN FRANCISCO, CA 94120 |
| CHECKING | 3557 | 15703 | 02/28/18 | 28,547.91 | Supplier | UNITES STATES TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7122 | SAN FRANCISCO, CA 94120 |
| CHECKING | 3557 | 15709 | 03/07/18 | 29,005.42 | Supplier | UNITES STATES TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7122 | SAN FRANCISCO, CA 94120 |
| CHECKING | 3557 | 15741 | 03/21/18 | 30,034.63 | Supplier | UNITES STATES TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7122 | SAN FRANCISCO, CA 94120 |
| CHECKING | 3557 | 15665 | 02/14/18 | 32,665.76 | Supplier | UNITES STATES TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7122 | SAN FRANCISCO, CA 94120 |
| CHECKING | 3557 | 15684 | 02/21/18 | 32,993.19 | Supplier | UNITES STATES TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7122 | SAN FRANCISCO, CA 94120 |
| CHECKING | 3557 | 15639 | 01/31/18 | 34,389.06 | Supplier | UNITES STATES TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7122 | SAN FRANCISCO, CA 94120 |
| CHECKING | 3557 | 15591 | 01/10/18 | 36,205.54 | Supplier | UNITES STATES TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7122 | SAN FRANCISCO, CA 94120 |
| CHECKING | 3557 | 15608 | 01/17/18 | 37,123.86 | Supplier | UNITES STATES TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7122 | SAN FRANCISCO, CA 94120 |
| CHECKING | 3557 | 15640 | 01/31/18 | 40,744.46 | Supplier | UNITES STATES TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7122 | SAN FRANCISCO, CA 94120 |
| CHECKING | 3557 | 15566 | 12/28/17 | 45,123.18 | Supplier | UNITES STATES TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7122 | SAN FRANCISCO, CA 94120 |
| CHECKING | 3557 | 15746 | 03/28/18 | 45,305.30 | Supplier | UNITES STATES TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7122 | SAN FRANCISCO, CA 94120 |
| CHECKING | 3557 | 15617 | 01/24/18 | 46,628.64 | Supplier | UNITES STATES TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7122 | SAN FRANCISCO, CA 94120 |
| CHECKING | 3557 | 15576 | 01/04/18 | 47,401.03 | Supplier | UNITES STATES TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7122 | SAN FRANCISCO, CA 94120 |
| CHECKING | 3557 | 15641 | 01/31/18 | 21,421.54 | Supplier | WA EMPLOYMENT SECURITY DEPT | | | 0 |
| CHECKING | 3557 | 15593 | 01/08/18 | 10,000.00 | Supplier | WASHINGTON FEDERAL | | | |
| CHECKING | 3557 | 15594 | 01/03/18 | 10,000.00 | Supplier | WASHINGTON FEDERAL | | | |
| CHECKING | 3557 | 15625 | 01/11/18 | 10,000.00 | Supplier | WASHINGTON FEDERAL | | | |
| CHECKING | 3557 | 15718 | 03/08/18 | 10,296.81 | Supplier | WASHINGTON FEDERAL | | | |
| CHECKING | 3557 | 15685 | 02/22/18 | 10,888.51 | Supplier | WASHINGTON FEDERAL | | | |
| CHECKING | 3557 | 15651 | 02/15/18 | 11,154.86 | Supplier | WASHINGTON FEDERAL | | | |
| CHECKING | 3557 | 15651 | 01/26/18 | 12,077.11 | Supplier | WASHINGTON FEDERAL | | | |
| CHECKING | 3557 | 15618 | 01/28/18 | 15,000.00 | Supplier | WASHINGTON FEDERAL | | | |
| CHECKING | 3557 | 15654 | 02/03/18 | 19,420.79 | Supplier | WASHINGTON FEDERAL | | | 0 |
| CHECKING | 3557 | 15668 | 02/15/18 | 8,006.26 | Supplier | WESTERN METAL INDUSTRY PENSION | PO BOX 23159 | SEATTLE, WA 98102-0459 | |
| CHECKING | 3557 | 15731 | 03/15/18 | 11,071.02 | Supplier | WESTERN METAL INDUSTRY PENSION | PO BOX 23159 | SEATTLE, WA 98102-0459 | |
| CHECKING | 3557 | 15600 | 01/15/18 | 14,083.70 | Supplier | WESTERN METAL INDUSTRY PENSION | PO BOX 23159 | SEATTLE, WA 98102-0459 | |
| CHECKING | 3557 | 15730 | 03/15/18 | 27,176.13 | Supplier | WESTERN METAL INDUSTRY PENSION | PO BOX 23159 | SEATTLE, WA 98102-0459 | 0 |
| CHECKING | 3557 | 15667 | 02/15/18 | 38,850.38 | Supplier | WESTERN METAL INDUSTRY PENSION | PO BOX 23159 | SEATTLE, WA 98102-0459 | 0 |
| CHECKING | 3557 | 15601 | 01/15/18 | 49,372.45 | Supplier | WESTERN METAL INDUSTRY PENSION | PO BOX 23159 | SEATTLE, WA 98102-0459 | 0 |

# United States Bankruptcy Court
## Western District of Washington

In re  **Puglia Engineering Inc.**                                         Case No.  __18-41324__
                                        Debtor(s)                 Chapter  __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                        $            **125,753.48**

   Prior to the filing of this statement I have received              $            **125,753.48**

   Balance Due                                                        $                   **0.00**

2.  The source of the compensation paid to me was:

     ■ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

     ■ Debtor          ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Preparation of a plan and disclosure statement and negotiations with creditors regarding the same.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__April 17, 2018__                                    **/s/ James L. Day**
*Date*                                                **James L. Day**
                                                      *Signature of Attorney*
                                                      **Bush Kornfeld LLP**
                                                      **601 Union St., Suite 5000**
                                                      **Seattle, WA 98101-2373**
                                                      **(206) 292-2110   Fax: (206) 292-2104**
                                                      **jday@bskd.com**
                                                      *Name of law firm*

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

| | | | |
|---|---|---|---|
| In re | **Puglia Engineering Inc.** | Case No. | **18-41324** |
| | Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Neil Turney**<br>**2216 East 11th Street**<br>**Tacoma, WA 98421** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

| | | | |
|---|---|---|---|
| Date | **April 17, 2018** | Signature | **/s/ Neil Turney** |
| | | | **Neil Turney** |

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re    __Puglia Engineering Inc.__          Case No.   __18-41324__

                                   Debtor(s)       Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __April 17, 2018__             __/s/ Neil Turney__

                                       __Neil Turney/President__
                                       Signer/Title

# United States Bankruptcy Court
## Western District of Washington

In re    **Puglia Engineering Inc.**          Case No.    **18-41324**

Debtor(s)      Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1) - AMENDED

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Puglia Engineering Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_April 17, 2018_
Date

**/s/ James L. Day**
**James L. Day**
Signature of Attorney or Litigant
Counsel for    **Puglia Engineering Inc.**
**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**(206) 292-2110 Fax:(206) 292-2104**
**jday@bskd.com**