UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re

Puglia Engineering Inc.,

Debtor.

Case No. 18-41324-BDL

APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

Pursuant to 11 U.S.C. § 1102, the following creditors, having expressed their willingness to serve, are appointed to the Official Unsecured Creditors' Committee.

**Creditor 1:**

BLASTONE
Kim Avery, Credit Manager
4510 Bridgeway Ave
Columbus, OH 43219
Phone: 614-695-5723
Fax: 614-476-6939
Kim.Avery@BLASTONE.com

**Creditor 2 and Chairperson:**

Fredrick Brandt
c/o Jack A. Raisner
685 Third Ave 25th Floor
New York, NY 10017
Phone: 212-245-1000
Fax: 646-509-2054
JAR@outtengolden.com

**Creditor 3:**

Princes Cruise Lines, LTD.
Daniel Howard
Vice President and Deputy General Counsel
24305 Town Center Drive
Santa Clarita, CA 91335
Phone (661)- 753-1564
Fax (661)-753-1560
dhoward@hagroup.com

//

Appointment of Unsecured Creditors
Committee – 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 18-41324-BDL    Doc 98    Filed 05/03/18    Ent. 05/03/18 13:56:35    Pg. 1 of 2

Dated: May 3, 2018

                                       Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee for Region 18

*/s/ Hilary Bramwell Mohr*
Hilary Bramwell Mohr, WSBA # 40005
Attorney for the United States Trustee

Appointment of Unsecured Creditors
Committee – 2

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 18-41324-BDL    Doc 98    Filed 05/03/18    Ent. 05/03/18 13:56:35    Pg. 2 of 2