The Honorable Brian D. Lynch
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

--------------------------------------------- X

In re:

PUGLIA ENGINEERING INC., Debtor.

Case No. 18-41324-BDL

NOTICE OF APPEARANCE

--------------------------------------------- X

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that **CKR Law LLP** and **DBS Law** hereby appear as counsel in this case on behalf of the Official Unsecured Creditors' Committee (the "Committee"), a party in interest in these proceedings, and that pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 102(1), 342, 1102, 1103 and 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), all notices given or required to be given in this case and all papers served or required to be served in this case, be served upon the following:

Edward L. Schnitzer, Esq. (application for *pro hac vice* admission pending)
Gilbert R. Saydah Jr., Esq.
**CKR Law LLP**
1330 Avenue of the Americas, 14th Floor
New York, New York 10019
Telephone: (212) 259-7300
E-mail: eschnitzer@ckrlaw.com
gsaydah@ckrlaw.com

*-and-*

Jill M. Williamson, Esq.
**CKR Law LLP**
506 Second Avenue, Suite 1400
Seattle, Washington 98104
Telephone: (206) 582-5145
Email: jwilliamson@ckrlaw.com

*-and-*

Ben Ellison, Esq.
**DBS Law**
155 NE 100th Street, Suite 205
Seattle, Washington 98125
Telephone: (206) 489-3802
Email: bellison@lawdbs.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, complaints, demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise.

DATED this 5th day of May, 2018.

DBS | LAW

DBS | LAW

By */s/ Benjamin A. Ellison*

Benjamin A. Ellison, WSBA No. 48315
155 NE 100th St., Suite 205
Seattle, WA 98125
Tel: (206) 489-3819
bellison@lawdbs.com

*-and-*

Edward L. Schnitzer, Esq. (*pro hac* motion pending)
Gilbert R. Saydah Jr., Esq.
**CKR LAW LLP**
1330 Avenue of the Americas, 14th Floor
New York, New York 10019
Telephone: (212) 259-7300
Facsimile: (212) 259-8200
Email: eschnitzer@ckrlaw.com
gsaydah@ckrlaw.com

*-and-*

Jill M. Williamson, Esq.
**CKR LAW LLP**
506 Second Avenue, Suite 1400
Seattle, Washington 98104
Telephone: (206) 582-5145
Email: jwilliamson@ckrlaw.com

NOTICE OF APPEARANCE - 3

DBS | LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205 Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737