

155 NE 100th Street, Suite 205   Seattle, WA 98125
www.lawdbs.com   info@lawdbs.com
Phone: 206.489.3802   Fax: 206.973.8737

Please reply to Benjamin A. Ellison
bellison@lawdbs.com
(206) 259-2950

May 14, 2018

Judge Brian D. Lynch
Tacoma Federal Courthouse
Union Station
1717 Pacific Avenue
Tacoma, WA 98402-3233

Re:    *In re Puglia Engineering, Inc.,* 18-41324-BDL

Dear Judge Lynch:

  The hearing for the Debtor's Motion to Approve 9019 Settlement (ECF No. 24) and other First Day Matters has been rescheduled for May 17, 2018 at 9:30 a.m.

  The Chairman of the Unsecured Creditors Committee, Mr. Jack Raisner, Esq., is based in New York City, and is unable to attend the hearing. He seeks to make no arguments at the hearing, but requests the opportunity to listen telephonically.

  Thank you for your consideration.

Respectfully submitted,

*/s/ B. Ellison*
Benjamin A. Ellison, Esq.
DBS Law