The Honorable Brian D. Lynch
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>PUGLIA ENGINEERING INC.,<br><br>Debtor.<br><br>In re<br><br>SAN FRANCISCO SHIP REPAIR, INC.,<br><br>Debtor. | Lead Case No. 18-41324<br><br>Jointly administered with Case No. 18-41350<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS PROFESSIONAL FEE REVISED BUDGET |

The Official Committee of Unsecured Creditors ("Committee") of Puglia Engineering Inc., by and through undersigned counsel, hereby submits its revised professional fee budget (the "Committee Revised Budget").

1. Pursuant to this Court's direction at the July 19, 2018 hearing, attached hereto as Exhibit "A" is the Committee Revised Budget for its professionals. The Committee Revised

---

OFFICIAL COMMITTEE OF UNSECURED CREDITORS PROFESSIONAL FEE REVISED BUDGET

Page **1** of **2**



A Professional Limited Liability Company
155 NE 100th Street, Suite 205  Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

Budget provides for total hours of 534.20 and total fees of $269,947.50,[1] broken down by firm and thirteen (13) US Trustee categories.

Dated: Seattle, Washington
July 24, 2018

**DBS Law**

By: /s/ B. Ellison
    Ben Ellison

155 NE 100th Street, Suite 205
Seattle, Washington 98125
Telephone: (206) 489-3802
Email: bellison@lawdbs.com

*-and-*

Edward L. Schnitzer, Esq. (admitted *pro hac vice*)
Gilbert R. Saydah Jr., Esq. (admitted *pro hac vice*)
**CKR LAW LLP**
1330 Avenue of the Americas, 14th Floor
New York, New York 10019
Telephone: (212) 259-7300
Facsimile: (212) 259-8200
Email: eschnitzer@ckrlaw.com
       gsaydah@ckrlaw.com

---

[1] The Revised Budget also sets forth actual and projected expenses of approximately $8,000.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS PROFESSIONAL FEE REVISED BUDGET

Page **2** of **2**

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

Case 18-41324-BDL   Doc 328   Filed 07/24/18   Ent. 07/24/18 16:30:45   Pg. 2 of 2