Revised Committee Professional Fee Budget

| Code and Description | | Total Hours | Total Fees |
|---|---|---:|---:|
| **001 Asset Analysis and Recovery** | | | |
| | CKR | 25.00 | $ 15,625.00 |
| | DBS | 15.40 | $ 4,620.00 |
| | | 40.40 | 20,245.00 |
| **002 Asset Disposition** | | | |
| | CKR | - | $ - |
| | DBS | 17.00 | $ 5,100.00 |
| | | 17.00 | 5,100.00 |
| **003 Business Operations** | | | |
| | CKR | 33.00 | $ 20,625.00 |
| | DBS | 7.00 | $ 2,100.00 |
| | | 40.00 | 22,725.00 |
| **004 Case Administration** | | | |
| | CKR | 80.00 | $ 50,000.00 |
| | DBS | 40.20 | $ 12,060.00 |
| | | 120.20 | 62,060.00 |
| **005 Claims Administration, Analysis & Objections** | | | |
| | CKR | - | $ - |
| | DBS | 12.00 | $ 3,600.00 |
| | | 12.00 | 3,600.00 |
| **006 Committee & Creditor Communications** | | | |
| | CKR | 35.00 | $ 21,875.00 |
| | DBS | 11.00 | $ 3,300.00 |
| | | 46.00 | 25,175.00 |
| **007 Employee Benefits/Pensions** | | | |
| | CKR | 17.00 | $ 10,625.00 |
| | DBS | 2.00 | $ 600.00 |
| | | 19.00 | 11,225.00 |
| **008 Fee/Employment Applications** | | | |
| | CKR | 39.00 | $ 24,375.00 |
| | DBS | 31.00 | $ 9,300.00 |
| | | 70.00 | 33,675.00 |
| **009 Fee/Employment Objections** | | | |
| | CKR | 7.00 | $ 4,375.00 |
| | DBS | 2.00 | $ 600.00 |
| | | 9.00 | 4,975.00 |

| Code and Description | | Total Hours | Total Fees |
|---|---|---:|---:|
| **010 Financing & Cash Collateral** | | | |
| | **CKR** | 54.50 | $ 34,062.50 |
| | **DBS** | 27.60 | $ 8,280.00 |
| | | 82.10 | 42,342.50 |
| **011 Litigation & Other Contested Matters (not including BAE)** | | | |
| | **CKR** | 17.00 | $ 10,625.00 |
| | **DBS** | 9.00 | $ 2,700.00 |
| | | 26.00 | 13,325.00 |
| **012 Plan & Disclosure Statement** | | | |
| | **CKR** | 30.00 | $ 18,750.00 |
| | **DBS** | 12.00 | $ 3,600.00 |
| | | 42.00 | 22,350.00 |
| **013 Relief from Stay** | | | |
| | **CKR** | - | $ - |
| | **DBS** | 10.50 | $ 3,150.00 |
| | | 10.50 | 3,150.00 |

| | | **Total Hours** | **Total Fees** |
|---|---|---:|---:|
| **Total** | | 534.20 | 269,947.50 |
| | CKR | 337.50 | 210,937.50 |
| | DBS | 196.70 | 59,010.00 |

| Actual and Projected Expenses | | |
|---|---|---:|
| Postage | $ | 500.00 |
| Filing Fees | $ | 2,500.00 |
| Travel | $ | 5,000.00 |