UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>PUGLIA ENGINEERING, INC.,<br><br>　　　　　Debtor. | Lead Case No. 18- 41324<br><br>Jointly administered with Case No. 18-41350 |
| In re<br><br>SAN FRANCISCO SHIP REPAIR, INC.,<br><br>　　　　　Debtor. | SAN FRANCISCO SHIP REPAIR, INC.'S *EX PARTE* APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF SEYFARTH SHAW LLP AS EMPLOYMENT LITIGATION COUNSEL |

San Francisco Ship Repair, Inc., one of the debtors-in-possession in these jointly administered Chapter 11 cases ("SFSR"), applies to this Court on an *ex parte* basis for an order approving the employment of Seyfarth Shaw LLP ("Seyfarth") as employment litigation counsel in the employment discrimination lawsuit currently pending against it, *Frankie Antoine vs. BAE Systems, Inc., et al., U.S.D.C., Northern District of California District Court Case No. 4:17-CV-02231 SBA* (the "Application"). SFSR makes this Application pursuant to 11 U.S.C. § 327, FRBP 2014, and LBR 2014-1. This Application is supported by the

SAN FRANCISCO SHIP REPAIR, INC.'S *EX PARTE* APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF SEYFARTH SHAW LLP AS EMPLOYMENT LITIGATION COUNSEL - 1

THE **TRACY LAW GROUP**<sub>PLLC</sub>
1601 5th Ave, Suite 610
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax
www.thetracylawgroup.com

Case 18-41324-BDL    Doc 517    Filed 02/13/19    Ent. 02/13/19 12:08:52    Pg. 1 of 3

Declaration of G. Daniel Newland submitted concurrently herewith (the "Newland Declaration"). In support of the Application, SFSR states as follows:

1. SFSR seeks authority to employ Seyfarth as employment litigation counsel for SFSR. Specifically, SFSR seeks authority to employ Seyfarth to represent it in the employment discrimination lawsuit currently pending against it, *Frankie Antoine vs. BAE Systems, Inc., et al., U.S.D.C., Northern District of California District Court Case No. 4:17-CV-02231 SBA* (the "Antoine Litigation").[1]

2. SFSR has selected Seyfarth to represent it as it represented SFSR's predecessor at the San Francisco shipyard in other employment matters, has a tremendous amount of experience in employment discrimination litigation, and is well-qualified to represent SFSR as litigation counsel in the Antoine Litigation matter.

3. As set forth in the retention letter attached as Exhibit A to the Newland Declaration, Seyfarth's representation of SFSR in the Antoine Litigation matter will be paid for by AIG as the responsible employment practices liability insurance carrier. In other words, SFSR's bankruptcy estate will not be responsible for paying for Seyfarth's representation.

4. As set forth in the Newland Declaration, Seyfarth does not represent any other entity in connection with SFSR's bankruptcy case, is not a creditor of its bankruptcy

---

[1] Mr. Antoine moved for relief from stay in this case to proceed with the Antoine Litigation. On November 28, 2018, this Court entered a Stipulated Order Granting Mr. Antoine's Motion For Relief From Stay To Allow Litigation To Proceed Against Debtor San Francisco Ship Repair, Inc., permitting Mr. Antoine to proceed with the Antoine Litigation as provided therein. *See Dkt. No. 437*.

SAN FRANCISCO SHIP REPAIR, INC.'S *EX PARTE* APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF SEYFARTH SHAW LLP AS EMPLOYMENT LITIGATION COUNSEL - 2

THE **TRACY LAW GROUP**PLLC
1601 5th Ave, Suite 610
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax
www.thetracylawgroup.com

Case 18-41324-BDL    Doc 517    Filed 02/13/19    Ent. 02/13/19 12:08:52    Pg. 2 of 3

estate, and represents or holds no interest adverse to the interests of the estate with respect to the matters on which it is to be employed.

5. For purposes of compliance with LBR 2014-1, the Office of the United States Trustee was e-mailed a copy of this Application and consented to it being filed on an *ex parte* basis.

6. Based upon the foregoing, SFSR respectfully requests that this Court enter an *ex parte* order authorizing SFSR to employ Seyfarth as its counsel in the Antoine Litigation matter.

DATED this 13th day of February, 2019.

THE TRACY LAW GROUP PLLC

By /s/ *Steven J. Reilly*
    Steven J. Reilly, WSBA #44306
Attorneys for Debtor San Francisco Ship Repair, Inc.

SAN FRANCISCO SHIP REPAIR, INC.'S *EX PARTE* APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF SEYFARTH SHAW LLP AS EMPLOYMENT LITIGATION COUNSEL - 3

THE TRACY LAW GROUP PLLC
1601 5th Ave, Suite 610
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax
www.thetracylawgroup.com

Case 18-41324-BDL    Doc 517    Filed 02/13/19    Ent. 02/13/19 12:08:52    Pg. 3 of 3