Brian L. Budsberg  
BUDSBERG LAW GROUP, PLLC  
PO Box 8928  
Lacey, WA 98509  
(360) 584-9093

The Honorable Brian D. Lynch  
Location: Tacoma, Washington  
Chapter 7

UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF WASHINGTON  
TACOMA DIVISION

| | |
|---|---|
| In re:<br><br>PUGLIA ENGINEERING, INC.,<br><br>Debtor.<br><br>In re:<br><br>SAN FRANCISCO SHIP REPAIR, INC.<br><br>Debtor | Lead Case No. 18-41324-BDL<br><br>Jointly Administered with Case No. 18-41350-BDL<br><br>EX PARTE MOTION FOR ORDER TO RETAIN EXPERT WITNESS FOR TRIAL |

TO: Clerk of the Court  
AND TO: The United States Trustee

The motion of Trustee Brian L. Budsberg respectfully represents:

1. That on 04/17/2019 this case was converted to Chapter 7, and Brian L. Budsberg, petitioner was appointed Trustee in the above-referenced Chapter 7.

2. The debtor has a number of ongoing lawsuits regarding employment matters that are being funded by the AIG insurance company. There are current defense counsel who have

EX PARTE MOTION FOR ORDER  
TO APPOINT EXPERT WITNESS - 1

Budsberg Law Group, PLLC  
PO Box 8928  
Lacey, WA 98509  
Phone: (360) 584-9093  
Facsimile:

been appointed to represent the Estate. The Trustee is seeking to employ Dr. John Greene as an expert witness to assist the Estate and testify at trial.

3. The Trustee has selected Dr. John Greene for the reason that he has considerable experience in matters of this character and is well qualified to act as an expert witness.

4. The professional services to be rendered by Dr. Greene are:

    a. To give the Trustee advice with respect to the issues involved in this matter;
    b. To assist in the drafting and preparation of any analysis or exhibits necessary in this case;
    c. To perform all other services for the Trustee which may be necessary herein.

5. To the best of Trustee's knowledge, Dr. John Greene has no connection with the Debtor(s), creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee. Dr. John Greene is not a creditor in this case and no retainer has been paid or promised to applicant other than that disclosed in the contingent fee agreements attached. Dr. John Greene has agreed to act as an expert witness pursuant to the terms and conditions of the fee agreement, and has agreed to accept compensation on that basis only from the insurance company funding the litigation. The Trustee asks that the employment of Dr. John Greene be according to the terms of the agreement with the debtor. *A copy of the retention agreement is attached as Exhibit A.* All compensation to be paid to the professional shall be subject to further Bankruptcy Court approval upon proper notice to creditors.

6. The Trustee is informed and believes Dr. John Greene has the appropriate medical background and skills needed to serve as an expert witness in this case and has agreed to perform

EX PARTE MOTION FOR ORDER
TO APPOINT EXPERT WITNESS - 2

Budsberg Law Group, PLLC
PO Box 8928
Lacey, WA 98509
Phone: (360) 584-9093
Facsimile:

these services and to accept compensation according to the terms of the fee agreement as indicated above.

7. Dr. John Greene represents no interest adverse to the debtor or the estate and matters upon which said person is to be engaged for Trustee. Dr. John Greene is willing to accept employment by the Trustee on the basis set forth herein. Dr. John Greene does not have an interest adverse to the Trustee or the estate relative to the matters for which he is to be employed, and he is a disinterested person within the meaning of 11 U.S.C. § 101(13). Pursuant to the provisions of LBR 2014, Dr. Greene has been provided with a copy of, and has read, LBR 2016.

WHEREFORE the Trustee asks that he be authorized to employ Dr. John Greene to act as an expert witness for the Estate according to the terms and conditions specified in the fee agreement, with any disbursements made from the proceeds of the action to be subject to further order of the Court.

DATED this 5th day of August, 2019.

Budsberg Law Group, PLLC

/s/ Brian L. Budsberg
Brian L. Budsberg, WSBA#11225
Trustee

EX PARTE MOTION FOR ORDER
TO APPOINT EXPERT WITNESS - 3

Budsberg Law Group, PLLC
PO Box 8928
Lacey, WA 98509
Phone: (360) 584-9093
Facsimile: