HONORABLE BRIAN D. LYNCH

HEARING DATE: WEDNESDAY, DECEMBER 18, 2019
HEARING TIME: 9:00 A.M.
LOCATION: TACOMA, COURTROOM I
RESPONSE DATE: WEDNESDAY, DECEMBER 11, 2019

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

PUGLIA ENGINEERING, INC.,

                    Debtor.

No. 18-41324-BDL

FIRST AND FINAL APPLICATION FOR
COMPENSATION BY ORSE &
COMPANY, FINANCINAL ADVISOR

Orse & Company, Inc., Financial Advisor to Puglia Engineering, Inc., debtor in the above-caption bankruptcy, makes this interim application ("Application") for compensation and reimbursement for services rendered and expenses incurred in this case for the time period of June 18, 2018 through February 28, 2019, as detailed on Exhibit A hereto, respectfully requests this Court enter an Order allowing it fees in the amount of $63,662.50 and costs in the amount of $0.00, for a total award of $63,662.50. In support of this Application, Orse & Company, Inc. represents as follows:

        1.    Order Authorizing Employment. On July 28, 2018, the Court entered an order authorizing the Debtor to employ Orse & Company, Inc. to provide the Debtor with legal services effective as of June 18, 2018 (Docket No. 324).

FIRST AND FINAL APPLICATION FOR COMPENSATION
BY ORSE & COMPANY, FINANCIAL ADVISOR – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1839 20111 ck06ct01h5

2.    Amounts Received from Prior Fee Applications. Orse & Company, Inc. has not

previously applied for compensation or reimbursement of expenses in the case. Pursuant to the

procedures set forth in the Order Establishing Procedures for Interim Payment of Fees and Costs to

Professionals (Dkt. No. 345) Orse & Company, Inc. has received 80% of its fees and 100% of its costs

for the time period of June 2018 – February 2019 in the total amount of $33,440.00.

3.    Amount of Fees and Costs Currently Requested.  Orse & Company, Inc. brings this

Application for interim approval of the funds received, and award of the remaining unpaid fees and

costs of $30,222.50.

4.    Source of Payment for Requested Compensation.  Orse & Company, Inc. seeks

compensation from the unencumbered funds of the estate.

5.    Summary of Services Provided for the Benefit of the Estate.  Orse & Company, Inc.

was appointed by the Court as a financial advisor to the debtor in July 2018.  As financial advisor,

Orse & Company's primary role was to work with the parties in the case to provide transparency in the

financial reporting by the Debtor to all constituents including the Court, the US Trustee, the

Unsecured Creditors Committee, the Secured Creditors and all creditors.  This role included preparing

and filing monthly operating reports with the US Trustee, monthly financial statements of the debtor,

and providing budgets/actuals to budget/forecast.  A complete and detailed account of the services

rendered and fees and costs incurred is attached hereto as Exhibit A.

6.    Tasks remaining and Projection of Future Fees and Expenses.

7.    The services provided and costs incurred on Exhibit A were performed on behalf of the

Debtor and not on behalf of a creditor or other entity herein.

8.    Pursuant to 11 U.S.C. § 504, Orse & Company, Inc. will not share such compensation

or reimbursement of expenses applied for herein with any other person or firm.

FIRST AND FINAL APPLICATION FOR COMPENSATION
BY ORSE & COMPANY, FINANCINAL ADVISOR  – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1839 20111 ck06ct01h5

1    DATED this 25th day of November, 2019.

2                                    ORSE & COMPANY, INC.

3

4                                    By /s/ Eric Orse
                                        Eric Orse

5

6                              **DECLARATION**

7        I am the President at Orse & Company, Inc., and I am one of the professionals responsible for

the services rendered the Debtor in the above-captioned bankruptcy. I have personal knowledge of the

8    facts stated herein, and I am competent to testify to them. I make this affidavit in conformance with

9    applicable sections of the Bankruptcy Code and Federal and Local Rules of Bankruptcy Procedure.

10       I declare under penalty of perjury under the laws of the State of Washington that the foregoing

11   is true and correct.

12       DATED this 25th day of November, 2019.

13

14                                   By /s/ Eric Orse
                                        Eric Orse

15

16

17

18

19

20

21

22

23

FIRST AND FINAL APPLICATION FOR COMPENSATION
BY ORSE & COMPANY, FINANCIAL ADVISOR – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1839 20111 ck06ct01h5