HONORABLE BRIAN D. LYNCH

HEARING DATE: WEDNESDAY, DECEMBER 18, 2019
HEARING TIME: 9:00 A.M.
LOCATION: TACOMA, COURTROOM I
RESPONSE DATE: WEDNESDAY, DECEMBER 11, 2019

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re | |
|---|---|
| PUGLIA ENGINEERING, INC., | No. 18-41324-BDL |
| Debtor. | FIRST AND FINAL APPLICATION FOR COMPENSATION BY DEVITT D. BARNETT, SPECIAL COUNSEL |

Devitt D. Barnett and Thorson Barnett & McDonald PC, (no longer in existence) were appointed as Special Counsel to Puglia Engineering, Inc., debtor in the above-captioned bankruptcy, makes this interim application ("Application") for compensation and reimbursement for services rendered and expenses incurred in this case for the time period of April 14, 2018 through February, 2019, as detailed on <u>Exhibit A</u> hereto, respectfully requests this Court enter an Order allowing it fees in the amount of $13,517.01 and costs in the amount of $33.76, for a total award of $13,550.77. In support of this Application, Devitt D. Barnett (the former president of Thorson Barnett & McDonald PC.) represents as follows:

1. <u>Order Authorizing Employment</u>. On July 28, 2018, the Court entered an order authorizing the Debtor to employ Mr. Barnett and Thorson Barnett & McDonald PC. to provide the Debtor with legal services effective as of August 17, 2018 (Docket No. 355).

FIRST AND FINAL APPLICATION FOR COMPENSATION
BY THORSON BARNETT & MCDONALD PC. SPECIAL
COUNSEL – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1839 20111 ck11jk01q3.001

Case 18-41324-BDL    Doc 810    Filed 11/26/19    Ent. 11/26/19 11:23:16    Pg. 1 of 4

2. <u>Amounts Received from Prior Fee Applications</u>. Neither Mr. Barnett, nor Thorson Barnett & McDonald PC., has previously applied for compensation or reimbursement of expenses in the case. Pursuant to the procedures set forth in the Order Establishing Procedures for Interim Payment of Fees and Costs to Professionals (Dkt. No. 345) Thorson Barnett & McDonald PC. has received 80% of its fees and 100% of its costs for the time period of August 18 – November 2018 in the total amount of $9,023.37.

. 3. <u>Amount of Fees and Costs Currently Requested</u>. Devitt D. Barnett (formerly withThorson Barnett & McDonald PC.) brings this Application for interim approval of the funds received, and award of the remaining unpaid fees and costs of $4,527.40.

4. <u>Source of Payment for Requested Compensation.</u> Devitt D. Barnett seeks compensation from the unencumbered funds of the estate.

5. <u>Summary of Services Provided for the Benefit of the Estate</u>. Devitt D. Barnett and Jeffrey C. Curnutt provided legal services and counsel to Mr. Jim Day throughout the bankruptcy process involving "ERISA" and "Withdrawal Liability" advice concerning "controlled group liability" and "successor liability" for the parties involved in the ownership and existing structure of the entities in the bankruptcy, and an overall review and subsequent advice regarding issues pertaining directly to the "acquisition" of entities by the parties involved in the bankruptcy. Advice also included a comparison of exceptions available under ERISA/MPPAA 4225 for an "asset sale" vs other sales techniques, and the resulting impact on withdrawal liability. Both Mr. Barnett and Mr. Curnutt were asked to review and complete legal research of case authority on withdrawal liability issues, and discus the cases with Mr. Jim Day in order to assist him in formulating ideas for resolving the bankruptcy issues under consideration.

FIRST AND FINAL APPLICATION FOR COMPENSATION
BY THORSON BARNETT & MCDONALD PC. SPECIAL
COUNSEL – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1839 20111 ck11jk01q3.001

Case 18-41324-BDL    Doc 810    Filed 11/26/19    Ent. 11/26/19 11:23:16    Pg. 2 of 4

A complete and detailed account of the services rendered and fees and costs incurred is attached hereto as <u>Exhibit A</u>.

6. <u>Tasks remaining and Projection of Future Fees and Expenses</u>.

7. The services provided and costs incurred on <u>Exhibit A</u> were performed on behalf of the Debtor and not on behalf of a creditor or other entity herein.

8. Pursuant to 11 U.S.C. § 504, Devitt D. Barnett (former President of Thorson Barnett & McDonald PC.) will not share such compensation or reimbursement of expenses applied for herein with any other person or firm.

DATED this 25th day of November, 2019.

DEVITT D. BARNETT

By /s/ Devitt D. Barnett
Devitt D. Barnett, former president of Thorson Barnett & McDonald, P.C.

**DECLARATION**

I am one of the professionals responsible for the services rendered the Debtor in the above-captioned bankruptcy. I have personal knowledge of the facts stated herein, and I am competent to testify to them. I make this affidavit in conformance with applicable sections of the Bankruptcy Code and Federal and Local Rules of Bankruptcy Procedure. I am the former President of Thorson Barnett & McDonald PC, (no longer in existence) previously located at 3315 Two Union Square, Seattle Washington 98101. I was the primary ERISA lawyer handling the Puglia matter, and was also assisted by Jeffery Curnutt in providing ERISA advice in the bankruptcy case that is the subject of these pleadings. I resigned from the Law Firm effective September 30, 2019, and have sole

FIRST AND FINAL APPLICATION FOR COMPENSATION
BY THORSON BARNETT & MCDONALD PC. SPECIAL
COUNSEL – Page 3

1839 20111 ck11jk01q3.001

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Case 18-41324-BDL   Doc 810   Filed 11/26/19   Ent. 11/26/19 11:23:16   Pg. 3 of 4

possession of all files relating to the Puglia matter, and am the only individual with authority to negotiate, compromise and/or settle any outstanding invoices on legal services rendered by myself and Mr. Curnutt. Further, I also confirm that Mr. Curnutt has been fully compensated for all legal services he provided in this matter, and the residual billing, if any, on accumulated invoices is attributable to work for which I was the controlling/responsible attorney. No other former attorney at Thorson Barnett & McDonald PC performed any legal services on the Puglia matter, and no other attorney has authority to negotiate, compromise and/or settle any outstanding invoices relating to the Puglia matter. Once payment is settled, and residual amounts should be sent c/o Devitt D. Barnett 1201 Pacific Avenue, Suite 1200, Tacoma, Washington 98402.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 25th day of November, 2019.

By /s/ Devitt D. Barnett
Devitt D. Barnett

FIRST AND FINAL APPLICATION FOR COMPENSATION
BY THORSON BARNETT & MCDONALD PC. SPECIAL
COUNSEL – Page 4

1839 20111 ck11jk01q3.001

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Case 18-41324-BDL    Doc 810    Filed 11/26/19    Ent. 11/26/19 11:23:16    Pg. 4 of 4